IN THE CIRCUIT COURT OF THE
TWENTIETH JUDICIAL CIRCUIT, IN
AND FOR LEE COUNTY, FLORIDA

LINDSEY GRAVES,

     Plaintiff,

v.                              **CASE NO.:**

GREAT LAKES INSURANCE SE,

     Defendant.

_____/

## COMPLAINT & DEMAND FOR JURY TRIAL

**COMES NOW** the Plaintiff, LINDSEY GRAVES, by and through the undersigned attorneys and sues the Defendant, GREAT LAKES INSURANCE SE, and alleges as follows:

1.     This is an action for declaratory relief and breach of contract with damages greater than Fifty Thousand Dollars ($50,000.00), exclusive of interest, costs, and attorney's fees.

2.     At all material times hereto, the Plaintiff, LINDSEY GRAVES, (hereinafter "Plaintiff") was and is a Florida resident.

3.     At all material times hereto, Defendant, GREAT LAKES INSURANCE SE, (hereinafter "Defendant") was a corporation duly licensed to transact insurance business in the State of Florida.  Defendant does business, has offices, and/or maintained agents for the transaction of its customary business in Lee County, Florida.

4.     Plaintiff brings this action as a homeowner. Attached hereto and incorporated herein as Plaintiff's Exhibit "A" is a copy of the estimate for the work to be performed.

5.     Prior to September 28, 2022, the Plaintiff sought and purchased homeowner's insurance from Defendant to cover the property located at 11549 Wightman Lane, Captiva, Florida 33924 (hereinafter "Plaintiff's Property").  Said policy of insurance, which is believed to be policy number GLS00030469 with corresponding claim number 221690 (hereinafter "Plaintiff's

Policy"), was issued by Defendant to Plaintiff to provide insurance coverage which included, but was not limited to, coverage afforded to protect Plaintiff's Property against Hurricane Ian damage.

6.    Plaintiff's Policy was issued by Defendant in Lee County, Florida and was in full force and effect as of September 28, 2022.  Attached hereto and incorporated herein as Plaintiff's Exhibit "B" is a copy of Plaintiff's Policy.

7.    On or about September 28, 2022, Plaintiff's Property and dwelling located at 11549 Wightman Lane, Captiva, Florida 33924 was damaged by Hurricane Ian (hereinafter, the "Loss"). The Loss was covered under Plaintiff's Policy issued by Defendant.

8.    As of the date of the filing of this lawsuit, Defendant has failed to: (i) acknowledge coverage for the Loss; and/or (ii) acknowledge that payment of insurance proceeds for the Loss will be forthcoming; and/or (iii) issue payment in full of insurance proceeds for the Loss to Plaintiff.

9.    Jurisdiction and venue of this matter are proper in the Circuit Court for Lee County, Florida.

## COUNT I-BREACH OF CONTRACT AGAINST DEFENDANT

10.    Plaintiff does hereby repeat and re-allege Paragraphs 1 through 9 above and incorporates the same by reference herein.

11.    Plaintiff is a named Insured under the homeowner's insurance policy of the Plaintiff (the Plaintiff's Policy described above) and said policy was in full force and effect as to the Plaintiff at all times material to this Complaint, including when Plaintiff's Property was damaged as described above.

12.    Plaintiff has either complied with all conditions precedent to filing this lawsuit and Plaintiff is entitled to recover under Plaintiff's Policy or any such conditions has been waived.

13.    Defendant's refusal to: (i) acknowledge coverage for the Loss; and/or (ii) acknowledge that payment of insurance proceeds for the Loss will be forthcoming; and/or (iii)

issue payment in full of insurance proceeds for the Loss to Plaintiff, constitutes a breach of contract.

14.     Plaintiff has been damaged as a result of Defendant's breach in the form of unpaid insurance proceeds, interest, costs, and attorney's fees.

15.     Plaintiff has been and remains fully prepared to comply with all of the obligations pursuant to the aforesaid contract of insurance.

16.     As a result of Defendant's aforementioned breach of contract, it has become necessary that Plaintiff retain the services of the undersigned attorneys pursuant to Fla. Stat. § 627.428 or Fla. Stat. § 626.9373.  Plaintiff is obligated to pay a reasonable fee for the undersigned attorneys' services in bringing this action, plus necessary costs.

17.     Plaintiff is entitled to recover attorney's fees and costs pursuant to Fla. Stat. §§ 627.428, 627.70152, and/or Fla. Stat. § 626.9373.

**WHEREFORE**, the Plaintiff, LINDSEY GRAVES, by and through the undersigned counsel, demands judgment against Defendant, GREAT LAKES INSURANCE SE, for all unpaid bills with interest on any overdue payments, costs, attorney fees pursuant to Fla. Stat. §§ 627.428, 627.70152, and/or Fla. Stat. § 626.9373, and for all other remedies the Court sees fit to grant, and the Plaintiff demands trial by jury.

## COUNT II-DECLARATORY RELIEF AGAINST DEFENDANT

18.     Plaintiff realleges paragraphs 1 through 9 above and incorporates the same by reference herein.

19.     Under the terms of the subject Plaintiff's Policy, Defendant insured against direct, physical loss to the Plaintiff's Property.  There are however a number of exclusions which the Defendant is relying upon to deny coverage for the Loss.

20.     Under the terms and provisions of the Plaintiff's Policy, Plaintiff's Loss appears to be covered for the property damage sustained; however, Defendant denied coverage for the Loss

and/or asserted in its claim denial letter that certain portions of Plaintiff's Loss were not covered under the Plaintiff's Policy due to various policy exclusion(s)/exception(s) (such ambiguous provisions are incorporated herein by reference) and/or did not agree to the pricing.

21.     As a result of Defendant's assertions of applicable policy exclusion(s)/exception(s) and Defendant's apparent belief that the entire and/or a part of the Loss is not covered based upon its interpretation of the Plaintiff's Policy and/or the pricing issues, Plaintiff is in doubt as to Plaintiff entitlement to coverage under the Plaintiff's Policy and/or as to the Defendant's denial.

22.     Plaintiff believes that the Loss is covered and that Plaintiff's estimate is accurate and compensable; however, Defendant disagrees.  Consequently, the parties can only resolve their differences when coverage is determined by this Court. *See Rhea v. Dist. Bd. of Trs. of Santa Fe Coll.*, 109 So.3d 851, 859 (Fla. 1st DCA 2013) ("To be entitled to a declaratory judgment, one must demonstrate that (1) a good-faith dispute exists between the parties; (2) one presently has a justiciable question concerning the existence or non-existence of a right or status, or some fact on which such right or status may depend; (3) one is in doubt regarding one's right or status, and (4) a bona-fide, actual, present, and practical need for the declaration exists").

23.     Plaintiff is uncertain as to the existence or non-existence of Plaintiff's rights to coverage under the Plaintiff's Policy and has an actual, practical and present need for a declaration by the court as to Plaintiff's rights under the Plaintiff's Policy.  Consequently, Plaintiff seeks relief from uncertainty and insecurity with respect to Plaintiff's rights and legal relations with Defendant under the Plaintiff's Policy. *See Higgins v. State Farm Fire & Cas. Co.*, 894 So.2d 5 (Fla. 2004); *Lutz v. Protective Life Ins. Co.*, 951 So.2d 884 (Fla. 4th DCA 2007); *Jossfolk v. United Property & Cas. Ins. Co.*, 110 So.3d 110) (Fla. 4th DCA 2013) (***permitting declaratory judgment in a first party property property insurance action***); *Certain Interested Underwriters At Lloyd's London v. Pitu, Inc.*, 95 So.3d 290 (Fla. 3rd DCA 2012) (***permitting both breach of contract and declaratory judgment in a first party property insurance action***) (Emphasis added).

24.     As a direct and proximate result of the foregoing conflicting positions of the parties, there is an actual bona-fide controversy between the parties that requires judicial interpretations as to whether there has been a covered Loss.   Accordingly, Plaintiff seeks a declaration as to Plaintiff's rights relative to coverage of the Loss under the Plaintiff's Policy and Florida law. *See Security First Insurance Co. v. Phillips*, 45 Fla. L. Weekly D1426 (Fla. 5th DCA, June 12, 2020) ("Because a bona fide controversy existed, declaratory relief was appropriate to determine the factual issues raised [i.e. whether the insurance policy sub judice was in effect at the time of the damage].The trial court therefore erred in dismissing the complaint. . . .").

25.     The purpose of this declaratory decree action is to obtain a judicial interpretation of the Plaintiff's Policy, as it relates to the facts involved herein, which will determine that there has been a covered Loss and as to the pricing. Without such a declaratory decree, Plaintiff is unable to obtain insurance benefits under the Plaintiff's Policy.

26.     Pursuant to Fla. Stat. § 86.011, this Court has jurisdiction to declare the applicable rights, status, and other equitable or legal relations between the parties as to the existence, or nonexistence of any right; or any fact upon which the existence or nonexistence of such immunity, power, privilege, or right does or may depend, whether such immunity, power, privilege, or right now exists or will arise in the future.

27.     Pursuant to Fla. Stat. § 86.021, Plaintiff is in doubt as to Plaintiff's rights and status under the Plaintiff's Policy.   Therefore, Plaintiff may have this Court determine Plaintiff's questions concerning the construction or validity arising under said Policy and Plaintiff can obtain a declaration of Plaintiff's rights, status, or legal relations thereunder.

28.     Pursuant to Fla. Stat. § 86.051, this Court is not limited nor restricted from exercising its general declaratory relief powers conferred by Fla. Stat. § 86.01 as related to Plaintiff's request for declaratory relief in this action.   Additionally, this Court may even render

its decision in this matter by way of anticipation with respect to any act not yet done or any event which has not yet happened.

29.    Pursuant to Florida Stat. § 86.101, in response to Plaintiff's request for declaratory relief, this Court's decision is to be rendered for purposes of settling and affording Plaintiff relief from its insecurity and uncertainty with respect to Plaintiff's rights, status and other equitable or legal relations and the declaratory relief statute is to be liberally administered and construed. (Emphasis added). *See also Olive v. Maas*, 811 So.2d 644, 648 (Fla. 2002); *C.A.T., LLC v. Island Developers*, Ltd, 827 So.2d 373,375 (Fla. 3d DCA 2002); *National Rifle Ass'n of America v. City of South Miami*, 812 So.2d 504 (Fla. 3d DCA 2002); *State Farm Fire and Cas. Co. v. Higgins*, 788 So.2d 992, 999 (Fla. 4th DCA 2001); *X Corp. v. Y Person*, 622 So.2d l098 (Fla. 2d DCA 1993).

30.    Plaintiff's disagreement(s) with Defendant concerning coverage under the Plaintiff's Policy is a proper subject for a declaratory judgment. *See Transportation Cas. Inc. Co. v. Soil Tech. Distributors, Inc.*, 966 So.2d 8, 9 (Fla. 4th DCA 2007); *Effort Enterprises of Florida, Inc. v. Lexington Ins. Co.*, 666 So.2d 930, 931 (Fla. 4th DCA 1995); *Tindall v. Allstate Ins. Co.*, 472 So.2d 1291, 1292 (Fla. 2d DCA 1985); *Tavares v. Allstate*, 342 So.2d 551 (Fla. 3d DCA 1977); *Perez v. State Auto. Ins. Ass'n.*, 270 So.2d 377 (Fla. 3d DCA 1972).

31.    Plaintiff has the right to proceed with its declaratory relief action and such action should not be impermissibly foreclosed. *See People's Trust Ins. Co. v. AlonzoPombo*, 45 Fla. L. Weekly D2110 (Fla. 3d DCA, Sept. 9, 2020) ("Where a complaint for declaratory action meets [the Rhea] requirements, it should not be dismissed for failure to state a cause of action")*; Travelers Ins. Co. v. Emery*, 579 So.2d 798, 801 (Fla. 1st DCA 1991) ("[Q]uestions of fact and disagreements concerning coverage under insurance policies are proper subjects for a declaratory judgment if necessary to a construction of legal rights."); *Effort Enterprises of Florida. Inc. v. Lexington Ins. Co.*, 666 So.2d 930, 932 (Fla. 4th DCA 1995); *Floyd v. Guardian Life Ins. Co. Of America*, 415 So.2d 103, 105 (Fla. 3d DCA 1982).

32.     All conditions precedent to the filing of this action have been complied with, met or otherwise waived.

33.     As a direct and proximate result of Defendant's conduct, Plaintiff has been obligated to retain undersigned counsel to bring this action and, pursuant to Fla. Stat. §§ 86.011, 626.9373, 627.428, and 57.041, and others, undersigned counsel is entitled to attorneys' fees in this matter to be paid by the Defendant.

**WHEREFORE**, Plaintiff, LINDSEY GRAVES, prays this Honorable Court takes jurisdiction of this matter and declares the parties' rights and duties under the Plaintiff's Policy, and takes the following actions, including but not limited to:

a.     entering an order holding that Defendant, GREAT LAKES INSURANCE SE, is in breach of the insurance contract pursuant to the terms and conditions of the Plaintiff's Policy and awarding damages therefrom, thereby also waiving further policy compliance on the part of Plaintiff;

b.     entering an order holding that since Defendant previously acknowledged to an unagreed amount under the Plaintiff's Policy relative to the Loss, that conditions precedent are waived and/or provide a declaration regarding the insured's specific requirements, so Plaintiff can comply with same, without Plaintiff being in violation of the Plaintiff's Policy (and abating this action pending such compliance);

c.     entering an order declaring that the Plaintiff is in compliance with the Plaintiff's Policy, and has complied with all conditions precedent thereunder or same were waived by the conduct of Defendant;

d.     entering an order declaring that Plaintiff's Loss is the result of direct, physical loss to the Plaintiff's Property;

e.     order full disclosure of all documents and allow full and liberal discovery of all facts that may lead to admissible evidence relevant to the determination herein, including but not limited to,

production of the complete insurance policy, and a complete copy of the written materials in the possession of the Defendant that would shed light on the issues involved herein;

f.       determine applicable law, including the provisions of Florida Statutes that apply to the policy and to the parties;

g.       declare each policy provision not in conformity with Florida law be amended to comply with Florida law;

h.       declare that any ambiguities in the statute or policy be construed in favor of insurance coverage;

i.       declare that the statutes and policy provisions be construed strictly and most strongly against the insurer, and liberally in favor of the insured, so as to effect the dominant purpose of indemnity or payment to the insured;

j.       declare that the Plaintiff's Policy provides coverage for the Loss submitted by the Plaintiff;

k.       declare that the Plaintiff is entitled to a claim for attorneys' fees, costs and prejudgment interest against Defendant under Fla. Stat. §§ 86.011, 626.9373, 627.428, and 57.041 and determine amounts thereunder;

l.       determine and declare any other material matters pertaining to the respective rights and responsibilities under the policy, as needed to do complete justice in this case; and

m.       awarding any and all other equitable relief this court deems just and proper, and granting a trial by jury of all issues triable as of a right by a jury.

Plaintiff, LINDSEY GRAVES, further demands trial by jury of all issues so triable in accordance with Florida Statutes, Chapter 86, as well as for entry of judgment for Plaintiff as to all issues raised in this declaratory action, and against Defendant, GREAT LAKES INSURANCE SE, for insurance proceeds, attorneys' fees, and costs pursuant to Fla. Stat. §§ 86.011, 626.9373, 627.428, 627.70152, and/or Fla. Stat. § 57.041.

## <u>CERTIFICATE OF SERVICE</u>

**I DO HEREBY CERTIFY** that a true and correct copy of this document will be served

on the Defendant along with the Summons in this action.

**DATED**: April 19, 2023

/s/ *Ali A. Kadir*

**ALI A. KADIR, ESQ.**
Florida Bar No.: 13582
**KUHN RASLAVICH, P.A.**
986 Douglas Ave., Ste. 102
Altamonte Springs, FL 32714
Telephone: (407) 501-4833
Facsimile: (407) 501-4856
Ali@thekrfirm.com
Counsel for Plaintiff

 **THE CLAIM SQUAD PUBLIC ADJUSTERS**

|  |  |
|---|---|
| Insured: | Lindsey Graves |
| Property: | 11549 Wightman Ln |
|  | Captiva, FL 33924 |

Claim Rep.:   Mike Keeler

Estimator:   Mike Keeler

**Claim Number:** TBD          **Policy Number:** REFER TO POLICY          **Type of Loss:** Hurricane

| Date of Loss: | 9/28/2022 12:00 AM | Date Received: |  |
| Date Inspected: | | Date Entered: | 12/24/2022 10:13 AM |

Price List:   FLFM8X_DEC22
               Restoration/Service/Remodel
Estimate:    GRAVES_LINDSEY

"Dear Valued Client,

This document is an itemized estimate of proposed repairs to the property located at (Address). This estimate was prepared using the most recent local cost database(s) available at time of estimate, based upon a non-destructive visual inspection of the affected areas and evidence available upon inspection.

THIS ESTIMATE REPRESENTS OUR CURRENT EVALUATION OF THE COVERED DAMAGES TO YOUR INSURED PROPERTY AND MAY BE REVISED AS WE CONTINUE TO EVALUATE YOUR CLAIM. IF YOU HAVE QUESTIONS, CONCERNS, OR ADDITIONAL INFORMATION REGARDING YOUR CLAIM, WE ENCOURAGE YOU TO CONTACT US.

**NOTICE** - *Section 817.234, Florida Statutes, provide in part: "Any person who knowingly and with intent to injure, defraud or deceive any insurer files a statement of claim or an application containing any false, incomplete or misleading information is guilty of a felony of the third degree."*

 **THE CLAIM SQUAD PUBLIC ADJUSTERS**

**GRAVES_LINDSEY**

**11549_WIGHTMAN_LN**

**SKETCH1 (11549_WIGHTMAN_LN)**

### Exterior

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 1. Clean with pressure/chemical spray | 5,520.00 SF | | 0.00 | 0.43 | 170.90 | 474.72 | 3,019.22 |
| 2. Exterior - seal or prime and prep for paint | 5,520.00 SF | | 0.00 | 0.79 | 313.98 | 872.16 | 5,546.94 |
| 3. Exterior - paint two coats | 5,520.00 SF | | 0.00 | 1.40 | 556.42 | 1,545.60 | 9,830.02 |
| 4. Two ladders with jacks and plank (per week) | 2.00 WK | | 0.00 | 363.69 | 52.37 | 145.48 | 925.23 |
| 5. Structural Damage Support Beams | 1.00 EA | | 0.00 | 74,000.00 | 5,328.00 | 14,800.00 | 94,128.00 |

| | | | | | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| Totals: Exterior | | | | | 6,421.67 | 17,837.96 | 113,449.41 |

### Pool Area

**Pool Enclosure**                                                                 **Height: Attic**

2,474.03 SF Walls              1,044.98 SF Ceiling
3,519.01 SF Walls & Ceiling    945.10 SF Floor
105.01 SY Flooring             112.92 LF Floor Perimeter
117.92 LF Ceil. Perimeter

| **Missing Wall** | **4' 11" X 20'** | **Opens into Exterior** |
|---|---|---|
| **Missing Wall** | **44' 2" X 20'** | **Opens into Exterior** |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 6. R&R Patio/pool Enclosure - Full Screen - High grade | 3,519.01 SF | | 1.25 | 7.13 | 2,123.24 | 5,897.86 | 37,510.40 |
| 7. Swimming Pool Installer - per hour | 10.00 HR | | 0.00 | 140.00 | 100.80 | 280.00 | 1,780.80 |
| Hours to clean and treat pool. | | | | | | | |

| | | | | | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| Totals: Pool Enclosure | | | | | 2,224.04 | 6,177.86 | 39,291.20 |
| Total: Pool Area | | | | | **2,224.04** | **6,177.86** | **39,291.20** |

### Level 3



**THE CLAIM SQUAD PUBLIC ADJUSTERS**

| **Kitchen** | | | | | | **Height: 8'** |
|---|---|---|---|---|---|---|

| | | |
|---|---|---|
| 269.33 SF Walls | | 273.96 SF Ceiling |
| 543.29 SF Walls & Ceiling | | 273.96 SF Floor |
| 30.44 SY Flooring | | 35.75 LF Floor Perimeter |
| 38.25 LF Ceil. Perimeter | | |

| | | |
|---|---|---|
| **Door** | **2' 6" X 6' 8"** | **Opens into ROOM5** |
| **Missing Wall** | **11' 9" X 8'** | **Opens into ROOM8** |
| **Missing Wall** | **16' 2" X 8'** | **Opens into DINING_ROOM** |
| **Window** | **5' X 4'** | **Opens into Exterior** |

| DESCRIPTION | QTY | | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|---|
| **DETACH AND RESET** | | | | | | | | |
| 8.  Recessed light fixture - Detach & reset entire unit | 17.00 | EA | | 0.00 | 132.81 | 162.56 | 451.56 | 2,871.89 |
| 9.  Heat/AC register - Mechanically attached - Detach & reset | 1.00 | EA | | 0.00 | 18.79 | 1.36 | 3.76 | 23.91 |
| 10.  TV Brackets - Wall or ceiling mounted - Detach & reset | 1.00 | EA | | 0.00 | 54.84 | 3.95 | 10.96 | 69.75 |
| 11.  Microwave oven - over range or drawer type- Detach & reset | 1.00 | EA | | 0.00 | 148.09 | 10.67 | 29.62 | 188.38 |
| 12.  Remove Range hood - stainless steel - oversized - High grade | 1.00 | EA | | 46.32 | 0.00 | 3.34 | 9.26 | 58.92 |
| 13.  Install Range hood - stainless steel - oversized - High grade | 1.00 | EA | | 0.00 | 137.23 | 9.88 | 27.44 | 174.55 |
| 14.  Detach & Reset Range - Commercial - 30" - gas | 1.00 | EA | 300.13 | 0.00 | 0.00 | 21.61 | 60.02 | 381.76 |
| 15.  Detach & Reset Refrigerator - compact (under counter) - High grade | 1.00 | EA | 56.32 | 0.00 | 0.00 | 4.06 | 11.26 | 71.64 |
| 16.  Detach & Reset Built-in refrigerator - 36" | 1.00 | EA | 783.25 | 0.00 | 0.00 | 56.40 | 156.66 | 996.31 |
| 17.  Sink - double basin - Detach & reset | 1.00 | EA | | 0.00 | 200.30 | 14.42 | 40.06 | 254.78 |
| **CABINETS & COUNTERTOPS** | | | | | | | | |
| 18.  R&R Wood appliance panel | 14.00 | SF | | 7.47 | 39.22 | 47.05 | 130.74 | 831.45 |
| 19.  R&R Custom cabinets - base units - High grade | 29.40 | LF | | 11.59 | 458.92 | 995.99 | 2,766.62 | 17,595.61 |
| 20.  R&R Custom cabinets - wall units - 36" tall | 19.10 | LF | | 11.59 | 221.49 | 320.54 | 890.38 | 5,662.75 |
| 21.  Add for prefinished crown molding per LF | 19.10 | LF | | 0.00 | 11.33 | 15.58 | 43.28 | 275.26 |
| 22.  Cabinet knobs or pulls - Detach & reset | 36.00 | EA | | 0.00 | 3.35 | 8.69 | 24.12 | 153.41 |
| 23.  Add for frosted/etched or beveled glass, per cabinet door | 7.00 | EA | | 0.00 | 45.09 | 22.73 | 63.12 | 401.48 |

GRAVES_LINDSEY

**THE CLAIM SQUAD PUBLIC ADJUSTERS**

**CONTINUED - Kitchen**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 24.  R&R Countertop - Granite or Marble - High grade | 29.40 SF | | 8.32 | 89.82 | 207.75 | 577.06 | 3,670.13 |
| 25.  Add-on for tile backsplash installation | 50.00 SF | | 0.00 | 12.21 | 43.96 | 122.10 | 776.56 |
| 26.  R&R Ceramic/porcelain tile | 50.00 SF | | 2.77 | 11.57 | 51.62 | 143.40 | 912.02 |
| 27.  R&R Cabinet valance | 3.00 LF | | 3.33 | 45.89 | 10.63 | 29.54 | 187.83 |
| **WALL REPAIRS** | | | | | | | |
| 28.  R&R 1/2" drywall - hung, taped, ready for texture | 32.00 SF | | 0.58 | 2.76 | 7.69 | 21.38 | 135.95 |

*Line item is for 1 sheet of drywall for repairs around window.*

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 29.  Clean stud wall | 32.00 SF | | 0.00 | 0.93 | 2.15 | 5.96 | 37.87 |
| 30.  Apply anti-microbial agent to the surface area | 32.00 SF | | 0.00 | 0.32 | 0.73 | 2.04 | 13.01 |
| **TEXTURE** | | | | | | | |
| 31.  Texture drywall - smooth / skim coat | 269.33 SF | | 0.00 | 1.26 | 24.43 | 67.88 | 431.67 |

*Texture drywall - smooth / skim coat - Line item used to prep remaining walls for a uniformed texturing to be applied to bring property back to pre-loss condition.*

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 32.  Texture drywall - machine | 269.33 SF | | 0.00 | 0.57 | 11.05 | 30.70 | 195.27 |
| **WINDOWS** | | | | | | | |
| 33.  R&R Vinyl window, single hung, 9-12 sf | 1.00 EA | | 34.88 | 318.81 | 25.47 | 70.74 | 449.90 |
| 34.  Add on for "Low E" glass | 12.00 SF | | 0.00 | 3.96 | 3.42 | 9.50 | 60.44 |
| 35.  Add. charge for a retrofit window, 3-11 sf - difficult | 1.00 EA | | 0.00 | 193.39 | 13.92 | 38.68 | 245.99 |
| **FLOORING** | | | | | | | |
| 36.  R&R Travertine tile | 273.96 SF | | 3.86 | 11.71 | 307.12 | 853.12 | 5,425.80 |
| **PAINT AND PREP** | | | | | | | |
| 37.  Mask and prep for paint - plastic, paper, tape (per LF) | 35.75 LF | | 0.00 | 1.52 | 3.91 | 10.86 | 69.11 |
| 38.  Floor protection - heavy paper and tape | 273.96 SF | | 0.00 | 0.48 | 9.47 | 26.30 | 167.27 |
| 39.  Seal the walls w/latex based stain blocker - one coat | 269.33 SF | | 0.00 | 0.67 | 13.00 | 36.10 | 229.55 |
| 40.  Paint the walls - two coats | 269.33 SF | | 0.00 | 1.17 | 22.69 | 63.02 | 400.83 |
| **FINAL CLEANING** | | | | | | | |
| 41.  Final cleaning - construction - Residential | 273.96 SF | | 0.00 | 0.26 | 5.12 | 14.24 | 90.59 |
| 42.  Contents - move out then reset - Extra large room | 1.00 EA | | 0.00 | 231.15 | 16.64 | 46.24 | 294.03 |

GRAVES_LINDSEY                                                         1/26/2023                    Page: 4



## THE CLAIM SQUAD PUBLIC ADJUSTERS

**CONTINUED - Kitchen**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| Totals: Kitchen | | | | | 2,479.60 | 6,887.72 | 43,805.67 |

**Dining Room**                                                                                         **Height: 8'**

| | |
|---|---|
| 71.68 SF Walls | 194.75 SF Ceiling |
| 266.43 SF Walls & Ceiling | 194.75 SF Floor |
| 21.64 SY Flooring | 11.94 LF Floor Perimeter |
| 11.94 LF Ceil. Perimeter | |

| | | |
|---|---|---|
| **Missing Wall** | **16' 2" X 8'** | **Opens into KITCHEN** |
| **Window** | **3' 11 5/8" X 6'** | **Opens into Exterior** |
| **Missing Wall** | **15' 10 3/4" X 8'** | **Opens into ROOM8** |
| **Missing Wall** | **12' 9/16" X 8'** | **Opens into ROOM8** |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| **WALL REPAIRS** | | | | | | | |
| 43. R&R 1/2" drywall - hung, taped, ready for texture | 32.00 SF | | 0.58 | 2.76 | 7.69 | 21.38 | 135.95 |
| *Line item is for 1 sheet of drywall for repairs around windows.* | | | | | | | |
| 44. Clean stud wall | 32.00 SF | | 0.00 | 0.93 | 2.15 | 5.96 | 37.87 |
| 45. Apply anti-microbial agent to the surface area | 32.00 SF | | 0.00 | 0.32 | 0.73 | 2.04 | 13.01 |
| **TEXTURE** | | | | | | | |
| 46. Texture drywall - smooth / skim coat | 71.68 SF | | 0.00 | 1.26 | 6.50 | 18.06 | 114.88 |
| *Texture drywall - smooth / skim coat - Line item used to prep remaining walls for a uniformed texturing to be applied to bring property back to pre-loss condition.* | | | | | | | |
| 47. Texture drywall - machine | 71.68 SF | | 0.00 | 0.57 | 2.94 | 8.18 | 51.98 |
| **TRIM & BASEBOARDS** | | | | | | | |
| 48. R&R Judges paneling - raised panel - hardwood | 60.00 SF | | 1.55 | 45.66 | 203.96 | 566.52 | 3,603.08 |
| 49. Stain and finish wood judges paneling | 60.00 SF | | 0.00 | 5.68 | 24.54 | 68.16 | 433.50 |
| 50. R&R Baseboard - 7 1/4" stain grade | 24.00 LF | | 0.78 | 8.48 | 15.99 | 44.44 | 282.67 |
| 51. Stain & finish baseboard - oversized | 24.00 LF | | 0.00 | 2.09 | 3.61 | 10.04 | 63.81 |
| 52. R&R Baseboard - 6" | 6.00 LF | | 0.78 | 6.53 | 3.16 | 8.78 | 55.80 |

 **THE CLAIM SQUAD PUBLIC ADJUSTERS**

**CONTINUED - Dining Room**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 53.  Paint baseboard - two coats | 6.00 LF | | 0.00 | 1.73 | 0.74 | 2.08 | 13.20 |
| **WINDOWS** | | | | | | | |
| 54.  R&R Vinyl window, single hung, 20-28 sf - High grade | 3.00 EA | | 34.88 | 596.92 | 136.48 | 379.08 | 2,410.96 |
| 55.  R&R 6-0 8-0 vinyl sliding patio door | 1.00 EA | | 69.35 | 1,567.97 | 117.89 | 327.48 | 2,082.69 |
| 56.  Add on for "Low E" glass | 72.00 SF | | 0.00 | 3.96 | 20.53 | 57.02 | 362.67 |
| 57.  Add. charge for a retrofit window, 24-40 sf - difficult | 3.00 EA | | 0.00 | 341.25 | 73.72 | 204.76 | 1,302.23 |
| **FLOORING** | | | | | | | |
| 58.  R&R Engineered wood flooring - floating - High grade | 194.75 SF | | 1.81 | 13.14 | 209.63 | 582.30 | 3,703.45 |
| **PAINT AND PREP** | | | | | | | |
| 59.  Mask and prep for paint - plastic, paper, tape (per LF) | 11.94 LF | | 0.00 | 1.52 | 1.31 | 3.64 | 23.10 |
| 60.  Floor protection - heavy paper and tape | 194.75 SF | | 0.00 | 0.48 | 6.73 | 18.70 | 118.91 |
| 61.  Seal the walls w/latex based stain blocker - one coat | 71.68 SF | | 0.00 | 0.67 | 3.46 | 9.60 | 61.09 |
| 62.  Paint the walls - two coats | 71.68 SF | | 0.00 | 1.17 | 6.04 | 16.78 | 106.69 |
| **FINAL CLEANING** | | | | | | | |
| 63.  Final cleaning - construction - Residential | 194.75 SF | | 0.00 | 0.26 | 3.65 | 10.12 | 64.41 |
| 64.  Contents - move out then reset - Extra large room | 1.00 EA | | 0.00 | 231.15 | 16.64 | 46.24 | 294.03 |

Totals:  Dining Room                                        868.09    2,411.36    15,335.98

 **THE CLAIM SQUAD PUBLIC ADJUSTERS**



**Living Room**                                                                    Height: 8'

|  |  |
|---|---|
| 432.34  SF Walls | 448.66  SF Ceiling |
| 881.01  SF Walls & Ceiling | 448.66  SF Floor |
| 49.85  SY Flooring | 65.88  LF Floor Perimeter |
| 81.88  LF Ceil. Perimeter | |

| | | |
|---|---|---|
| **Door** | **2' 6" X 6' 8"** | **Opens into ROOM4** |
| **Missing Wall** | **11' 9" X 8'** | **Opens into KITCHEN** |
| **Missing Wall** | **12' 9/16" X 8'** | **Opens into DINING_ROOM** |
| **Missing Wall** | **15' 10 3/4" X 8'** | **Opens into DINING_ROOM** |
| **Window** | **2' X 4'** | **Opens into Exterior** |
| **Door** | **6' X 6' 8"** | **Opens into Exterior** |
| **Window** | **2' X 4'** | **Opens into Exterior** |
| **Window** | **5' X 4'** | **Opens into Exterior** |
| **Window** | **5' X 4'** | **Opens into Exterior** |
| **Window** | **5' X 4'** | **Opens into Exterior** |
| **Window** | **5' X 4'** | **Opens into Exterior** |
| **Window** | **2' 6" X 4'** | **Opens into Exterior** |
| **Door** | **7' 6" X 6' 8"** | **Opens into Exterior** |
| **Window** | **2' 6" X 4'** | **Opens into Exterior** |



**Subroom:  Hall (1)**                                                              Height: 8'

|  |  |
|---|---|
| 99.33  SF Walls | 78.21  SF Ceiling |
| 177.54  SF Walls & Ceiling | 78.21  SF Floor |
| 8.69  SY Flooring | 11.58  LF Floor Perimeter |
| 16.58  LF Ceil. Perimeter | |

| | | |
|---|---|---|
| **Door** | **2' 6" X 6' 8"** | **Opens into BATH** |
| **Missing Wall** | **7' 8" X 8'** | **Opens into LIVING_ROOM** |
| **Missing Wall** | **4' 3" X 8'** | **Opens into LIVING_ROOM** |
| **Door** | **2' 6" X 6' 8"** | **Opens into ROOM6** |
| **Missing Wall** | **7' 6" X 8'** | **Opens into ROOM8** |

GRAVES_LINDSEY                                                        1/26/2023          Page: 7



**THE CLAIM SQUAD PUBLIC ADJUSTERS**

**CONTINUED - Living Room**

**Subroom: Living Room (2)**                                                                           **Height: 8'**

| | |
|---|---|
| 333.18 SF Walls | 256.93 SF Ceiling |
| 590.11 SF Walls & Ceiling | 256.93 SF Floor |
| 28.55 SY Flooring | 46.65 LF Floor Perimeter |
| 46.65 LF Ceil. Perimeter | |

| | | |
|---|---|---|
| **Missing Wall** | **4' 3" X 8'** | **Opens into HALL** |
| **Missing Wall** | **7' 2 13/16" X 8'** | **Opens into ROOM8** |
| **Missing Wall** | **6' 11 5/8" X 8'** | **Opens into ROOM8** |
| **Window** | **5' X 4'** | **Opens into Exterior** |
| **Window** | **5' X 4'** | **Opens into Exterior** |
| **Missing Wall** | **7' 8" X 8'** | **Opens into HALL** |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| **WALL REPAIRS** | | | | | | | |
| 65. R&R 1/2" drywall - hung, taped, ready for texture | 32.00 SF | | 0.58 | 2.76 | 7.69 | 21.38 | 135.95 |
| *Line item is for 2 sheets of drywall for repairs around windows.* | | | | | | | |
| 66. Clean stud wall | 32.00 SF | | 0.00 | 0.93 | 2.15 | 5.96 | 37.87 |
| 67. Apply anti-microbial agent to the surface area | 32.00 SF | | 0.00 | 0.32 | 0.73 | 2.04 | 13.01 |
| **TEXTURE** | | | | | | | |
| 68. Texture drywall - smooth / skim coat | 864.86 SF | | 0.00 | 1.26 | 78.46 | 217.94 | 1,386.12 |
| *Texture drywall - smooth / skim coat - Line item used to prep remaining walls for a uniformed texturing to be applied to bring property back to pre-loss condition.* | | | | | | | |
| 69. Texture drywall - machine | 864.86 SF | | 0.00 | 0.57 | 35.50 | 98.60 | 627.07 |
| **TRIM & BASEBOARDS** | | | | | | | |
| 70. R&R Baseboard - 6" | 6.00 LF | | 0.78 | 6.53 | 3.16 | 8.78 | 55.80 |
| 71. Paint baseboard - two coats | 6.00 LF | | 0.00 | 1.73 | 0.74 | 2.08 | 13.20 |
| **WINDOWS** | | | | | | | |
| 72. R&R Vinyl window, single hung, 20-28 sf - High grade | 4.00 EA | | 34.88 | 596.92 | 181.95 | 505.44 | 3,214.59 |
| 73. R&R 6-0 8-0 vinyl sliding patio door | 1.00 EA | | 69.35 | 1,567.97 | 117.89 | 327.48 | 2,082.69 |
| 74. Add on for "Low E" glass | 96.00 SF | | 0.00 | 3.96 | 27.37 | 76.04 | 483.57 |
| 75. Add. charge for a retrofit window, 24-40 sf - difficult | 4.00 EA | | 0.00 | 341.25 | 98.28 | 273.00 | 1,736.28 |

GRAVES_LINDSEY

 **THE CLAIM SQUAD PUBLIC ADJUSTERS**

### CONTINUED - Living Room

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| **FLOORING** | | | | | | | |
| 76.  R&R Engineered wood flooring - floating - High grade | 783.80 SF | | 1.81 | 13.14 | 843.68 | 2,343.56 | 14,905.05 |
| **PAINT AND PREP** | | | | | | | |
| 77.  Mask and prep for paint - plastic, paper, tape (per LF) | 124.11 LF | | 0.00 | 1.52 | 13.58 | 37.74 | 239.97 |
| 78.  Floor protection - heavy paper and tape | 783.80 SF | | 0.00 | 0.48 | 27.08 | 75.24 | 478.54 |
| 79.  Seal the walls w/latex based stain blocker - one coat | 864.86 SF | | 0.00 | 0.67 | 41.72 | 115.90 | 737.08 |
| 80.  Paint the walls - two coats | 864.86 SF | | 0.00 | 1.17 | 72.85 | 202.38 | 1,287.12 |
| **FINAL CLEANING** | | | | | | | |
| 81.  Final cleaning - construction - Residential | 783.80 SF | | 0.00 | 0.26 | 14.68 | 40.76 | 259.23 |
| 82.  Content Manipulation charge - per hour | 6.00 HR | | 0.00 | 52.50 | 22.68 | 63.00 | 400.68 |
| 83.  Contents - move out then reset - Extra large room | 1.00 EA | | 0.00 | 231.15 | 16.64 | 46.24 | 294.03 |
| Totals:  Living Room | | | | | 1,606.83 | 4,463.56 | 28,387.85 |
| Total: Level 3 | | | | | **4,954.52** | **13,762.64** | **87,529.50** |

### Level 2



**Stairs**                                                        **Height: 11' 7'**

| | |
|---|---|
| 307.20 SF Walls | 45.00 SF Ceiling |
| 352.20 SF Walls & Ceiling | 59.23 SF Floor |
| 6.58 SY Flooring | 34.00 LF Floor Perimeter |
| 33.00 LF Ceil. Perimeter | |

**Missing Wall**          **3' X 11' 7 3/16"**          **Opens into SITTING_ROO1**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| **WALL REPAIRS** | | | | | | | |
| 84.  R&R 1/2" drywall - hung, taped, ready for texture | 32.00 SF | | 0.58 | 2.76 | 7.69 | 21.38 | 135.95 |
| *Line item is for 1 sheet of drywall for repairs around windows.* | | | | | | | |
| 85.  Clean stud wall | 32.00 SF | | 0.00 | 0.93 | 2.15 | 5.96 | 37.87 |
| 86.  Reflective multi-layer foil insulation - R-4 | 32.00 SF | | 0.00 | 0.71 | 1.63 | 4.54 | 28.89 |

GRAVES_LINDSEY                                        1/26/2023        Page: 9

 **THE CLAIM SQUAD PUBLIC ADJUSTERS**

**CONTINUED - Stairs**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| **TEXTURE** | | | | | | | |
| 87. Texture drywall - smooth / skim coat | 307.20 SF | | 0.00 | 1.26 | 27.86 | 77.42 | 492.35 |

*Texture drywall - smooth / skim coat - Line item used to prep remaining walls for a uniformed texturing to be applied to bring property back to pre-loss condition.*

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 88. Texture drywall - machine | 307.20 SF | | 0.00 | 0.57 | 12.61 | 35.02 | 222.73 |
| **CEILING REPAIRS** | | | | | | | |
| 89. 5/8" drywall - hung, taped, ready for texture | 45.00 SF | | 0.00 | 2.08 | 6.74 | 18.72 | 119.06 |
| **TRIM & BASEBOARDS** | | | | | | | |
| 90. R&R Baseboard - 6" stain grade | 34.00 LF | | 0.78 | 8.05 | 21.61 | 60.04 | 381.87 |
| 91. Stain & finish baseboard - oversized | 12.00 LF | | 0.00 | 2.09 | 1.80 | 5.02 | 31.90 |
| 92. Stain & finish stair stringer | 30.00 LF | | 0.00 | 5.93 | 12.80 | 35.58 | 226.28 |
| **WINDOWS** | | | | | | | |
| 93. Add on for "Low E" glass | 30.00 SF | | 0.00 | 3.96 | 8.56 | 23.76 | 151.12 |
| 94. Add. charge for a retrofit window, 24-40 sf - difficult | 1.00 EA | | 0.00 | 341.25 | 24.58 | 68.26 | 434.09 |
| 95. R&R Storefront - aluminum anodized frame - Single pane | 30.00 SF | | 2.89 | 26.37 | 63.20 | 175.56 | 1,116.56 |
| **FLOORING** | | | | | | | |
| 96. R&R Engineered wood flooring - floating - High grade | 59.23 SF | | 1.81 | 13.14 | 63.76 | 177.10 | 1,126.35 |
| **PAINT AND PREP** | | | | | | | |
| 97. Mask and prep for paint - plastic, paper, tape (per LF) | 34.00 LF | | 0.00 | 1.52 | 3.72 | 10.34 | 65.74 |
| 98. Floor protection - heavy paper and tape | 59.23 SF | | 0.00 | 0.48 | 2.05 | 5.68 | 36.16 |
| 99. Seal the walls w/latex based stain blocker - one coat | 307.20 SF | | 0.00 | 0.67 | 14.82 | 41.16 | 261.80 |
| 100. Paint the walls - two coats | 307.20 SF | | 0.00 | 1.17 | 25.88 | 71.88 | 457.18 |
| **FINAL CLEANING** | | | | | | | |
| 101. Final cleaning - construction - Residential | 59.23 SF | | 0.00 | 0.26 | 1.10 | 3.08 | 19.58 |
| | | | | | | | |
| Totals: Stairs | | | | | 302.56 | 840.50 | 5,345.48 |



**THE CLAIM SQUAD PUBLIC ADJUSTERS**

| Sitting Room | | | | | Height: 8' |
|---|---|---|---|---|---|

| | | |
|---|---|---|
| 314.77 SF Walls | | 168.01 SF Ceiling |
| 482.78 SF Walls & Ceiling | | 168.01 SF Floor |
| 18.67 SY Flooring | | 40.51 LF Floor Perimeter |
| 44.01 LF Ceil. Perimeter | | |

| | | |
|---|---|---|
| **Missing Wall** | **3' X 8'** | **Opens into STAIRS2** |
| **Missing Wall** | **3' 3" X 8'** | **Opens into HALLWAY** |
| **Door** | **3' 6" X 6' 8"** | **Opens into Exterior** |
| **Window** | **3' 6" X 4'** | **Opens into Exterior** |
| **Missing Wall** | **3' 2" X 8'** | **Opens into Exterior** |
| **Missing Wall** | **9" X 8'** | **Opens into Exterior** |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| **DETACH AND RESET** | | | | | | | |
| 102. Recessed light fixture - Detach & reset trim only | 8.00 EA | | 0.00 | 4.06 | 2.34 | 6.50 | 41.32 |
| 103. Smoke detector - Detach & reset | 2.00 EA | | 0.00 | 61.34 | 8.83 | 24.54 | 156.05 |
| 104. Heat/AC register - Mechanically attached - Detach & reset | 1.00 EA | | 0.00 | 18.79 | 1.36 | 3.76 | 23.91 |
| 105. TV Brackets - Wall or ceiling mounted - Detach & reset | 1.00 EA | | 0.00 | 54.84 | 3.95 | 10.96 | 69.75 |
| **CEILING REPAIRS** | | | | | | | |
| 106. R&R 5/8" drywall - hung, taped, ready for texture | 32.00 SF | 0.65 | | 2.08 | 6.29 | 17.48 | 111.13 |
| 107. Clean stud wall | 32.00 SF | | 0.00 | 0.93 | 2.15 | 5.96 | 37.87 |
| 108. Apply anti-microbial agent to the surface area | 32.00 SF | | 0.00 | 0.32 | 0.73 | 2.04 | 13.01 |
| 109. R&R Batt insulation - 10" - R30 - unfaced batt | 32.00 SF | 0.48 | | 1.59 | 4.76 | 13.26 | 84.26 |
| **TEXTURE** | | | | | | | |
| 110. Texture drywall - smooth / skim coat | 168.01 SF | | 0.00 | 1.26 | 15.24 | 42.34 | 269.27 |

*Texture drywall - smooth / skim coat - Line item used to prep remaining ceiling for a uniformed texturing to be applied to bring property back to pre-loss condition.*

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 111. Texture drywall - machine | 168.01 SF | | 0.00 | 0.57 | 6.90 | 19.16 | 121.83 |
| **TRIM & BASEBOARDS** | | | | | | | |
| 112. R&R Crown molding - 5 1/4" | 44.01 LF | 1.04 | | 7.29 | 26.40 | 73.32 | 466.32 |
| 113. Paint crown molding - two coats | 44.01 LF | | 0.00 | 1.80 | 5.70 | 15.84 | 100.76 |
| 114. R&R Baseboard - 6" | 40.51 LF | 0.78 | | 6.53 | 21.32 | 59.22 | 376.67 |

GRAVES_LINDSEY

 **THE CLAIM SQUAD PUBLIC ADJUSTERS**

**CONTINUED - Sitting Room**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 115.  Seal & paint baseboard - two coats | 40.51 LF | | 0.00 | 1.77 | 5.16 | 14.34 | 91.20 |
| **FLOORING** | | | | | | | |
| 116.  R&R Engineered wood flooring - High grade | 168.01 SF | | 3.62 | 12.96 | 200.56 | 557.12 | 3,543.29 |
| **PAINT AND PREP** | | | | | | | |
| 117.  Mask and prep for paint - plastic, paper, tape (per LF) | 40.51 LF | | 0.00 | 1.52 | 4.43 | 12.32 | 78.33 |
| 118.  Floor protection - heavy paper and tape | 168.01 SF | | 0.00 | 0.48 | 5.81 | 16.12 | 102.57 |
| 119.  Seal the walls and ceiling w/latex based stain blocker - one coat | 482.78 SF | | 0.00 | 0.67 | 23.29 | 64.70 | 411.45 |
| 120.  Paint the walls and ceiling - two coats | 482.78 SF | | 0.00 | 1.17 | 40.67 | 112.98 | 718.50 |
| **FINAL CLEANING** | | | | | | | |
| 121.  Final cleaning - construction - Residential | 168.01 SF | | 0.00 | 0.26 | 3.14 | 8.74 | 55.56 |
| 122.  Contents - move out then reset - Extra large room | 1.00 EA | | 0.00 | 231.15 | 16.64 | 46.24 | 294.03 |
| Totals:  Sitting Room | | | | | 405.67 | 1,126.94 | 7,167.08 |



| HVAC | | | | **Height: 8'** |
|---|---|---|---|---|
| 86.67 SF Walls | | | 10.77 SF Ceiling | |
| 97.44 SF Walls & Ceiling | | | 10.77 SF Floor | |
| 1.20 SY Flooring | | | 10.33 LF Floor Perimeter | |
| 13.33 LF Ceil. Perimeter | | | | |

**Door**                              **3' X 6' 8"**                        **Opens into HALLWAY**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| **DETACH AND RESET** | | | | | | | |
| 123.  Air handler - with heat element - Detach & reset | 1.00 EA | | 0.00 | 1,074.74 | 77.38 | 214.94 | 1,367.06 |
| 124.  Water heater - Detach & reset | 1.00 EA | | 0.00 | 678.79 | 48.88 | 135.76 | 863.43 |
| **TRIM & BASEBOARDS** | | | | | | | |
| 125.  R&R Baseboard - 6" | 10.33 LF | | 0.78 | 6.53 | 5.44 | 15.12 | 96.07 |
| 126.  Seal & paint baseboard - two coats | 10.33 LF | | 0.00 | 1.77 | 1.32 | 3.66 | 23.26 |
| **FLOORING** | | | | | | | |

 **THE CLAIM SQUAD PUBLIC ADJUSTERS**

**CONTINUED - HVAC**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 127. R&R Engineered wood flooring - High grade | 10.77 SF | | 3.62 | 12.96 | 12.85 | 35.72 | 227.14 |
| **PAINT AND PREP** | | | | | | | |
| 128. Mask and prep for paint - plastic, paper, tape (per LF) | 10.33 LF | | 0.00 | 1.52 | 1.13 | 3.14 | 19.97 |
| 129. Floor protection - heavy paper and tape | 10.77 SF | | 0.00 | 0.48 | 0.37 | 1.04 | 6.58 |
| 130. Seal the walls w/latex based stain blocker - one coat | 86.67 SF | | 0.00 | 0.67 | 4.18 | 11.62 | 73.87 |
| 131. Paint the walls - two coats | 86.67 SF | | 0.00 | 1.17 | 7.30 | 20.28 | 128.98 |
| **FINAL CLEANING** | | | | | | | |
| 132. Final cleaning - construction - Residential | 10.77 SF | | 0.00 | 0.26 | 0.20 | 0.56 | 3.56 |

Totals:  HVAC | | | | | 159.05 | 441.84 | 2,809.92



**Hallway**                                                                **Height: 8'**

| | |
|---|---|
| 372.44 SF Walls | 118.01 SF Ceiling |
| 490.45 SF Walls & Ceiling | 118.01 SF Floor |
| 13.11 SY Flooring | 43.14 LF Floor Perimeter |
| 63.64 LF Ceil. Perimeter | |

| | | |
|---|---|---|
| **Door** | **2' 6" X 6' 8"** | **Opens into LAUNDRY1** |
| **Door** | **3' X 6' 8"** | **Opens into HVAC** |
| **Door** | **2' 6" X 6' 8"** | **Opens into BEDROOM_1** |
| **Door** | **2' 6" X 6' 8"** | **Opens into BATH_1** |
| **Door** | **2' 6" X 6' 8"** | **Opens into BEDROOM_2** |
| **Door** | **2' 6" X 6' 8"** | **Opens into ROOM10** |
| **Door** | **2' 6" X 6' 8"** | **Opens into ELEVATOR** |
| **Missing Wall** | **3' 3" X 8'** | **Opens into SITTING_ROO1** |



**Subroom:  Hall Closet (1)**                                              **Height: 8'**

| | |
|---|---|
| 82.00 SF Walls | 9.17 SF Ceiling |
| 91.17 SF Walls & Ceiling | 9.17 SF Floor |
| 1.02 SY Flooring | 9.83 LF Floor Perimeter |
| 12.33 LF Ceil. Perimeter | |

| | | |
|---|---|---|
| **Door** | **2' 6" X 6' 8"** | **Opens into HALLWAY** |

 **THE CLAIM SQUAD PUBLIC ADJUSTERS**

**CONTINUED - Hallway**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| **DETACH AND RESET** | | | | | | | |
| 133. Recessed light fixture - Detach & reset trim only | 5.00 EA | | 0.00 | 4.06 | 1.46 | 4.06 | 25.82 |
| 134. Smoke detector - Detach & reset | 4.00 EA | | 0.00 | 61.34 | 17.66 | 49.08 | 312.10 |
| **TEXTURE** | | | | | | | |
| 135. Texture drywall - smooth / skim coat | 127.18 SF | | 0.00 | 1.26 | 11.54 | 32.06 | 203.85 |

*Texture drywall - smooth / skim coat - Line item used to prep remaining ceiling for a uniformed texturing to be applied to bring property back to pre-loss condition.*

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 136. Texture drywall - machine | 127.18 SF | | 0.00 | 0.57 | 5.22 | 14.50 | 92.21 |
| **TRIM & BASEBOARDS** | | | | | | | |
| 137. R&R Baseboard - 6" | 52.97 LF | 0.78 | | 6.53 | 27.88 | 77.44 | 492.53 |
| 138. Seal & paint baseboard - two coats | 52.97 LF | | 0.00 | 1.77 | 6.76 | 18.76 | 119.28 |
| **FLOORING** | | | | | | | |
| 139. R&R Engineered wood flooring - High grade | 127.18 SF | | 3.62 | 12.96 | 151.82 | 421.74 | 2,682.20 |
| **PAINT AND PREP** | | | | | | | |
| 140. Mask and prep for paint - plastic, paper, tape (per LF) | 52.97 LF | | 0.00 | 1.52 | 5.80 | 16.10 | 102.41 |
| 141. Floor protection - heavy paper and tape | 127.18 SF | | 0.00 | 0.48 | 4.39 | 12.22 | 77.66 |
| 142. Seal the walls and ceiling w/latex based stain blocker - one coat | 581.61 SF | | 0.00 | 0.67 | 28.06 | 77.94 | 495.68 |
| 143. Paint the walls and ceiling - two coats | 581.61 SF | | 0.00 | 1.17 | 49.00 | 136.10 | 865.58 |
| **FINAL CLEANING** | | | | | | | |
| 144. Final cleaning - construction - Residential | 127.18 SF | | 0.00 | 0.26 | 2.38 | 6.62 | 42.07 |
| | | | | | | | |
| Totals: Hallway | | | | | 311.97 | 866.62 | 5,511.39 |

 **THE CLAIM SQUAD PUBLIC ADJUSTERS**

| Bedroom 1 | | Height: 8' |
|---|---|---|
| 373.13 SF Walls | | 175.15 SF Ceiling |
| 548.29 SF Walls & Ceiling | | 175.15 SF Floor |
| 19.46 SY Flooring | | 48.81 LF Floor Perimeter |
| 53.81 LF Ceil. Perimeter | | |

| Window | 2' 6" X 4' | Opens into Exterior |
|---|---|---|
| Door | 2' 6" X 6' 8" | Opens into BATH_1 |
| Door | 2' 6" X 6' 8" | Opens into HALLWAY |
| Window | 3' 6" X 4' | Opens into Exterior |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| **DETACH AND RESET** | | | | | | | |
| 145. Recessed light fixture - Detach & reset trim only | 4.00 EA | | 0.00 | 4.06 | 1.16 | 3.24 | 20.64 |
| 146. Smoke detector - Detach & reset | 1.00 EA | | 0.00 | 61.34 | 4.42 | 12.26 | 78.02 |
| 147. Heat/AC register - Mechanically attached - Detach & reset | 1.00 EA | | 0.00 | 18.79 | 1.36 | 3.76 | 23.91 |
| 148. Ceiling fan - Detach & reset | 1.00 EA | | 0.00 | 225.59 | 16.25 | 45.12 | 286.96 |
| 149. Detach & Reset In-wall / In-ceiling speaker | 1.00 EA | 22.95 | 0.00 | 0.00 | 1.66 | 4.60 | 29.21 |
| **CEILING REPAIRS** | | | | | | | |
| 150. R&R 5/8" drywall - hung, taped, ready for texture | 32.00 SF | | 0.65 | 2.08 | 6.29 | 17.48 | 111.13 |
| 151. Clean stud wall | 32.00 SF | | 0.00 | 0.93 | 2.15 | 5.96 | 37.87 |
| 152. Apply anti-microbial agent to the surface area | 32.00 SF | | 0.00 | 0.32 | 0.73 | 2.04 | 13.01 |
| 153. R&R Batt insulation - 10" - R30 - unfaced batt | 32.00 SF | | 0.48 | 1.59 | 4.76 | 13.26 | 84.26 |
| **TEXTURE** | | | | | | | |
| 154. Texture drywall - smooth / skim coat | 175.15 SF | | 0.00 | 1.26 | 15.89 | 44.14 | 280.72 |

*Texture drywall - smooth / skim coat - Line item used to prep remaining ceiling for a uniformed texturing to be applied to bring property back to pre-loss condition.*

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 155. Texture drywall - machine | 175.15 SF | | 0.00 | 0.57 | 7.19 | 19.96 | 126.99 |
| **TRIM & BASEBOARDS** | | | | | | | |
| 156. R&R Crown molding - 4 1/4" | 53.81 LF | | 1.04 | 6.44 | 28.98 | 80.50 | 511.98 |
| 157. Paint crown molding - two coats | 53.81 LF | | 0.00 | 1.80 | 6.97 | 19.38 | 123.21 |
| 158. R&R Baseboard - 6" | 48.81 LF | | 0.78 | 6.53 | 25.68 | 71.36 | 453.84 |

 **THE CLAIM SQUAD PUBLIC ADJUSTERS**

**CONTINUED - Bedroom 1**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 159.  Seal & paint baseboard - two coats | 48.81 LF | | 0.00 | 1.77 | 6.22 | 17.28 | 109.89 |
| **FLOORING** | | | | | | | |
| 160.  R&R Engineered wood flooring - High grade | 175.15 SF | | 3.62 | 12.96 | 209.09 | 580.78 | 3,693.85 |
| **PAINT AND PREP** | | | | | | | |
| 161.  Mask and prep for paint - plastic, paper, tape (per LF) | 48.81 LF | | 0.00 | 1.52 | 5.34 | 14.84 | 94.37 |
| 162.  Floor protection - heavy paper and tape | 175.15 SF | | 0.00 | 0.48 | 6.05 | 16.82 | 106.94 |
| 163.  Seal the walls and ceiling w/latex based stain blocker - one coat | 548.29 SF | | 0.00 | 0.67 | 26.45 | 73.48 | 467.28 |
| 164.  Paint the walls and ceiling - two coats | 548.29 SF | | 0.00 | 1.17 | 46.19 | 128.30 | 815.99 |
| **FINAL CLEANING** | | | | | | | |
| 165.  Final cleaning - construction - Residential | 175.15 SF | | 0.00 | 0.26 | 3.28 | 9.10 | 57.92 |
| 166.  Contents - move out then reset - Large room | 1.00 EA | | 0.00 | 115.58 | 8.32 | 23.12 | 147.02 |

| Totals:  Bedroom 1 | | | | | 434.43 | 1,206.78 | 7,675.01 |
|---|---|---|---|---|---|---|---|



| **Bath 1** | | | | | | Height: 8' | |
|---|---|---|---|---|---|---|---|

| | 186.67 SF Walls | | | 45.14 SF Ceiling | | | |
|---|---|---|---|---|---|---|---|
| | 231.81 SF Walls & Ceiling | | | 45.14 SF Floor | | | |
| | 5.02 SY Flooring | | | 22.50 LF Floor Perimeter | | | |
| | 27.50 LF Ceil. Perimeter | | | | | | |

| **Door** | | 2' 6" X 6' 8" | | **Opens into HALLWAY** | | | |
|---|---|---|---|---|---|---|---|
| **Door** | | 2' 6" X 6' 8" | | **Opens into BEDROOM_1** | | | |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| **DETACH AND RESET** | | | | | | | |
| 167.  Recessed light fixture - Detach & reset trim only | 2.00 EA | | 0.00 | 4.06 | 0.59 | 1.62 | 10.33 |
| 168.  Heat/AC register - Mechanically attached - Detach & reset | 1.00 EA | | 0.00 | 18.79 | 1.36 | 3.76 | 23.91 |
| 169.  Bathroom ventilation fan - Detach & reset | 1.00 EA | | 0.00 | 68.86 | 4.96 | 13.78 | 87.60 |
| 170.  Toilet - Detach & reset | 1.00 EA | | 0.00 | 304.44 | 21.92 | 60.88 | 387.24 |

 **THE CLAIM SQUAD PUBLIC ADJUSTERS**

**CONTINUED - Bath 1**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 171. Mirror - plate glass - Detach & reset | 12.00 SF | | 0.00 | 7.79 | 6.73 | 18.70 | 118.91 |
| 172. Towel ring - Detach & reset | 1.00 EA | | 0.00 | 22.50 | 1.62 | 4.50 | 28.62 |
| 173. Detach & Reset Light fixture - wall sconce | 1.00 EA | 63.34 | 0.00 | 0.00 | 4.56 | 12.66 | 80.56 |
| **CEILING REPAIRS** | | | | | | | |
| 174. R&R 5/8" drywall - hung, taped, ready for texture | 32.00 SF | | 0.65 | 2.08 | 6.29 | 17.48 | 111.13 |
| 175. Clean stud wall | 32.00 SF | | 0.00 | 0.93 | 2.15 | 5.96 | 37.87 |
| 176. Apply anti-microbial agent to the surface area | 32.00 SF | | 0.00 | 0.32 | 0.73 | 2.04 | 13.01 |
| 177. R&R Batt insulation - 10" - R30 - unfaced batt | 32.00 SF | | 0.48 | 1.59 | 4.76 | 13.26 | 84.26 |
| **TEXTURE** | | | | | | | |
| 178. Texture drywall - smooth / skim coat | 45.14 SF | | 0.00 | 1.26 | 4.09 | 11.38 | 72.35 |

*Texture drywall - smooth / skim coat - Line item used to prep remaining ceiling for a uniformed texturing to be applied to bring property back to pre-loss condition.*

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 179. Texture drywall - machine | 45.14 SF | | 0.00 | 0.57 | 1.85 | 5.14 | 32.72 |
| **TRIM & BASEBOARDS** | | | | | | | |
| 180. R&R Crown molding - 4 1/4" | 27.50 LF | | 1.04 | 6.44 | 14.82 | 41.14 | 261.66 |
| 181. Paint crown molding - two coats | 27.50 LF | | 0.00 | 1.80 | 3.56 | 9.90 | 62.96 |
| **WALLPAPER AND PREP** | | | | | | | |
| 182. Prep wall for wallpaper | 186.67 SF | | 0.00 | 0.79 | 10.62 | 29.50 | 187.59 |
| 183. R&R Wallpaper | 186.67 SF | | 1.20 | 2.86 | 54.57 | 151.58 | 964.03 |
| **PAINT AND PREP** | | | | | | | |
| 184. Mask and prep for paint - plastic, paper, tape (per LF) | 22.50 LF | | 0.00 | 1.52 | 2.46 | 6.84 | 43.50 |
| 185. Floor protection - heavy paper and tape | 45.14 SF | | 0.00 | 0.48 | 1.56 | 4.34 | 27.57 |
| 186. Seal the ceiling w/latex based stain blocker - one coat | 45.14 SF | | 0.00 | 0.67 | 2.17 | 6.04 | 38.45 |
| 187. Paint the ceiling - two coats | 45.14 SF | | 0.00 | 1.17 | 3.80 | 10.56 | 67.17 |
| **FINAL CLEANING** | | | | | | | |
| 188. Final cleaning - construction - Residential | 45.14 SF | | 0.00 | 0.26 | 0.84 | 2.34 | 14.92 |
| | | | | | | | |
| Totals: Bath 1 | | | | | 156.01 | 433.40 | 2,756.36 |

GRAVES_LINDSEY

 **THE CLAIM SQUAD PUBLIC ADJUSTERS**



### Bedroom 2          Height: 8'

| | | | |
|---|---|---|---|
| 334.53 | SF Walls | 173.59 | SF Ceiling |
| 508.12 | SF Walls & Ceiling | 173.59 | SF Floor |
| 19.29 | SY Flooring | 44.32 | LF Floor Perimeter |
| 51.82 | LF Ceil. Perimeter | | |

| | | |
|---|---|---|
| Window | 2' 6" X 4' | Opens into Exterior |
| Window | 5' X 4' | Opens into Exterior |
| Door | 2' 6" X 6' 8" | Opens into HALLWAY |
| Door | 2' 6" X 6' 8" | Opens into BATH_2 |



### Subroom: W.I.C 2 (1)          Height: 8'

| | | | |
|---|---|---|---|
| 154.00 | SF Walls | 28.42 | SF Ceiling |
| 182.42 | SF Walls & Ceiling | 28.42 | SF Floor |
| 3.16 | SY Flooring | 18.83 | LF Floor Perimeter |
| 21.33 | LF Ceil. Perimeter | | |

| | | |
|---|---|---|
| Door | 2' 6" X 6' 8" | Opens into BEDROOM_2 |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| **DETACH AND RESET** | | | | | | | |
| 189. Recessed light fixture - Detach & reset trim only | 4.00 EA | | 0.00 | 4.06 | 1.16 | 3.24 | 20.64 |
| 190. Smoke detector - Detach & reset | 1.00 EA | | 0.00 | 61.34 | 4.42 | 12.26 | 78.02 |
| 191. Heat/AC register - Mechanically attached - Detach & reset | 1.00 EA | | 0.00 | 18.79 | 1.36 | 3.76 | 23.91 |
| 192. Ceiling fan - Detach & reset | 1.00 EA | | 0.00 | 225.59 | 16.25 | 45.12 | 286.96 |
| 193. Detach & Reset In-wall / In-ceiling speaker | 1.00 EA | 22.95 | 0.00 | 0.00 | 1.66 | 4.60 | 29.21 |
| **CEILING REPAIRS** | | | | | | | |
| 194. R&R 5/8" drywall - hung, taped, ready for texture | 32.00 SF | | 0.65 | 2.08 | 6.29 | 17.48 | 111.13 |
| 195. Clean stud wall | 32.00 SF | | 0.00 | 0.93 | 2.15 | 5.96 | 37.87 |
| 196. Apply anti-microbial agent to the surface area | 32.00 SF | | 0.00 | 0.32 | 0.73 | 2.04 | 13.01 |
| 197. R&R Batt insulation - 10" - R30 - unfaced batt | 32.00 SF | | 0.48 | 1.59 | 4.76 | 13.26 | 84.26 |
| **TEXTURE** | | | | | | | |
| 198. Texture drywall - smooth / skim coat | 202.01 SF | | 0.00 | 1.26 | 18.32 | 50.90 | 323.75 |

GRAVES_LINDSEY          1/26/2023          Page: 18

 **THE CLAIM SQUAD PUBLIC ADJUSTERS**

CONTINUED - Bedroom 2

| DESCRIPTION | QTY | | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|---|

*Texture drywall - smooth / skim coat - Line item used to prep remaining ceiling for a uniformed texturing to be applied to bring property back to pre-loss condition.*

| DESCRIPTION | QTY | | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|---|
| 199.  Texture drywall - machine | 202.01 | SF | | 0.00 | 0.57 | 8.29 | 23.04 | 146.48 |
| **TRIM & BASEBOARDS** | | | | | | | | |
| 200.  R&R Crown molding - 4 1/4" | 73.15 | LF | | 1.04 | 6.44 | 39.39 | 109.44 | 696.00 |
| 201.  Paint crown molding - two coats | 73.15 | LF | | 0.00 | 1.80 | 9.48 | 26.34 | 167.49 |
| 202.  R&R Baseboard - 6" | 63.15 | LF | | 0.78 | 6.53 | 33.24 | 92.34 | 587.21 |
| 203.  Seal & paint baseboard - two coats | 63.15 | LF | | 0.00 | 1.77 | 8.05 | 22.36 | 142.19 |
| **FLOORING** | | | | | | | | |
| 204.  R&R Engineered wood flooring - High grade | 202.01 | SF | | 3.62 | 12.96 | 241.16 | 669.88 | 4,260.37 |
| **PAINT AND PREP** | | | | | | | | |
| 205.  Mask and prep for paint - plastic, paper, tape (per LF) | 63.15 | LF | | 0.00 | 1.52 | 6.91 | 19.20 | 122.10 |
| 206.  Floor protection - heavy paper and tape | 202.01 | SF | | 0.00 | 0.48 | 6.98 | 19.40 | 123.34 |
| 207.  Seal the walls and ceiling w/latex based stain blocker - one coat | 690.53 | SF | | 0.00 | 0.67 | 33.31 | 92.54 | 588.51 |
| 208.  Paint the walls and ceiling - two coats | 690.53 | SF | | 0.00 | 1.17 | 58.18 | 161.58 | 1,027.68 |
| **FINAL CLEANING** | | | | | | | | |
| 209.  Final cleaning - construction - Residential | 202.01 | SF | | 0.00 | 0.26 | 3.78 | 10.50 | 66.80 |
| 210.  Contents - move out then reset - Large room | 1.00 | EA | | 0.00 | 115.58 | 8.32 | 23.12 | 147.02 |
| Totals:  Bedroom 2 | | | | | | 514.19 | 1,428.36 | 9,083.95 |



**Bath 2** — **Height: 8'**

| | |
|---|---|
| 203.33  SF Walls | 45.14  SF Ceiling |
| 248.47  SF Walls & Ceiling | 45.14  SF Floor |
| 5.02  SY Flooring | 25.00  LF Floor Perimeter |
| 27.50  LF Ceil. Perimeter | |

**Door**                    2' 6" X 6' 8"                    Opens into BEDROOM_2

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|

**DETACH AND RESET**

GRAVES_LINDSEY

 **THE CLAIM SQUAD PUBLIC ADJUSTERS**

**CONTINUED - Bath 2**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 211. Recessed light fixture - Detach & reset trim only | 2.00 EA | | 0.00 | 4.06 | 0.59 | 1.62 | 10.33 |
| 212. Heat/AC register - Mechanically attached - Detach & reset | 1.00 EA | | 0.00 | 18.79 | 1.36 | 3.76 | 23.91 |
| 213. Bathroom ventilation fan - Detach & reset | 1.00 EA | | 0.00 | 68.86 | 4.96 | 13.78 | 87.60 |
| 214. Toilet - Detach & reset | 1.00 EA | | 0.00 | 304.44 | 21.92 | 60.88 | 387.24 |
| 215. Mirror - plate glass - Detach & reset | 12.00 SF | | 0.00 | 7.79 | 6.73 | 18.70 | 118.91 |
| 216. Towel ring - Detach & reset | 1.00 EA | | 0.00 | 22.50 | 1.62 | 4.50 | 28.62 |
| 217. Detach & Reset Light fixture - wall sconce | 1.00 EA | 63.34 | 0.00 | 0.00 | 4.56 | 12.66 | 80.56 |
| **CEILING REPAIRS** | | | | | | | |
| 218. R&R 5/8" drywall - hung, taped, ready for texture | 32.00 SF | | 0.65 | 2.08 | 6.29 | 17.48 | 111.13 |
| 219. Clean stud wall | 32.00 SF | | 0.00 | 0.93 | 2.15 | 5.96 | 37.87 |
| 220. Apply anti-microbial agent to the surface area | 32.00 SF | | 0.00 | 0.32 | 0.73 | 2.04 | 13.01 |
| 221. R&R Batt insulation - 10" - R30 - unfaced batt | 32.00 SF | | 0.48 | 1.59 | 4.76 | 13.26 | 84.26 |
| **TEXTURE** | | | | | | | |
| 222. Texture drywall - smooth / skim coat | 45.14 SF | | 0.00 | 1.26 | 4.09 | 11.38 | 72.35 |

*Texture drywall - smooth / skim coat - Line item used to prep remaining ceiling for a uniformed texturing to be applied to bring property back to pre-loss condition.*

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 223. Texture drywall - machine | 45.14 SF | | 0.00 | 0.57 | 1.85 | 5.14 | 32.72 |
| **TRIM & BASEBOARDS** | | | | | | | |
| 224. R&R Crown molding - 4 1/4" | 27.50 LF | | 1.04 | 6.44 | 14.82 | 41.14 | 261.66 |
| 225. Paint crown molding - two coats | 27.50 LF | | 0.00 | 1.80 | 3.56 | 9.90 | 62.96 |
| **WALLPAPER AND PREP** | | | | | | | |
| 226. Prep wall for wallpaper | 203.33 SF | | 0.00 | 0.79 | 11.57 | 32.12 | 204.32 |
| 227. R&R Wallpaper | 203.33 SF | | 1.20 | 2.86 | 59.44 | 165.10 | 1,050.06 |
| **PAINT AND PREP** | | | | | | | |
| 228. Mask and prep for paint - plastic, paper, tape (per LF) | 25.00 LF | | 0.00 | 1.52 | 2.74 | 7.60 | 48.34 |
| 229. Floor protection - heavy paper and tape | 45.14 SF | | 0.00 | 0.48 | 1.56 | 4.34 | 27.57 |
| 230. Seal the ceiling w/latex based stain blocker - one coat | 45.14 SF | | 0.00 | 0.67 | 2.17 | 6.04 | 38.45 |
| 231. Paint the ceiling - two coats | 45.14 SF | | 0.00 | 1.17 | 3.80 | 10.56 | 67.17 |

GRAVES_LINDSEY                                                                    1/26/2023          Page: 20

 **THE CLAIM SQUAD PUBLIC ADJUSTERS**

**CONTINUED - Bath 2**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| **FINAL CLEANING** | | | | | | | |
| 232. Final cleaning - construction - Residential | 45.14 SF | | 0.00 | 0.26 | 0.84 | 2.34 | 14.92 |
| Totals: Bath 2 | | | | | 162.11 | 450.30 | 2,863.96 |



**Primary Bedroom**                                                             **Height: 8'**

| | | |
|---|---|---|
| 476.67 SF Walls | | 306.24 SF Ceiling |
| 782.90 SF Walls & Ceiling | | 306.24 SF Floor |
| 34.03 SY Flooring | | 63.58 LF Floor Perimeter |
| 71.08 LF Ceil. Perimeter | | |

| Door | 2' 6" X 6' 8" | Opens into Exterior |
|---|---|---|
| Window | 3' 6" X 4' | Opens into Exterior |
| Window | 3' 6" X 4' | Opens into Exterior |
| Window | 3' 6" X 4' | Opens into Exterior |
| Door | 2' 6" X 6' 8" | Opens into PRIMARY_BAT1 |



**Subroom: Room2 (1)**                                                          **Height: 8'**

| | | |
|---|---|---|
| 85.73 SF Walls | | 9.17 SF Ceiling |
| 94.90 SF Walls & Ceiling | | 9.17 SF Floor |
| 1.02 SY Flooring | | 10.30 LF Floor Perimeter |
| 12.80 LF Ceil. Perimeter | | |

| Door | 2' 6" X 6' 8" | Opens into PRIMARY_BED1 |
|---|---|---|



**Subroom: Primary Closet (3)**                                                **Height: 8'**

| | | |
|---|---|---|
| 172.67 SF Walls | | 34.83 SF Ceiling |
| 207.50 SF Walls & Ceiling | | 34.83 SF Floor |
| 3.87 SY Flooring | | 21.17 LF Floor Perimeter |
| 23.67 LF Ceil. Perimeter | | |

| Door | 2' 6" X 6' 8" | Opens into ROOM10 |
|---|---|---|

 **THE CLAIM SQUAD PUBLIC ADJUSTERS**

**CONTINUED - Primary Bedroom**

**Subroom: Room10 (2)**                                                                        **Height: 8'**

| | |
|---|---|
| 71.62 SF Walls | 15.77 SF Ceiling |
| 87.39 SF Walls & Ceiling | 15.77 SF Floor |
| 1.75 SY Flooring | 8.12 LF Floor Perimeter |
| 13.12 LF Ceil. Perimeter | |

| | | |
|---|---|---|
| **Door** | 2' 6" X 6' 8" | **Opens into HALLWAY** |
| **Door** | 2' 6" X 6' 8" | **Opens into PRIMARY_CLOS** |
| **Missing Wall** | 3' 3" X 8' | **Opens into PRIMARY_BED1** |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| **DETACH AND RESET** | | | | | | | |
| 233. Recessed light fixture - Detach & reset trim only | 9.00 EA | | 0.00 | 4.06 | 2.63 | 7.30 | 46.47 |
| 234. Smoke detector - Detach & reset | 1.00 EA | | 0.00 | 61.34 | 4.42 | 12.26 | 78.02 |
| 235. Heat/AC register - Mechanically attached - Detach & reset | 1.00 EA | | 0.00 | 18.79 | 1.36 | 3.76 | 23.91 |
| 236. Detach & Reset In-wall / In-ceiling speaker | 1.00 EA | 22.95 | 0.00 | 0.00 | 1.66 | 4.60 | 29.21 |
| **CEILING REPAIRS** | | | | | | | |
| 237. R&R 5/8" drywall - hung, taped, ready for texture | 32.00 SF | | 0.65 | 2.08 | 6.29 | 17.48 | 111.13 |
| 238. Clean stud wall | 32.00 SF | | 0.00 | 0.93 | 2.15 | 5.96 | 37.87 |
| 239. Apply anti-microbial agent to the surface area | 32.00 SF | | 0.00 | 0.32 | 0.73 | 2.04 | 13.01 |
| 240. R&R Batt insulation - 10" - R30 - unfaced batt | 32.00 SF | | 0.48 | 1.59 | 4.76 | 13.26 | 84.26 |
| **TEXTURE** | | | | | | | |
| 241. Texture drywall - smooth / skim coat | 366.01 SF | | 0.00 | 1.26 | 33.20 | 92.24 | 586.61 |

*Texture drywall - smooth / skim coat - Line item used to prep remaining ceiling for a uniformed texturing to be applied to bring property back to pre-loss condition.*

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 242. Texture drywall - machine | 366.01 SF | | 0.00 | 0.57 | 15.02 | 41.72 | 265.37 |
| **TRIM & BASEBOARDS** | | | | | | | |
| 243. R&R Crown molding - 7-piece | 120.67 LF | | 2.65 | 46.48 | 426.85 | 1,185.70 | 7,541.07 |
| 244. Seal & paint crown molding, oversized - three coats | 120.67 LF | | 0.00 | 2.84 | 24.67 | 68.54 | 435.91 |
| 245. R&R Baseboard - 6" | 103.17 LF | | 0.78 | 6.53 | 54.30 | 150.84 | 959.31 |

 **THE CLAIM SQUAD PUBLIC ADJUSTERS**

**CONTINUED - Primary Bedroom**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 246. Seal & paint baseboard - two coats | 103.17 LF | | 0.00 | 1.77 | 13.15 | 36.52 | 232.28 |
| **FLOORING** | | | | | | | |
| 247. R&R Engineered wood flooring - High grade | 366.01 SF | | 3.62 | 12.96 | 436.93 | 1,213.70 | 7,719.08 |
| **PAINT AND PREP** | | | | | | | |
| 248. Mask and prep for paint - plastic, paper, tape (per LF) | 103.17 LF | | 0.00 | 1.52 | 11.29 | 31.36 | 199.47 |
| 249. Floor protection - heavy paper and tape | 366.01 SF | | 0.00 | 0.48 | 12.65 | 35.14 | 223.47 |
| 250. Seal the walls and ceiling w/latex based stain blocker - one coat | 1,172.69 SF | | 0.00 | 0.67 | 56.57 | 157.14 | 999.41 |
| 251. Paint the walls and ceiling - two coats | 1,172.69 SF | | 0.00 | 1.17 | 98.78 | 274.42 | 1,745.25 |
| **FINAL CLEANING** | | | | | | | |
| 252. Final cleaning - construction - Residential | 366.01 SF | | 0.00 | 0.26 | 6.85 | 19.04 | 121.05 |
| 253. Contents - move out then reset - Large room | 1.00 EA | | 0.00 | 115.58 | 8.32 | 23.12 | 147.02 |
| Totals: Primary Bedroom | | | | | 1,222.58 | 3,396.14 | 21,599.18 |



| Primary Bath | | Height: 8' |
|---|---|---|
| 448.22 SF Walls | 144.31 SF Ceiling | |
| 592.53 SF Walls & Ceiling | 144.31 SF Floor | |
| 16.03 SY Flooring | 55.28 LF Floor Perimeter | |
| 59.78 LF Ceil. Perimeter | | |

**Door**        2' 6" X 6' 8"        Opens into PRIMARY_BED1



| Subroom: Linen Closet (1) | | Height: 8' |
|---|---|---|
| 61.61 SF Walls | 5.45 SF Ceiling | |
| 67.06 SF Walls & Ceiling | 5.45 SF Floor | |
| 0.61 SY Flooring | 7.37 LF Floor Perimeter | |
| 9.37 LF Ceil. Perimeter | | |

**Door**        2' X 6' 8"        Opens into PRIMARY_BAT1

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|

 **THE CLAIM SQUAD PUBLIC ADJUSTERS**

**CONTINUED - Primary Bath**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| **DETACH AND RESET** | | | | | | | |
| 254.  Recessed light fixture - Detach & reset trim only | 3.00 EA | | 0.00 | 4.06 | 0.88 | 2.44 | 15.50 |
| 255.  Heat/AC register - Mechanically attached - Detach & reset | 1.00 EA | | 0.00 | 18.79 | 1.36 | 3.76 | 23.91 |
| 256.  Bathroom ventilation fan - Detach & reset | 2.00 EA | | 0.00 | 68.86 | 9.91 | 27.54 | 175.17 |
| **CEILING REPAIRS** | | | | | | | |
| 257.  R&R 5/8" drywall - hung, taped, ready for texture | 32.00 SF | | 0.65 | 2.08 | 6.29 | 17.48 | 111.13 |
| 258.  Clean stud wall | 32.00 SF | | 0.00 | 0.93 | 2.15 | 5.96 | 37.87 |
| 259.  Apply anti-microbial agent to the surface area | 32.00 SF | | 0.00 | 0.32 | 0.73 | 2.04 | 13.01 |
| 260.  R&R Batt insulation - 10" - R30 - unfaced batt | 32.00 SF | | 0.48 | 1.59 | 4.76 | 13.26 | 84.26 |
| **TEXTURE** | | | | | | | |
| 261.  Texture drywall - smooth / skim coat | 149.77 SF | | 0.00 | 1.26 | 13.58 | 37.74 | 240.03 |

*Texture drywall - smooth / skim coat - Line item used to prep remaining ceiling for a uniformed texturing to be applied to bring property back to pre-loss condition.*

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 262.  Texture drywall - machine | 149.77 SF | | 0.00 | 0.57 | 6.14 | 17.08 | 108.59 |
| **PAINT AND PREP** | | | | | | | |
| 263.  Mask and prep for paint - plastic, paper, tape (per LF) | 62.64 LF | | 0.00 | 1.52 | 6.85 | 19.04 | 121.10 |
| 264.  Floor protection - heavy paper and tape | 149.72 SF | | 0.00 | 0.48 | 5.17 | 14.38 | 91.42 |
| 265.  Seal the ceiling w/latex based stain blocker - one coat | 149.77 SF | | 0.00 | 0.67 | 7.22 | 20.08 | 127.65 |
| 266.  Paint the ceiling - two coats | 149.77 SF | | 0.00 | 1.17 | 12.61 | 35.04 | 222.88 |
| **FINAL CLEANING** | | | | | | | |
| 267.  Final cleaning - construction - Residential | 149.72 SF | | 0.00 | 0.26 | 2.81 | 7.78 | 49.52 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Totals:  Primary Bath | | | | | 80.46 | 223.62 | 1,422.04 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Total: Level 2 | | | | | **3,749.03** | **10,414.50** | **66,234.37** |

**Main Level**



**THE CLAIM SQUAD PUBLIC ADJUSTERS**

**Stairs** **Height: 11' 1"**

| | |
|---|---|
| 157.86 SF Walls | 33.00 SF Ceiling |
| 190.86 SF Walls & Ceiling | 47.57 SF Floor |
| 5.29 SY Flooring | 19.32 LF Floor Perimeter |
| 18.42 LF Ceil. Perimeter | |

| | | |
|---|---|---|
| **Missing Wall** | **3' X 11' 1 1/2"** | **Opens into FOYER** |
| **Window** | **4' 2" X 4'** | **Opens into Exterior** |
| **Missing Wall** | **3' X 11' 1 1/2"** | **Opens into HALL** |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| **TRIM & BASEBOARDS** | | | | | | | |
| 268. Stain & finish stair stringer | 15.00 LF | | 0.00 | 5.93 | 6.41 | 17.80 | 113.16 |
| **FLOORING** | | | | | | | |
| 269. R&R Engineered wood flooring - floating - High grade | 47.57 SF | | 1.81 | 13.14 | 51.20 | 142.24 | 904.61 |
| **PAINT AND PREP** | | | | | | | |
| 270. Mask and prep for paint - plastic, paper, tape (per LF) | 19.32 LF | | 0.00 | 1.52 | 2.11 | 5.88 | 37.36 |
| 271. Floor protection - heavy paper and tape | 47.57 SF | | 0.00 | 0.48 | 1.64 | 4.56 | 29.03 |
| 272. Seal the walls w/latex based stain blocker - one coat | 157.86 SF | | 0.00 | 0.67 | 7.62 | 21.16 | 134.55 |
| 273. Paint the walls - two coats | 157.86 SF | | 0.00 | 1.17 | 13.30 | 36.94 | 234.94 |
| **FINAL CLEANING** | | | | | | | |
| 274. Final cleaning - construction - Residential | 47.57 SF | | 0.00 | 0.26 | 0.89 | 2.48 | 15.74 |
| Totals: Stairs | | | | | 83.17 | 231.06 | 1,469.39 |

 **THE CLAIM SQUAD PUBLIC ADJUSTERS**



| Foyer | | Height: 8' |
|---|---|---|
| 276.41 SF Walls | 100.45 SF Ceiling | |
| 376.86 SF Walls & Ceiling | 100.45 SF Floor | |
| 11.16 SY Flooring | 40.22 LF Floor Perimeter | |
| 45.22 LF Ceil. Perimeter | | |

| Missing Wall | 3' X 8' | Opens into STAIRS |
|---|---|---|
| Window | 3' 6" X 4' | Opens into Exterior |
| Window | 3' 6" X 4' | Opens into Exterior |
| Window | 2' X 4' | Opens into Exterior |
| Door | 2' 6" X 6' 8" | Opens into Exterior |
| Window | 4' X 4' | Opens into Exterior |
| Door | 2' 6" X 6' 8" | Opens into GARAGE |

| Subroom: Hall (1) | | Height: 8' |
|---|---|---|
| 141.57 SF Walls | 41.42 SF Ceiling | |
| 182.98 SF Walls & Ceiling | 41.42 SF Floor | |
| 4.60 SY Flooring | 22.00 LF Floor Perimeter | |
| 24.50 LF Ceil. Perimeter | | |

| Door | 2' 6" X 6' 8" | Opens into Exterior |
|---|---|---|
| Window | 5' X 4' | Opens into Exterior |
| Missing Wall | 3' X 8' | Opens into STAIRS |
| Missing Wall | 2' 4" X 8' | Opens into FOYER |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| **WALL REPAIRS** | | | | | | | |
| 275. 1/2" drywall - hung, taped, ready for texture | 248.87 SF | | 0.00 | 2.76 | 49.45 | 137.38 | 873.71 |
| 276. Clean stud wall | 248.87 SF | | 0.00 | 0.93 | 16.67 | 46.30 | 294.42 |
| **TEXTURE** | | | | | | | |
| 277. Texture drywall - smooth / skim coat | 417.98 SF | | 0.00 | 1.26 | 37.92 | 105.34 | 669.91 |

*Texture drywall - smooth / skim coat - Line item used to prep remaining walls for a uniformed texturing to be applied to bring property back to pre-loss condition.*

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 278. Texture drywall - machine | 417.98 SF | | 0.00 | 0.57 | 17.16 | 47.66 | 303.07 |
| **WINDOWS** | | | | | | | |
| 279. Add on for "Low E" glass | 131.00 SF | | 0.00 | 3.96 | 37.36 | 103.76 | 659.88 |

GRAVES_LINDSEY

1/26/2023     Page: 26



**THE CLAIM SQUAD PUBLIC ADJUSTERS**

**CONTINUED - Foyer**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 280. Add. charge for a retrofit window, 24-40 sf - difficult | 4.00 EA | | 0.00 | 341.25 | 98.28 | 273.00 | 1,736.28 |
| 281. R&R Storefront - aluminum anodized frame - Single pane | 91.00 SF | | 2.89 | 26.37 | 191.72 | 532.54 | 3,386.92 |
| 282. R&R Vinyl window, single hung, 20-28 sf - High grade | 2.00 EA | | 34.88 | 596.92 | 90.99 | 252.72 | 1,607.31 |
| **FLOORING** | | | | | | | |
| 283. Clean floor - tile - Heavy clean | 141.87 SF | | 0.00 | 1.06 | 10.82 | 30.08 | 191.28 |
| **PAINT AND PREP** | | | | | | | |
| 284. Mask and prep for paint - plastic, paper, tape (per LF) | 62.22 LF | | 0.00 | 1.52 | 6.80 | 18.92 | 120.29 |
| 285. Floor protection - heavy paper and tape | 141.87 SF | | 0.00 | 0.48 | 4.91 | 13.62 | 86.63 |
| 286. Seal the walls w/latex based stain blocker - one coat | 417.98 SF | | 0.00 | 0.67 | 20.16 | 56.02 | 356.23 |
| 287. Paint the walls - two coats | 417.98 SF | | 0.00 | 1.17 | 35.21 | 97.80 | 622.05 |
| **FINAL CLEANING** | | | | | | | |
| 288. Final cleaning - construction - Residential | 141.87 SF | | 0.00 | 0.26 | 2.65 | 7.38 | 46.92 |
| Totals: Foyer | | | | | 620.10 | 1,722.52 | 10,954.90 |



| Recreation Room | | Height: 8' |
|---|---|---|
| 455.44 SF Walls | 277.09 SF Ceiling | |
| 732.53 SF Walls & Ceiling | 277.09 SF Floor | |
| 30.79 SY Flooring | 56.51 LF Floor Perimeter | |
| 59.01 LF Ceil. Perimeter | | |

| **Door** | **2' 6" X 6' 8"** | **Opens into GARAGE** |
|---|---|---|



## THE CLAIM SQUAD PUBLIC ADJUSTERS

**CONTINUED - Recreation Room**

**Subroom: Wet Bar (1)**                                                    **Height: 8'**

| | |
|---|---|
| 305.33 SF Walls | 137.47 SF Ceiling |
| 442.81 SF Walls & Ceiling | 137.47 SF Floor |
| 15.27 SY Flooring | 39.50 LF Floor Perimeter |
| 42.00 LF Ceil. Perimeter | |

| | | |
|---|---|---|
| **Window** | 3' 6" X 4' | **Opens into Exterior** |
| **Door** | 2' 6" X 6' 8" | **Opens into STORAGE_AREA** |
| **Missing Wall** | 8' 2" X 8' | **Opens into RECREATION_R** |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| **DETACH AND RESET** | | | | | | | |
| 289. Sink - single - Detach & reset | 1.00 EA | | 0.00 | 187.31 | 13.49 | 37.46 | 238.26 |
| 290. Sink faucet - Detach & reset | 1.00 EA | | 0.00 | 149.84 | 10.79 | 29.96 | 190.59 |
| 291. R&R P-trap assembly - ABS (plastic) | 1.00 EA | | 11.58 | 75.92 | 6.30 | 17.50 | 111.30 |
| **WALL REPAIRS** | | | | | | | |
| 292. Drywall patch / small repair, ready for paint | 12.00 EA | | 0.00 | 106.43 | 91.96 | 255.44 | 1,624.56 |
| **TEXTURE** | | | | | | | |
| 293. Texture drywall - smooth / skim coat | 760.77 SF | | 0.00 | 1.26 | 69.01 | 191.72 | 1,219.30 |

*Texture drywall - smooth / skim coat - Line item used to prep remaining walls for a uniformed texturing to be applied to bring property back to pre-loss condition.*

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 294. Texture drywall - machine | 760.77 SF | | 0.00 | 0.57 | 31.22 | 86.72 | 551.58 |
| **FLOORING** | | | | | | | |
| 295. Clean floor - tile - Heavy clean | 414.56 SF | | 0.00 | 1.06 | 31.64 | 87.88 | 558.95 |
| **CABINETS & COUNTERTOPS** | | | | | | | |
| 296. R&R Custom cabinets - base units - High grade | 14.40 LF | | 11.59 | 458.92 | 487.82 | 1,355.08 | 8,618.25 |
| 297. R&R Custom cabinets - wall units - 36" tall | 8.50 LF | | 11.59 | 221.49 | 142.64 | 396.24 | 2,520.07 |
| 298. Add for prefinished crown molding per LF | 8.50 LF | | 0.00 | 11.33 | 6.94 | 19.26 | 122.51 |
| 299. Add on Granite or Marble - edge treatment | 14.40 LF | | 0.00 | 27.22 | 28.22 | 78.40 | 498.59 |
| 300. R&R Countertop - Granite or Marble - High grade | 43.20 SF | | 8.32 | 89.82 | 305.25 | 847.92 | 5,392.81 |
| **PAINT AND PREP** | | | | | | | |

 **THE CLAIM SQUAD PUBLIC ADJUSTERS**

**CONTINUED - Recreation Room**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 301.  Mask and prep for paint - plastic, paper, tape (per LF) | 96.01 LF | | 0.00 | 1.52 | 10.51 | 29.18 | 185.63 |
| 302.  Floor protection - heavy paper and tape | 414.56 SF | | 0.00 | 0.48 | 14.33 | 39.80 | 253.12 |
| 303.  Seal the walls w/latex based stain blocker - one coat | 760.77 SF | | 0.00 | 0.67 | 36.70 | 101.94 | 648.36 |
| 304.  Paint the walls - two coats | 760.77 SF | | 0.00 | 1.17 | 64.09 | 178.02 | 1,132.21 |
| **FINAL CLEANING** | | | | | | | |
| 305.  Final cleaning - construction - Residential | 414.56 SF | | 0.00 | 0.26 | 7.76 | 21.56 | 137.11 |
| 306.  Contents - move out then reset - Extra large room | 1.00 EA | | 0.00 | 231.15 | 16.64 | 46.24 | 294.03 |
| Totals:  Recreation Room | | | | | 1,375.31 | 3,820.32 | 24,297.23 |



| Storage Area/Room | | | | | | | Height: 8' |
|---|---|---|---|---|---|---|---|

| | | |
|---|---|---|
| 194.00  SF Walls | | 41.56  SF Ceiling |
| 235.56  SF Walls & Ceiling | | 41.56  SF Floor |
| 4.62  SY Flooring | | 23.83  LF Floor Perimeter |
| 26.33  LF Ceil. Perimeter | | |

| **Door** | | **2' 6" X 6' 8"** | | **Opens into WET_BAR** | | | |
|---|---|---|---|---|---|---|---|

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| **FLOORING** | | | | | | | |
| 307.  Clean floor - tile - Heavy clean | 41.56 SF | | 0.00 | 1.06 | 3.17 | 8.82 | 56.04 |
| **FINAL CLEANING** | | | | | | | |
| 308.  Final cleaning - construction - Residential | 41.56 SF | | 0.00 | 0.26 | 0.78 | 2.16 | 13.75 |
| Totals:  Storage Area/Room | | | | | 3.95 | 10.98 | 69.79 |
| **Total: Main Level** | | | | | **2,082.53** | **5,784.88** | **36,791.31** |

**Debris Removal**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 309.  Dumpster load - Approx. 30 yards, 5-7 tons of debris | 2.00 EA | | 1,015.00 | 0.00 | 146.16 | 406.00 | 2,582.16 |

 **THE CLAIM SQUAD PUBLIC ADJUSTERS**

**CONTINUED - Debris Removal**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 310. Material Only Sheathing - plywood - 1/2" CDX | 128.00 SF | | 0.00 | 1.34 | 12.35 | 34.30 | 218.17 |
| Driveway Protection. | | | | | | | |
| Totals: Debris Removal | | | | | 158.51 | 440.30 | 2,800.33 |
| Total: SKETCH1 (11549_WIGHTMAN_LN) | | | | | **19,590.30** | **54,418.14** | **346,096.12** |
| Total: 11549_WIGHTMAN_LN | | | | | **19,590.30** | **54,418.14** | **346,096.12** |

**Labor Minimums Applied**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 311. Paneling labor minimum | 1.00 EA | | 0.00 | 132.36 | 9.53 | 26.48 | 168.37 |
| 312. Finish hardware labor minimum | 1.00 EA | | 0.00 | 27.35 | 1.97 | 5.48 | 34.80 |
| 313. Insulation labor minimum | 1.00 EA | | 0.00 | 146.02 | 10.51 | 29.20 | 185.73 |
| Totals: Labor Minimums Applied | | | | | 22.01 | 61.16 | 388.90 |
| **Line Item Totals: GRAVES_LINDSEY** | | | | | **19,612.31** | **54,479.30** | **346,485.02** |

## Grand Total Areas:

| | | | | | |
|---|---|---|---|---|---|
| 10,929.29 | SF Walls | 5,053.02 | SF Ceiling | 15,982.31 | SF Walls and Ceiling |
| 4,981.89 | SF Floor | 553.54 | SY Flooring | 1,198.40 | LF Floor Perimeter |
| 0.00 | SF Long Wall | 0.00 | SF Short Wall | 1,356.34 | LF Ceil. Perimeter |
| 4,981.89 | Floor Area | 5,278.06 | Total Area | 10,304.04 | Interior Wall Area |
| 5,990.80 | Exterior Wall Area | 605.80 | Exterior Perimeter of Walls | | |
| 2,292.33 | Surface Area | 22.92 | Number of Squares | 184.00 | Total Perimeter Length |
| 0.00 | Total Ridge Length | 135.64 | Total Hip Length | | |

| Coverage | Item Total | % | ACV Total | % |
|---|---|---|---|---|
| Dwelling | 344,704.22 | 99.49% | 344,138.93 | 99.49% |
| Other Structures | 1,780.80 | 0.51% | 1,776.35 | 0.51% |
| Contents | 0.00 | 0.00% | 0.00 | 0.00% |
| Total | 346,485.02 | 100.00% | 345,915.28 | 100.00% |

GRAVES_LINDSEY

1/26/2023        Page: 30

 **THE CLAIM SQUAD PUBLIC ADJUSTERS**

## Summary for Dwelling

| | |
|---|---:|
| Line Item Total | 270,993.41 |
| Overhead | 27,099.65 |
| Profit | 27,099.65 |
| Total Tax | 19,511.51 |
| **Replacement Cost Value** | **$344,704.22** |
| Less Depreciation | (565.29) |
| **Actual Cash Value** | **$344,138.93** |
| **Net Claim** | **$344,138.93** |
| Total Recoverable Depreciation | 565.29 |
| **Net Claim if Depreciation is Recovered** | **$344,704.22** |

_____
Mike Keeler

eFiled Lee County Clerk of Courts Page 40

 **THE CLAIM SQUAD PUBLIC ADJUSTERS**

## Summary for Other Structures

| | |
|---|---:|
| Line Item Total | 1,400.00 |
| Overhead | 140.00 |
| Profit | 140.00 |
| Total Tax | 100.80 |
| **Replacement Cost Value** | **$1,780.80** |
| Less Depreciation | (4.45) |
| **Actual Cash Value** | **$1,776.35** |
| **Net Claim** | **$1,776.35** |
| Total Recoverable Depreciation | 4.45 |
| **Net Claim if Depreciation is Recovered** | **$1,780.80** |

Mike Keeler

 **THE CLAIM SQUAD PUBLIC ADJUSTERS**

### Recap of Taxes, Overhead and Profit

|  | Overhead (10%) | Profit (10%) | Total Tax (6%) | Laundering Tax (2%) |
|---|---|---|---|---|
| **Line Items** | 27,239.65 | 27,239.65 | 19,612.31 | 0.00 |
| **Total** | **27,239.65** | **27,239.65** | **19,612.31** | **0.00** |

**THE CLAIM SQUAD PUBLIC ADJUSTERS**

## Recap by Room

**Estimate: GRAVES_LINDSEY**

**Area: 11549_WIGHTMAN_LN**

**Area: SKETCH1 (11549_WIGHTMAN_LN)**

| | | | |
|---|---|---|---|
| **Exterior** | | **89,189.78** | **32.74%** |
| Coverage: Dwelling | 100.00% = | 89,189.78 | |

**Area: Pool Area**

| | | | |
|---|---|---|---|
| **Pool Enclosure** | | **30,889.30** | **11.34%** |
| Coverage: Dwelling | 95.47% = | 29,489.30 | |
| Coverage: Other Structures | 4.53% = | 1,400.00 | |
| **Area Subtotal:  Pool Area** | | **30,889.30** | **11.34%** |
| Coverage: Dwelling | 95.47% = | 29,489.30 | |
| Coverage: Other Structures | 4.53% = | 1,400.00 | |

**Area: Level 3**

| | | | |
|---|---|---|---|
| **Kitchen** | | **34,438.35** | **12.64%** |
| Coverage: Dwelling | 100.00% = | 34,438.35 | |
| **Dining Room** | | **12,056.53** | **4.43%** |
| Coverage: Dwelling | 100.00% = | 12,056.53 | |
| **Living Room** | | **22,317.46** | **8.19%** |
| Coverage: Dwelling | 100.00% = | 22,317.46 | |
| **Area Subtotal:  Level 3** | | **68,812.34** | **25.26%** |
| Coverage: Dwelling | 100.00% = | 68,812.34 | |

**Area: Level 2**

| | | | |
|---|---|---|---|
| **Stairs** | | **4,202.42** | **1.54%** |
| Coverage: Dwelling | 100.00% = | 4,202.42 | |
| **Sitting Room** | | **5,634.47** | **2.07%** |
| Coverage: Dwelling | 100.00% = | 5,634.47 | |
| **HVAC** | | **2,209.03** | **0.81%** |
| Coverage: Dwelling | 100.00% = | 2,209.03 | |
| **Hallway** | | **4,332.80** | **1.59%** |
| Coverage: Dwelling | 100.00% = | 4,332.80 | |
| **Bedroom 1** | | **6,033.80** | **2.22%** |
| Coverage: Dwelling | 100.00% = | 6,033.80 | |
| **Bath 1** | | **2,166.95** | **0.80%** |
| Coverage: Dwelling | 100.00% = | 2,166.95 | |
| **Bedroom 2** | | **7,141.40** | **2.62%** |
| Coverage: Dwelling | 100.00% = | 7,141.40 | |

 **THE CLAIM SQUAD PUBLIC ADJUSTERS**

| | | | | |
|---|---|---|---|---|
| **Bath 2** | | | **2,251.55** | **0.83%** |
| Coverage: Dwelling | 100.00% | = | 2,251.55 | |
| **Primary Bedroom** | | | **16,980.46** | **6.23%** |
| Coverage: Dwelling | 100.00% | = | 16,980.46 | |
| **Primary Bath** | | | **1,117.96** | **0.41%** |
| Coverage: Dwelling | 100.00% | = | 1,117.96 | |
| **Area Subtotal:  Level 2** | | | **52,070.84** | **19.12%** |
| Coverage: Dwelling | 100.00% | = | 52,070.84 | |
| **Area: Main Level** | | | | |
| **Stairs** | | | **1,155.16** | **0.42%** |
| Coverage: Dwelling | 100.00% | = | 1,155.16 | |
| **Foyer** | | | **8,612.28** | **3.16%** |
| Coverage: Dwelling | 100.00% | = | 8,612.28 | |
| **Recreation Room** | | | **19,101.60** | **7.01%** |
| Coverage: Dwelling | 100.00% | = | 19,101.60 | |
| **Storage Area/Room** | | | **54.86** | **0.02%** |
| Coverage: Dwelling | 100.00% | = | 54.86 | |
| **Area Subtotal:  Main Level** | | | **28,923.90** | **10.62%** |
| Coverage: Dwelling | 100.00% | = | 28,923.90 | |
| **Debris Removal** | | | **2,201.52** | **0.81%** |
| Coverage: Dwelling | 100.00% | = | 2,201.52 | |
| **Area Subtotal:  SKETCH1 (11549_WIGHTMAN_LN)** | | | **272,087.68** | **99.89%** |
| Coverage: Dwelling | 99.49% | = | 270,687.68 | |
| Coverage: Other Structures | 0.51% | = | 1,400.00 | |
| **Area Subtotal:  11549_WIGHTMAN_LN** | | | **272,087.68** | **99.89%** |
| Coverage: Dwelling | 99.49% | = | 270,687.68 | |
| Coverage: Other Structures | 0.51% | = | 1,400.00 | |
| **Labor Minimums Applied** | | | **305.73** | **0.11%** |
| Coverage: Dwelling | 100.00% | = | 305.73 | |
| **Subtotal of Areas** | | | **272,393.41** | **100.00%** |
| Coverage: Dwelling | 99.49% | = | 270,993.41 | |
| Coverage: Other Structures | 0.51% | = | 1,400.00 | |
| **Total** | | | **272,393.41** | **100.00%** |

 **THE CLAIM SQUAD PUBLIC ADJUSTERS**

### Recap by Category with Depreciation

| O&P Items | | | | RCV | Deprec. | ACV |
|---|---|---|---|---|---|---|
| **APPLIANCES** | | | | **1,425.02** | **0.85** | **1,424.17** |
| Coverage: Dwelling | @ | 100.00% | = | 1,425.02 | | |
| **AWNINGS & PATIO COVERS** | | | | **25,090.54** | **75.27** | **25,015.27** |
| Coverage: Dwelling | @ | 100.00% | = | 25,090.54 | | |
| **CABINETRY** | | | | **34,562.42** | **103.70** | **34,458.72** |
| Coverage: Dwelling | @ | 100.00% | = | 34,562.42 | | |
| **CLEANING** | | | | **4,410.37** | **13.25** | **4,397.12** |
| Coverage: Dwelling | @ | 100.00% | = | 4,410.37 | | |
| **CONTENT MANIPULATION** | | | | **1,817.49** | **5.45** | **1,812.04** |
| Coverage: Dwelling | @ | 100.00% | = | 1,817.49 | | |
| **GENERAL DEMOLITION** | | | | **17,574.86** | | **17,574.86** |
| Coverage: Dwelling | @ | 100.00% | = | 17,574.86 | | |
| **DRYWALL** | | | | **10,142.38** | **30.43** | **10,111.95** |
| Coverage: Dwelling | @ | 100.00% | = | 10,142.38 | | |
| **ELECTRICAL** | | | | **827.50** | **2.48** | **825.02** |
| Coverage: Dwelling | @ | 100.00% | = | 827.50 | | |
| **FLOOR COVERING - CERAMIC TILE** | | | | **3,208.07** | **9.62** | **3,198.45** |
| Coverage: Dwelling | @ | 100.00% | = | 3,208.07 | | |
| **FLOOR COVERING - WOOD** | | | | **27,858.22** | **83.57** | **27,774.65** |
| Coverage: Dwelling | @ | 100.00% | = | 27,858.22 | | |
| **FINISH CARPENTRY / TRIMWORK** | | | | **12,479.25** | **37.44** | **12,441.81** |
| Coverage: Dwelling | @ | 100.00% | = | 12,479.25 | | |
| **FINISH HARDWARE** | | | | **182.03** | **0.46** | **181.57** |
| Coverage: Dwelling | @ | 100.00% | = | 182.03 | | |
| **GLASS, GLAZING, & STOREFRONTS** | | | | **3,190.77** | **9.57** | **3,181.20** |
| Coverage: Dwelling | @ | 100.00% | = | 3,190.77 | | |
| **HEAT,  VENT & AIR CONDITIONING** | | | | **1,225.06** | **3.70** | **1,221.36** |
| Coverage: Dwelling | @ | 100.00% | = | 1,225.06 | | |
| **INSULATION** | | | | **524.90** | **1.12** | **523.78** |
| Coverage: Dwelling | @ | 100.00% | = | 524.90 | | |
| **LIGHT FIXTURES** | | | | **2,985.85** | **8.58** | **2,977.27** |
| Coverage: Dwelling | @ | 100.00% | = | 2,985.85 | | |
| **MIRRORS & SHOWER DOORS** | | | | **186.96** | **0.56** | **186.40** |
| Coverage: Dwelling | @ | 100.00% | = | 186.96 | | |
| **PLUMBING** | | | | **1,901.04** | **5.70** | **1,895.34** |
| Coverage: Dwelling | @ | 100.00% | = | 1,901.04 | | |
| **PANELING & WOOD WALL FINISHES** | | | | **132.36** | | **132.36** |
| Coverage: Dwelling | @ | 100.00% | = | 132.36 | | |
| **PAINTING** | | | | **29,119.89** | **87.38** | **29,032.51** |
| Coverage: Dwelling | @ | 100.00% | = | 29,119.89 | | |
| **SWIMMING POOLS & SPAS** | | | | **1,400.00** | **4.20** | **1,395.80** |
| Coverage: Other Structures | @ | 100.00% | = | 1,400.00 | | |

GRAVES_LINDSEY

 **THE CLAIM SQUAD PUBLIC ADJUSTERS**

| O&P Items | | | RCV | Deprec. | ACV |
|---|---|---|---|---|---|
| **ROOFING** | | | **171.52** | **0.51** | **171.01** |
| Coverage: Dwelling | @ | 100.00% = | 171.52 | | |
| **SCAFFOLDING** | | | **727.38** | **2.18** | **725.20** |
| Coverage: Dwelling | @ | 100.00% = | 727.38 | | |
| **SPECIALTY ITEMS** | | | **74,068.85** | | **74,068.85** |
| Coverage: Dwelling | @ | 100.00% = | 74,068.85 | | |
| **TILE** | | | **1,189.00** | **3.57** | **1,185.43** |
| Coverage: Dwelling | @ | 100.00% = | 1,189.00 | | |
| **WINDOWS - ALUMINUM** | | | **5,638.75** | **16.93** | **5,621.82** |
| Coverage: Dwelling | @ | 100.00% = | 5,638.75 | | |
| **WINDOWS - SLIDING PATIO DOORS** | | | **3,135.94** | **9.40** | **3,126.54** |
| Coverage: Dwelling | @ | 100.00% = | 3,135.94 | | |
| **WINDOWS - VINYL** | | | **5,691.09** | **17.07** | **5,674.02** |
| Coverage: Dwelling | @ | 100.00% = | 5,691.09 | | |
| **WALLPAPER** | | | **1,423.50** | **4.26** | **1,419.24** |
| Coverage: Dwelling | @ | 100.00% = | 1,423.50 | | |
| **WATER EXTRACTION & REMEDIATION** | | | **102.40** | **0.30** | **102.10** |
| Coverage: Dwelling | @ | 100.00% = | 102.40 | | |
| **O&P Items Subtotal** | | | **272,393.41** | **537.55** | **271,855.86** |
| **Overhead** | | | **27,239.65** | | **27,239.65** |
| Coverage: Dwelling | @ | 99.49% = | 27,099.65 | | |
| Coverage: Other Structures | @ | 0.51% = | 140.00 | | |
| **Profit** | | | **27,239.65** | | **27,239.65** |
| Coverage: Dwelling | @ | 99.49% = | 27,099.65 | | |
| Coverage: Other Structures | @ | 0.51% = | 140.00 | | |
| **Total Tax** | | | **19,612.31** | **32.19** | **19,580.12** |
| Coverage: Dwelling | @ | 99.49% = | 19,511.51 | | |
| Coverage: Other Structures | @ | 0.51% = | 100.80 | | |
| **Total** | | | **346,485.02** | **569.74** | **345,915.28** |

*This estimate is subject to review and approval by your insurance company if prepared in relation to a pending claim. All amounts compiled are subject to the terms, conditions, and limits of your insurance policy, further as directed by statement below: "This is a repair estimate. The insurance policy may contain provisions that will reduce any payment that might be made. Receipt of a copy of this estimate is not to be interpreted as an acceptance of liability. All estimate figures are subject to company review and approval. This is not an authorization to repair. Responsibility for determining coverage, applicability to your specific policy and/or other legal interpretations are made solely by insured, insured's representative and/or legal council. Authorization to repair or guarantee of payment must come from the owner(s) of the property. Your representative(s) assume no responsibility for the quality of repairs that might be made. A*

GRAVES_LINDSEY

 **THE CLAIM SQUAD PUBLIC ADJUSTERS**

*copy of this document does not constitute a settlement of any claim. This estimate was prepared using generally prevailing prices of building materials and labor in your area according to the most recent data available unless custom/unique materials and/or local market labor costs necessitate modifications to pricing to improve accuracy. Unless directed otherwise, all repair costs estimated utilizing Replacement Cost Valuation. The above figures are subject to the insurance carrier's approval if prepared in relation to a claim. Pricing considered valid until next pricing database is released. This estimate is also subject to change or amendment as required should further information become available."*

GRAVES_LINDSEY                                          1/26/2023        Page: 38



**THE CLAIM SQUAD PUBLIC ADJUSTERS**

## Sketch Roof Annotations

| Roof Face | Square Feet | Number of Squares | Slope - Rise / 12 |
|---|---|---|---|
| F1 | 573.08 | 5.73 | 5.00 |
| F2 | 573.08 | 5.73 | 5.00 |
| F3 | 573.08 | 5.73 | 5.00 |
| F4 | 573.08 | 5.73 | 5.00 |
| **Estimated Total:** | **2,292.33** | **22.92** | |

GRAVES_LINDSEY

1/26/2023    Page: 39

ESTIMATE



**Prepared For**

Andy Shaw
11549 Whightman lane
Sanibel
(239) 826-7100

**Suntec Aluminum LLC**

715 NE 19th Ave, Unit 26
Cape Coral, Fl 33909
Phone: (239) 267-7100
Email: office.suntecaluminum@gmail.com

| | |
|---|---|
| Estimate # | 4177 |
| Date | 12/12/2022 |
| PO # | 11549 whightman lane |

| Description | Total |
|---|---|
| Pool Enclosure Repairs and Rescreen | $19,950.00 |

To install 18/14 Phifer Screen on entire pool cage
To install 2 new standard screen door with all hardware and new z-bar
To install refasten section of the top cage on left side wall.

| | |
|---|---|
| **Subtotal** | $19,950.00 |
| **Total** | **$19,950.00** |

**Payment Schedule**

| | |
|---|---|
| 1st Payment hold spot/ engineering /permit (10%) | $1,995.00 |
| 2nd Payment material order (40%) | $7,980.00 |
| 3rd Payment upon completion (50%) | $9,975.00 |

**Notes:**

If everything looks good and is agreed upon, click the more tab and you can electronically sign the agreement. From there we ask you to mail out your 1st payment schedule to address listed on the estimate so we can take the next step in getting your work completed. Thanks

It is agreed and understood by and between the parties that this agreement, front, constitutes the entire understanding between the parties, and there are NO VERBAL understandings or modifying any of the terms of this agreement. Buyers hereby acknowledge that buyers has read the front of this agreement and has received a complete, signed and dated copy of this agreement on the written above. Buyers acknowledge they were orally inform of their right to cancel this transaction anytime prior to midnight of the third business day after the date of this transaction.

If buyer attempts to cancel this agreement at any time subsequent to midnight of the third business day, then the buyer agrees to pay cancellation fee equal to 35% of the agreement purchase price to offset contractors incurred labor, administrative and material costs. Default of this agreement, buyer agrees to pay contractors attorney fees equal to 20% of the defaulted amount or as otherwise allowed by applicable law. Buyer also agrees to pay any other cost or expenses of repossession, collection, or realization on any security including court cost, to the extent not prohibited by applicable law.

Events beyond the contractor, such as acts of god, labor strikes, inclement weather, material shortage, delays due to municipal restrictions, buyers inability to qualify for or obtain financing, hurricane delays permitting and engineering or other events resulting in delays in performance, does not constitute in abandonment or the ability for buyer to cancel contract due to these conditions. Due to the hurricane their is no time frame on jobs as their could be issue out of the contractors control.

Suntec warrants the workmanship of the installation for a period of 1 year from its completion date. Provide you make a claim of defect to Suntec during the warranty period. Suntec warranty does not cover damage caused by abuse, misuse, neglect, or improper care/cleaning . Merchandise and materials are covered exclusively by the manufactures warranty. Suntec will assist you with warranty claims against manufacturers. Limited warranty shall not cover concrete cracks, stucco cracks or flaking, Acts of gods, or any other conditions found on original structure out of the contractors control.

If invoices are not paid in full before 30 days interest rate of 1.5% will accrue each billing cycle. IF BALANCE IS NOT PAID IN FULL WHEN JOB IS COMPLETED, SUNTEC ALUMINUM HAS RIGHTS UNDER FLORIDA STATUTE TO LIEN THE PROPERTY WHERE WORK WAS PERFORMED.

By signing this document, the customer agrees to the services and conditions outlined in this document.

_____

Andy Shaw

eFiled Lee County Clerk of Courts Page 51



# South coast electric corp

3866 41 ave NE Naples Florida 34120
3055878781
southcoastelectric6@gmail.com

**ESTIMATE**
EST0135

**DATE**
11/02/2022

**TOTAL**
USD $1,850.00

**TO**

## Lindsey Graves

11549 Wightman Lane Captiv
Lnshap01@gmail.com

| DESCRIPTION | RATE | QTY | AMOUNT |
|---|---|---|---|
| Change two main breaker disconnect due to water damage all labor and material included | $1,850.00 | 1 | $1,850.00 |
| | **TOTAL** | | USD $1,850.00 |

Insured: Lindsey Graves Debris Removal
Property: 11549 Wightman Lane
Captiva, FL 33924

**Claim Number:**                    **Policy Number:**                    **Type of Loss:** Cleaning Services

Date of Loss:                    Date Received:
Date Inspected:                    Date Entered:    12/29/2022 10:31 PM

Price List:    FLFM8X_DEC22
               Restoration/Service/Remodel
Estimate:      2022-12-29-223116

**2022-12-29-223116**

**DOCUMENT1**

| DESCRIPTION | QTY | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|
| 1.  Debris disposal - (Bid Item) | 1.00 EA | 18,479.00 | 0.00 | 18,479.00 |
| **Totals:  Main Level** | | | | **18,479.00** |
| **Total: DOCUMENT1** | | | | **18,479.00** |
| **Line Item Totals: 2022-12-29-223116** | | | | **18,479.00** |

* Price is inclusive of sales tax paid at point of purchase

2022-12-29-223116

## Summary

| | |
|---|---:|
| Line Item Total | 18,479.00 |
| **Replacement Cost Value** | **$18,479.00** |
| **Net Claim** | **$18,479.00** |

## Recap by Room

**Estimate: 2022-12-29-223116**

**Area: DOCUMENT1**

| | | |
|---|---|---|
| **Main Level** | **18,479.00** | **100.00%** |
| **Area Subtotal:  DOCUMENT1** | **18,479.00** | **100.00%** |
| **Subtotal of Areas** | **18,479.00** | **100.00%** |
| **Total** | **18,479.00** | **100.00%** |

eFiled Lee County Clerk of Courts Page 56

## Recap by Category

| Items | Total | % |
|---|---:|---:|
| GENERAL DEMOLITION | 18,479.00 | 100.00% |
| Subtotal | 18,479.00 | 100.00% |

Insured:     Lindsey Graves EMS
Property:    11549 Wightman Lane
             Captiva, FL 33924

**Claim Number:**                **Policy Number:**                **Type of Loss:** Water Damage

Date of Loss:                    Date Received:
Date Inspected:                  Date Entered:     11/1/2022 10:53 AM

Price List:    FLFM8X_DEC22
               Restoration/Service/Remodel
Estimate:      GRAVESMOLD

**GRAVESMOLD**
**SKETCH1**
**Main Level**

Main Level

| DESCRIPTION | QTY | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|
| 1.  Equipment decontamination charge - HVY, per piece of equip | 28.00 EA | 0.00 | 63.16 | 1,768.48 |
| 3.  Equipment setup, take down, and monitoring (hourly charge) | 7.00 HR | 0.00 | 68.00 | 476.00 |
| 4.  Add for personal protective equipment - Heavy duty | 6.00 EA | 0.00 | 41.28 | 247.68 |
| 5.  Eye protection - plastic goggles - Disposable | 6.00 EA | 0.00 | 9.79 | 58.74 |
| 6.  Respirator cartridge - HEPA & vapor & gas (per pair) | 6.00 EA | 0.00 | 34.29 | 205.74 |
| 7.  Respirator - Half face - multi-purpose resp. (per day) | 6.00 DA | 0.00 | 1.67 | 10.02 |
| 8.  Personal protective gloves - Disposable (per pair) | 24.00 EA | 0.00 | 0.28 | 6.72 |
| 9.  Boots - waterproof latex - Disposable (per pair) | 12.00 EA | 0.00 | 10.48 | 125.76 |
| 10.  Cleaning & Remediation - Supervisory - per hr | 2.00 HR | 0.00 | 71.50 | 143.00 |
| 11.  Dumpster load - Approx. 20 yards, 4 tons of debris | 1.00 EA | 776.00 | 0.00 | 776.00 |

**Total:  Main Level**   **3,818.14**



| Kitchen | | | | Height: 9' |
|---|---|---|---|---|

| 540.00  SF Walls | 216.00  SF Ceiling |
|---|---|
| 756.00  SF Walls & Ceiling | 216.00  SF Floor |
| 24.00  SY Flooring | 60.00  LF Floor Perimeter |
| 60.00  LF Ceil. Perimeter | |

| DESCRIPTION | QTY | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|
| 12.  Dehumidifier (per 24 hr period)- up to 69 ppd- No monitor. | 15.00 EA | 0.00 | 57.62 | 864.30 |

* Price is inclusive of sales tax paid at point of purchase
GRAVESMOLD

12/29/2022          Page: 2

**CONTINUED - Kitchen**

| DESCRIPTION | QTY | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|
| 15.  Negative air fan/Air scrubber (24 hr period) - No monit. | 15.00 DA | 0.00 | 70.00 | 1,050.00 |
| 18.  Air mover (per 24 hour period) - No monitoring | 15.00 EA | 0.00 | 25.75 | 386.25 |
| 21.  Carbon vapor filter (for air scrubber) - 16" x 16" | 3.00 EA | 0.00 | 72.12 | 216.36 |
| 24.  Add for HEPA filter (for negative air exhaust fan) | 3.00 EA | 0.00 | 197.68 | 593.04 |
| 27.  HEPA Vacuuming - Detailed - (PER SF) | 756.00 SF | 0.00 | 0.82 | 619.92 |
| 30.  Water extraction from hard surface floor | 216.00 SF | 0.00 | 0.26 | 56.16 |
| 33.  Containment Barrier/Airlock/Decon. Chamber | 756.00 SF | 0.00 | 1.05 | 793.80 |
| 36.  Peel & seal zipper - heavy duty | 1.00 EA | 0.00 | 16.99 | 16.99 |
| 39.  Tear out baseboard | 60.00 LF | 0.63 | 0.00 | 37.80 |
| 42.  Tear out wet drywall, cleanup, bag, per LF - to 4' - Cat 3 | 60.00 LF | 9.20 | 0.00 | 552.00 |
| 45.  Tear out and bag wet insulation - Category 3 water | 756.00 SF | 1.46 | 0.00 | 1,103.76 |
| 48.  Plastic bag - used for disposal of contaminated items | 15.00 EA | 0.00 | 3.74 | 56.10 |
| 51.  Clean the walls and ceiling - Heavy | 756.00 SF | 0.00 | 0.85 | 642.60 |

**Totals:  Kitchen**                                                                          **6,989.08**



**Master Bedroom**                                                                    **Height: 9'**

|  |  |
|---|---|
| 468.00  SF Walls | 168.00  SF Ceiling |
| 636.00  SF Walls & Ceiling | 168.00  SF Floor |
| 18.67  SY Flooring | 52.00  LF Floor Perimeter |
| 52.00  LF Ceil. Perimeter | |

| DESCRIPTION | QTY | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|

* Price is inclusive of sales tax paid at point of purchase
GRAVESMOLD

12/29/2022          Page: 3

**CONTINUED - Master Bedroom**

| DESCRIPTION | QTY | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|
| 13.  Dehumidifier (per 24 hr period)- up to 69 ppd- No monitor. | 15.00 EA | 0.00 | 57.62 | 864.30 |
| 16.  Negative air fan/Air scrubber (24 hr period) - No monit. | 15.00 DA | 0.00 | 70.00 | 1,050.00 |
| 19.  Air mover (per 24 hour period) - No monitoring | 15.00 EA | 0.00 | 25.75 | 386.25 |
| 22.  Carbon vapor filter (for air scrubber) - 16" x 16" | 3.00 EA | 0.00 | 72.12 | 216.36 |
| 25.  Add for HEPA filter (for negative air exhaust fan) | 3.00 EA | 0.00 | 197.68 | 593.04 |
| 28.  HEPA Vacuuming - Detailed - (PER SF) | 636.00 SF | 0.00 | 0.82 | 521.52 |
| 31.  Water extraction from hard surface floor | 168.00 SF | 0.00 | 0.26 | 43.68 |
| 34.  Containment Barrier/Airlock/Decon. Chamber | 636.00 SF | 0.00 | 1.05 | 667.80 |
| 37.  Peel & seal zipper - heavy duty | 1.00 EA | 0.00 | 16.99 | 16.99 |
| 40.  Tear out baseboard | 52.00 LF | 0.63 | 0.00 | 32.76 |
| 43.  Tear out wet drywall, cleanup, bag, per LF - to 4' - Cat 3 | 52.00 LF | 9.20 | 0.00 | 478.40 |
| 46.  Tear out and bag wet insulation - Category 3 water | 636.00 SF | 1.46 | 0.00 | 928.56 |
| 49.  Plastic bag - used for disposal of contaminated items | 15.00 EA | 0.00 | 3.74 | 56.10 |
| 53.  Clean the walls and ceiling - Heavy | 636.00 SF | 0.00 | 0.85 | 540.60 |

**Totals:  Master Bedroom**                                                                                           **6,396.36**



**Living Room**                                                                                           **Height: 9'**

| | |
|---|---|
| 396.00  SF Walls | 120.00  SF Ceiling |
| 516.00  SF Walls & Ceiling | 120.00  SF Floor |
| 13.33  SY Flooring | 44.00  LF Floor Perimeter |
| 44.00  LF Ceil. Perimeter | |

* Price is inclusive of sales tax paid at point of purchase
GRAVESMOLD

**CONTINUED - Living Room**

| DESCRIPTION | QTY | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|
| 14.  Dehumidifier (per 24 hr period)- up to 69 ppd- No monitor. | 15.00 EA | 0.00 | 57.62 | 864.30 |
| 17.  Negative air fan/Air scrubber (24 hr period) - No monit. | 15.00 DA | 0.00 | 70.00 | 1,050.00 |
| 20.  Air mover (per 24 hour period) - No monitoring | 15.00 EA | 0.00 | 25.75 | 386.25 |
| 23.  Carbon vapor filter (for air scrubber) - 16" x 16" | 3.00 EA | 0.00 | 72.12 | 216.36 |
| 26.  Add for HEPA filter (for negative air exhaust fan) | 3.00 EA | 0.00 | 197.68 | 593.04 |
| 29.  HEPA Vacuuming - Detailed - (PER SF) | 516.00 SF | 0.00 | 0.82 | 423.12 |
| 32.  Water extraction from hard surface floor | 120.00 SF | 0.00 | 0.26 | 31.20 |
| 35.  Containment Barrier/Airlock/Decon. Chamber | 516.00 SF | 0.00 | 1.05 | 541.80 |
| 38.  Peel & seal zipper - heavy duty | 1.00 EA | 0.00 | 16.99 | 16.99 |
| 41.  Tear out baseboard | 44.00 LF | 0.63 | 0.00 | 27.72 |
| 44.  Tear out wet drywall, cleanup, bag, per LF - to 4' - Cat 3 | 44.00 LF | 9.20 | 0.00 | 404.80 |
| 47.  Tear out and bag wet insulation - Category 3 water | 516.00 SF | 1.46 | 0.00 | 753.36 |
| 50.  Plastic bag - used for disposal of contaminated items | 15.00 EA | 0.00 | 3.74 | 56.10 |
| 54.  Clean the walls and ceiling - Heavy | 516.00 SF | 0.00 | 0.85 | 438.60 |

| | | |
|---|---|---|
| **Totals:  Living Room** | | **5,803.64** |
| **Total: Main Level** | | **23,007.22** |
| **Total: SKETCH1** | | **23,007.22** |
| **Line Item Totals: GRAVESMOLD** | | **23,007.22** |

* Price is inclusive of sales tax paid at point of purchase
GRAVESMOLD

**Grand Total Areas:**

| | | | | | |
|---|---|---|---|---|---|
| 1,404.00 | SF Walls | 504.00 | SF Ceiling | 1,908.00 | SF Walls and Ceiling |
| 504.00 | SF Floor | 56.00 | SY Flooring | 156.00 | LF Floor Perimeter |
| 0.00 | SF Long Wall | 0.00 | SF Short Wall | 156.00 | LF Ceil. Perimeter |
| | | | | | |
| 504.00 | Floor Area | 557.33 | Total Area | 1,404.00 | Interior Wall Area |
| 1,640.00 | Exterior Wall Area | 164.00 | Exterior Perimeter of Walls | | |
| | | | | | |
| 0.00 | Surface Area | 0.00 | Number of Squares | 0.00 | Total Perimeter Length |
| 0.00 | Total Ridge Length | 0.00 | Total Hip Length | | |

GRAVESMOLD

12/29/2022          Page: 6

## Summary

| | |
|---|---:|
| Line Item Total | 23,007.22 |
| **Replacement Cost Value** | **$23,007.22** |
| **Net Claim** | **$23,007.22** |

GRAVESMOLD

## Recap by Room

**Estimate: GRAVESMOLD**

**Area: SKETCH1**

| | | |
|---|---:|---:|
| **Area: Main Level** | **3,818.14** | **16.60%** |
| **Kitchen** | **6,989.08** | **30.38%** |
| **Master Bedroom** | **6,396.36** | **27.80%** |
| **Living Room** | **5,803.64** | **25.23%** |
| **Area Subtotal:  Main Level** | **23,007.22** | **100.00%** |
| **Area Subtotal:  SKETCH1** | **23,007.22** | **100.00%** |
| **Subtotal of Areas** | **23,007.22** | **100.00%** |
| **Total** | **23,007.22** | **100.00%** |

## Recap by Category

| Items | Total | % |
|---|---:|---:|
| **GENERAL DEMOLITION** | 5,095.16 | 22.15% |
| **HAZARDOUS MATERIAL REMEDIATION** | 1,621.80 | 7.05% |
| **WATER EXTRACTION & REMEDIATION** | 16,290.26 | 70.80% |
| **Subtotal** | 23,007.22 | 100.00% |

GRAVESMOLD

12/29/2022          Page: 9

Main Level

Page: 10

Main Level

⇐ N



Living Room

10' 8"

10'

12' 8"

12'



Master Bedroom

14' 8"

14'

12' 8"

12'



Kitchen

18' 8"

18'

12' 8"

12'

12/29/2022

GRAVESMOLD

JOB NAME: Lindberg Graves      CLAIM NUMBER: _____

ADDRESS: 115 y9 Wightman LW, Captiva Fl 33924

| DATES | ROOM Garage | | | ROOM entrance | | | ROOM Bar/sitting Area | | | ROOM upstairs living room 3rd floor | | | ROOM 2nd floor living room | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | T | H | HP | T | H | HP | T | H | HP | T | H | HP | T | H | HP |
| Nov 19 | 74.1 | 74% | | 78.6 | 80% | | 80 | 78% | | 80.3 | 78% | | 79.2 | 80% | |
| Nov 20 | 82.1 | 74% | | 81.6 | 73% | | 82.1 | 78% | | 82.6 | 71% | | 81.3 | 75% | |
| Nov 21 | 82.3 | 66% | | 82.1 | 66% | | 83.4 | 87% | | 83.1 | 66% | | 82.6 | 67% | |
| Nov 22 | 82.6 | 60% | | 82.2 | 15% | | 82.1 | 88% | | 83.2 | 16% | | 83.1 | 61% | |
| Nov 23 | 83.1 | 55% | | 82.6 | 54% | | 82.6 | 53% | | 82.6 | 65% | | 83.2 | 56% | |

T= Temperature      H= Humidity      LEGEND= Daily Moisture Logs      HP= (Prop Mgr) Present



MYREMEDIATOR

Insured:   Lindsey Graves Mold
Property:   11549 Wightman Lane
Captiva, FL 33924

**Claim Number:**                    **Policy Number:**                    **Type of Loss:** Water Damage

Date of Loss:                         Date Received:
Date Inspected:                       Date Entered:   11/1/2022 10:53 AM

Price List:   FLFM8X_DEC22
Restoration/Service/Remodel
Estimate:   LINDSEYGRAVESMOLD

**LINDSEYGRAVESMOLD**

**SKETCH1**

**Main Level**

**Main Level**

| DESCRIPTION | QTY | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|
| 1.  Equipment decontamination charge - HVY, per piece of equip | 28.00 EA | 0.00 | 72.17 | 2,032.57 |
| 3.  Add for personal protective equipment - Heavy duty | 6.00 EA | 0.00 | 41.28 | 263.78 |
| 4.  Eye protection - plastic goggles - Disposable | 6.00 EA | 0.00 | 9.79 | 62.56 |
| 5.  Respirator cartridge - HEPA & vapor & gas (per pair) | 6.00 EA | 0.00 | 34.29 | 219.11 |
| 6.  Respirator - Half face - multi-purpose resp. (per day) | 6.00 DA | 0.00 | 1.67 | 10.02 |
| 7.  Personal protective gloves - Disposable (per pair) | 24.00 EA | 0.00 | 0.28 | 7.16 |
| 8.  Boots - waterproof latex - Disposable (per pair) | 12.00 EA | 0.00 | 10.48 | 133.93 |
| 9.  Hazardous Waste/Mold Cleaning- Supervisory/Admin- per hour | 2.00 HR | 0.00 | 86.68 | 173.36 |
| 10.  Dumpster load - Approx. 20 yards, 4 tons of debris | 1.00 EA | 776.00 | 0.00 | 776.00 |
| 67.  Contamination - air or surface testing & lab analysis | 2.00 EA | 0.00 | 141.31 | 284.69 |

**Total:  Main Level**                                                                      **3,963.18**



**Kitchen**                                                                                  **Height: 9'**

|  |  |
|---|---|
| 540.00  SF Walls | 216.00  SF Ceiling |
| 756.00  SF Walls & Ceiling | 216.00  SF Floor |
| 24.00  SY Flooring | 60.00  LF Floor Perimeter |
| 60.00  LF Ceil. Perimeter | |

| DESCRIPTION | QTY | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|
| 11.  Dehumidifier (per 24 hr period)- up to 69 ppd- No monitor. | 15.00 EA | 0.00 | 57.62 | 864.30 |

* Price is inclusive of sales tax paid at point of purchase

LINDSEYGRAVESMOLD

12/29/2022          Page: 2

**CONTINUED - Kitchen**

| DESCRIPTION | QTY | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|
| 14.  Negative air fan/Air scrubber (24 hr period) - No monit. | 15.00 DA | 0.00 | 70.00 | 1,050.00 |
| 17.  Air mover (per 24 hour period) - No monitoring | 15.00 EA | 0.00 | 25.75 | 386.25 |
| 20.  Carbon vapor filter (for air scrubber) - 16" x 16" | 3.00 EA | 0.00 | 74.51 | 234.65 |
| 23.  Add for HEPA filter (for negative air exhaust fan) | 3.00 EA | 0.00 | 200.07 | 635.81 |
| 26.  HEPA Vacuuming - Detailed - (PER SF) | 756.00 SF | 0.00 | 1.00 | 756.00 |
| 29.  Containment Barrier/Airlock/Decon. Chamber | 756.00 SF | 0.00 | 1.21 | 922.13 |
| 32.  Peel & seal zipper - heavy duty | 1.00 EA | 0.00 | 17.70 | 18.51 |
| 35.  Tear out baseboard and bag for disposal | 60.00 LF | 1.30 | 0.00 | 78.86 |
| 38.  Tear out wet drywall, cleanup, bag, per LF - to 4' - Cat 3 | 60.00 LF | 10.53 | 0.00 | 635.00 |
| 41.  Tear out and bag wet insulation - Category 3 water | 756.00 SF | 1.68 | 0.00 | 1,274.01 |
| 44.  Plastic bag - used for disposal of contaminated items | 15.00 EA | 0.00 | 3.74 | 59.75 |
| 47.  Disinfect building - fog / spray - per SF | 216.00 SF | 0.00 | 0.53 | 115.04 |
| 50.  Clean the walls and ceiling - Heavy | 756.00 SF | 0.00 | 0.85 | 643.09 |
| 53.  Clean stud wall - Heavy | 540.00 SF | 0.00 | 2.04 | 1,102.30 |
| 56.  Apply plant-based anti-microbial agent to the walls and ceiling | 756.00 SF | 0.00 | 0.38 | 289.74 |
| 59.  Seal the walls and ceiling shellac - one coat | 756.00 SF | 0.00 | 0.85 | 650.95 |
| 63.  Contamination - air or surface testing & lab analysis | 2.00 EA | 0.00 | 141.31 | 284.69 |

**Totals:  Kitchen**                                                                                       **10,001.08**

* Price is inclusive of sales tax paid at point of purchase
LINDSEYGRAVESMOLD

12/29/2022          Page: 3



**Master Bedroom**                                                                **Height: 9'**

|  |  |
|---|---|
| 468.00 SF Walls | 168.00 SF Ceiling |
| 636.00 SF Walls & Ceiling | 168.00 SF Floor |
| 18.67 SY Flooring | 52.00 LF Floor Perimeter |
| 52.00 LF Ceil. Perimeter | |

| DESCRIPTION | QTY | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|
| 12. Dehumidifier (per 24 hr period)- up to 69 ppd- No monitor. | 15.00 EA | 0.00 | 57.62 | 864.30 |
| 15. Negative air fan/Air scrubber (24 hr period) - No monit. | 15.00 DA | 0.00 | 70.00 | 1,050.00 |
| 18. Air mover (per 24 hour period) - No monitoring | 15.00 EA | 0.00 | 25.75 | 386.25 |
| 21. Carbon vapor filter (for air scrubber) - 16" x 16" | 3.00 EA | 0.00 | 74.51 | 234.65 |
| 24. Add for HEPA filter (for negative air exhaust fan) | 3.00 EA | 0.00 | 200.07 | 635.81 |
| 27. HEPA Vacuuming - Detailed - (PER SF) | 636.00 SF | 0.00 | 1.00 | 636.00 |
| 30. Containment Barrier/Airlock/Decon. Chamber | 636.00 SF | 0.00 | 1.21 | 775.76 |
| 33. Peel & seal zipper - heavy duty | 1.00 EA | 0.00 | 17.70 | 18.51 |
| 36. Tear out baseboard and bag for disposal | 52.00 LF | 1.30 | 0.00 | 68.34 |
| 39. Tear out wet drywall, cleanup, bag, per LF - to 4' - Cat 3 | 52.00 LF | 10.53 | 0.00 | 550.33 |
| 42. Tear out and bag wet insulation - Category 3 water | 636.00 SF | 1.68 | 0.00 | 1,071.79 |
| 45. Plastic bag - used for disposal of contaminated items | 15.00 EA | 0.00 | 3.74 | 59.75 |
| 48. Disinfect building - fog / spray - per SF | 168.00 SF | 0.00 | 0.53 | 89.48 |
| 51. Clean the walls and ceiling - Heavy | 636.00 SF | 0.00 | 0.85 | 541.01 |
| 54. Clean stud wall - Heavy | 468.00 SF | 0.00 | 2.04 | 955.33 |
| 57. Apply plant-based anti-microbial agent to the walls and ceiling | 636.00 SF | 0.00 | 0.38 | 243.75 |

* Price is inclusive of sales tax paid at point of purchase

LINDSEYGRAVESMOLD

**CONTINUED - Master Bedroom**

| DESCRIPTION | QTY | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|
| 61. Seal the walls and ceiling shellac - one coat | 636.00 SF | 0.00 | 0.85 | 547.63 |
| 65. Contamination - air or surface testing & lab analysis | 2.00 EA | 0.00 | 141.31 | 284.69 |

| Totals:  Master Bedroom | | | | 9,013.38 |
|---|---|---|---|---|



**Living Room**  Height: 9'

396.00 SF Walls
516.00 SF Walls & Ceiling
13.33 SY Flooring
44.00 LF Ceil. Perimeter

120.00 SF Ceiling
120.00 SF Floor
44.00 LF Floor Perimeter

| DESCRIPTION | QTY | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|
| 13. Dehumidifier (per 24 hr period)- up to 69 ppd- No monitor. | 15.00 EA | 0.00 | 57.62 | 864.30 |
| 16. Negative air fan/Air scrubber (24 hr period) - No monit. | 15.00 DA | 0.00 | 70.00 | 1,050.00 |
| 19. Air mover (per 24 hour period) - No monitoring | 15.00 EA | 0.00 | 25.75 | 386.25 |
| 22. Carbon vapor filter (for air scrubber) - 16" x 16" | 3.00 EA | 0.00 | 74.51 | 234.65 |
| 25. Add for HEPA filter (for negative air exhaust fan) | 3.00 EA | 0.00 | 200.07 | 635.81 |
| 28. HEPA Vacuuming - Detailed - (PER SF) | 516.00 SF | 0.00 | 1.00 | 516.00 |
| 31. Containment Barrier/Airlock/Decon. Chamber | 516.00 SF | 0.00 | 1.21 | 629.39 |
| 34. Peel & seal zipper - heavy duty | 1.00 EA | 0.00 | 17.70 | 18.51 |
| 37. Tear out baseboard and bag for disposal | 44.00 LF | 1.30 | 0.00 | 57.83 |
| 40. Tear out wet drywall, cleanup, bag, per LF - to 4' - Cat 3 | 44.00 LF | 10.53 | 0.00 | 465.67 |
| 43. Tear out and bag wet insulation - Category 3 water | 516.00 SF | 1.68 | 0.00 | 869.56 |

* Price is inclusive of sales tax paid at point of purchase
LINDSEYGRAVESMOLD

**CONTINUED - Living Room**

| DESCRIPTION | QTY | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|
| 46. Plastic bag - used for disposal of contaminated items | 15.00 EA | 0.00 | 3.74 | 59.75 |
| 49. Disinfect building - fog / spray - per SF | 120.00 SF | 0.00 | 0.53 | 63.91 |
| 52. Clean the walls and ceiling - Heavy | 516.00 SF | 0.00 | 0.85 | 438.94 |
| 55. Clean stud wall - Heavy | 396.00 SF | 0.00 | 2.04 | 808.35 |
| 58. Apply plant-based anti-microbial agent to the walls and ceiling | 516.00 SF | 0.00 | 0.38 | 197.76 |
| 62. Seal the walls and ceiling shellac - one coat | 516.00 SF | 0.00 | 0.85 | 444.30 |
| 66. Contamination - air or surface testing & lab analysis | 2.00 EA | 0.00 | 141.31 | 284.69 |

| | |
|---|---|
| **Totals: Living Room** | **8,025.67** |
| **Total: Main Level** | **31,003.31** |
| **Total: SKETCH1** | **31,003.31** |
| **Line Item Totals: LINDSEYGRAVESMOLD** | **31,003.31** |

## Grand Total Areas:

| | | | | | |
|---|---|---|---|---|---|
| 1,404.00 | SF Walls | 504.00 | SF Ceiling | 1,908.00 | SF Walls and Ceiling |
| 504.00 | SF Floor | 56.00 | SY Flooring | 156.00 | LF Floor Perimeter |
| 0.00 | SF Long Wall | 0.00 | SF Short Wall | 156.00 | LF Ceil. Perimeter |
| 504.00 | Floor Area | 557.33 | Total Area | 1,404.00 | Interior Wall Area |
| 1,640.00 | Exterior Wall Area | 164.00 | Exterior Perimeter of Walls | | |
| 0.00 | Surface Area | 0.00 | Number of Squares | 0.00 | Total Perimeter Length |
| 0.00 | Total Ridge Length | 0.00 | Total Hip Length | | |

* Price is inclusive of sales tax paid at point of purchase

eFiled Lee County Clerk of Courts Page 74

## Summary

| | |
|---|---:|
| Line Item Total | 31,003.31 |
| **Replacement Cost Value** | **$31,003.31** |
| **Net Claim** | **$31,003.31** |

LINDSEYGRAVESMOLD                                    12/29/2022          Page: 7

## Recap by Room

**Estimate: LINDSEYGRAVESMOLD**

**Area: SKETCH1**

| | | |
|---|---:|---:|
| **Area: Main Level** | **3,963.18** | **12.78%** |
| **Kitchen** | **10,001.08** | **32.26%** |
| **Master Bedroom** | **9,013.38** | **29.07%** |
| **Living Room** | **8,025.67** | **25.89%** |
| **Area Subtotal:  Main Level** | **31,003.31** | **100.00%** |
| **Area Subtotal:  SKETCH1** | **31,003.31** | **100.00%** |
| **Subtotal of Areas** | **31,003.31** | **100.00%** |
| **Total** | **31,003.31** | **100.00%** |

## Recap by Category

| Items | Total | % |
|---|---|---|
| GENERAL DEMOLITION | 5,847.39 | 18.86% |
| HAZARDOUS MATERIAL REMEDIATION | 18,622.63 | 60.07% |
| PAINTING | 1,642.88 | 5.30% |
| WATER EXTRACTION & REMEDIATION | 4,890.41 | 15.77% |
| Subtotal | 31,003.31 | 100.00% |

LINDSEYGRAVESMOLD

12/29/2022          Page: 9

Main Level



12/29/2022



10' 8"

10'

12' 8"

12'

Living Room

14' 8"

14'

12' 8"

12'

Master Bedroom



18' 8"

18'

12' 8"

12'

Kitchen



Main Level

LINDSEYGRAVESMOLD

| ID | Arrival Date | Departure Date | Booking Category | Guest Name | Unit | Nights | Base Rental | Cancelled |
|---|---|---|---|---|---|---|---|---|
| 36804413 | Sep/29/2022 | Oct/06/2022 | CONF | Christina Ledger | Anchored Here | 7 | 7,510.00 | Yes |
| 36593717 | Oct/08/2022 | Oct/15/2022 | OWN | owner | Anchored Here | 7 | 0.00 | Yes |
| 36698932 | Nov/19/2022 | Nov/28/2022 | AIR | Tim Wilson | Anchored Here | 9 | 7,940.00 | Yes |
| 36879899 | Dec/17/2022 | Dec/24/2022 | WEB | Curt Demrow | Anchored Here | 7 | 12,970.00 | Yes |
| 36579812 | Dec/24/2022 | Dec/31/2022 | AIR | Debra Ayres | Anchored Here | 7 | 12,970.00 | Yes |
| 36751440 | Dec/31/2022 | Jan/07/2023 | Vrbo/PPR | Allison Fischer | Anchored Here | 7 | 12,970.00 | Yes |
| 36376467 | Jan/28/2023 | Mar/11/2023 | CONF | Allen Green | Anchored Here | 42 | 68,999.00 | Yes |
| 37174574 | Feb/18/2023 | Feb/25/2023 | UNC | Marianne Jacobbi | Anchored Here | 7 | 6,300.00 | Yes |
| 36611911 | Mar/11/2023 | Mar/18/2023 | CONF | Sarah Zahm | Anchored Here | 7 | 11,900.00 | Yes |
| 36778537 | Mar/25/2023 | Apr/01/2023 | CONF | Maureen Borowicz | Anchored Here | 7 | 11,900.00 | Yes |
| 36643872 | Apr/01/2023 | Apr/08/2023 | OWN | Owner Staying | Anchored Here | 7 | 0.00 | No |
| 36661594 | Apr/15/2023 | Apr/22/2023 | WEB | Paul Reilly | Anchored Here | 7 | 7,950.00 | Yes |
| 36810381 | Apr/15/2023 | May/13/2023 | WEB | Thomas Land | Anchored Here | 14 | 15,500.00 | Yes |
| 36697325 | Jun/03/2023 | Jun/10/2023 | CONF | Edward Katz | Anchored Here | 7 | 7,950.00 | Yes |
| 36683827 | Jul/15/2023 | Jul/22/2023 | WEB | Giliel Nellis | Anchored Here | 7 | 7,950.00 | Yes |
| Count: 18 | | | | | | | 192,809.00 | |

*Florida Surplus Lines Service Office*

## EVIDENCE OF INSURANCE §626.924, FLORIDA STATUTES

Named Insured:  LINDSEY GRAVES

Policy Number: GLS00030469                           UMR Number:

Effective Date:  03/31/2022                    to Expiration Date:   03/31/2023

Surplus Lines Agent's Name:    Francis G Johnson

Surplus Lines Agent's Address:   200 Wingo Way, Suite 200 Mount Pleasant SC 29464

Surplus Lines Agent's License #:   W189190

Producing Agent's License Name:  DAVID ARTER

Producing Agent's Physical Address: 9736 COMMERCE CENTER CT FORT MYERS, FL 33908

---

**"THIS INSURANCE IS ISSUED PURSUANT TO THE FLORIDA SURPLUS LINES LAW. PERSONS INSURED BY SURPLUS LINES CARRIERS DO NOT HAVE THE PROTECTION OF THE FLORIDA INSURANCE GUARANTY ACT TO THE EXTENT OF ANY RIGHT OF RECOVERY FOR THE OBLIGATION OF AN INSOLVENT OR UNLICENSED INSURER."**

## SURPLUS LINES INSURERS' POLICY RATES AND FORMS ARE NOT APPROVED BY ANY FLORIDA REGULATORY AGENCY

---

Policy Premium:               $27,593.00

Policy Fee:                   $70.00

Inspection Fee:               $70.00

State Tax:                    $1,370.01

Service Fee:                  $16.64

CAT Fund Assessment:          0.00

EMPA Surcharge:               $2.00

(CPIC) Citizen's Assessment:  0.00

Surplus Lines Agent's Countersignature:   *Francis S. Johnson*

[X]    **"THIS POLICY CONTAINS A SEPARATE DEDUCTIBLE FOR HURRICANE OR WIND LOSSES, WHICH MAY RESULT IN HIGH OUT-OF-POCKET EXPENSES TO YOU."**

[ ]    **"THIS POLICY CONTAINS A CO-PAY PROVISION THAT MAY RESULT IN HIGH OUT-OF-POCKET EXPENSES TO YOU."**

**DWELLING FIRE POLICY**

**NEW BUSINESS DECLARATIONS**



**POLICY NUMBER: GLS00030469**

CO #: 740

**NAMED INSURED & MAILING ADDRESS**

LINDSEY GRAVES

1563 COLD SPRING RD

LOUISVILLE, KY  40223

**AGENCY NAME & ADDRESS**

**840225** - Private Client Insurance Services, LLC.

9736 COMMERCE CENTER CT

FORT MYERS, FL  33908

(239) 481-1949

**Policy Period:  From 03/31/2022 to 03/31/2023 12:01 a.m. Standard Time at the Described Location(s)**

This Certificate of Insurance is issued in accordance with the authorization granted and Undersigned by GREAT LAKES INSURANCE SE, Contract Number 3400/22, herein after called "the Company".  This insurance applies to the Described Location(s), Coverage for which a Limit or Premium is shown and Perils Insured Against for which a Premium is stated.

This insurance is issued pursuant to the Florida Surplus Lines Law.  Persons insured by surplus lines carriers do not have the protection of the Florida Insurance Guaranty Act to the extent of any right of recovery for the obligation of an insolvent unlicensed insurer.

**MINIMUM EARNED PREMIUM:  25%**

NO FLAT CANCELLATIONS

| | |
|---|---:|
| DWELLING FIRE | $27,593.00 |
| POLICY FEE | $70.00 |
| INSPECTION FEE | $70.00 |
| EMPA FEE | $2.00 |
| STAMPING FEE | $16.64 |
| STATE TAX | $1,370.01 |
| TOTAL PREMIUM | $29,121.65 |

DF2016 (04/16)

Page 1 of 5

NAMED INSURED: LINDSEY GRAVES

POLICY NUMBER: GLS00030469

**LOCATION #1 - 11549 WIGHTMAN LN    CAPTIVA FL 33924  - LEE COUNTY**

| COVERAGE | LIMIT | PREMIUM |
|---|---|---|
| **DWELLING FIRE** | | |
| COVERAGE A - DWELLING (RCV) | $735,000 | $27,593.00 |
| COVERAGE B - OTHER STRUCTURES | $14,700 | INCL |
| COVERAGE C - PERSONAL PROPERTY (RCV) | $180,000 | INCL |
| COVERAGE D - FAIR RENTAL VALUE | $73,500 | INCL |
| PREMISES LIABILITY | $500,000 | INCL |
| MEDICAL PAYMENTS TO OTHERS | $5,000 | INCL |
| ORDINANCE OR LAW - 15% | | INCL |
| MOLD | $15,000 | INCL |
| WATER BACKUP | $5,000 | INCL |
| VANDALISM OR MALICIOUS MISCHIEF | $1,003,200 | INCL |
| ROOF COVERAGE - EXCLUDED | | |

**DEDUCTIBLES**
AOP DEDUCTIBLE: $2,500
WIND/HAIL DEDUCTIBLE: 3%

**TOTAL BASE PREMIUM: $27,593.00**

**RATING FACTORS & UNDERWRITING INFORMATION:**

**POLICY FORM:** DP3
**OCCUPANCY:** TENANT
**DISTANCE TO COAST:** 0.1000 MILES
**TERRITORY:**
**PROTECTION CLASS:** 4
**CONSTRUCTION TYPE:** FRAME

**NUMBER OF STORIES:** 1
**SQUARE FOOTAGE:** 2,904
**FOR SALE:** NO
**ON HISTORICAL REGISTRY:** NO
**IN GATED COMMUNITY:** NO
**RENTAL TERM:** WEEKLY

**YEAR OF CONSTRUCTION:** 1991
**YEAR OF WIRING UPDATES:** 1991
**YEAR OF PLUMBING UPDATES:** 1991
**YEAR OF HEATING UPDATES:** 2015
**YEAR OF ROOFING UPDATES:** 2002
**ROOF AGE:** 20 YEARS

**ROOF CONSTRUCTION:** SHINGLE RATED FOR HIGH WIND SPEEDS
**ROOF GEOMETRY:** HIP ROOF
**ROOF SHEATHING:** OTHER/UNKNOWN
**ROOF ANCHOR:** OTHER/UNKNOWN
**OPENING PROTECTION:** OTHER/UNKNOWN

**# OF NON-WIND LOSSES:** NONE

**# OF WIND LOSSES:** NONE

**PROTECTIVE DEVICE(S):** SMOKE DETECTORS

This Certificate shall not be valid unless signed by Johnson & Johnson Inc.
Dated at Charleston, South Carolina on 05/17/2022.

By _Francis S. Johnson_

DF2016 (04/16)

Page 2 of 5

NAMED INSURED: LINDSEY GRAVES                                                                                    POLICY NUMBER: GLS00030469

### SCHEDULE OF FORMS AND ENDORSEMENTS

| FORM NUMBER | FORM NAME |
| --- | --- |
| DP 00 03 12 02 | DWELLING PROPERTY 3 - SPECIAL FORM |
| JJ-UTS-85g 02-98 | ANIMAL EXCLUSION |
| LMA5021 (14/09/2005) | APPLICABLE LAW (USA) |
| REF 2962 (06/02/03) | BIOLOGICAL OR CHEMICAL MATERIALS EXCLUSION |
| REF 1331 20/4/61 | CANCELLATION CLAUSE |
| GLISE H&D CDEE 08/2020 | COMMUNICABLE DISEASE EXCLUSION ENDORSEMENT |
| GLK DIL 4039 04-17 | CONFORMITY OF TERMS ENDORSEMENT |
| DF2016 (04/16) | DWELLING FIRE DECLARATIONS |
| EDE (06/10) | EXISTING DAMAGE EXCLUSION ENDORSEMENT (PERSONAL LINES) |
| JJ-DFS-9s (02-05) | EXTERIOR INSULATION AND FINISH SYSTEM EXCLUSION |
| IL P 015 01 07 | FLOOD AND EARTH MOVEMENT LOSSES NOT COVERED ADVISORY NOTICE TO POLICYHOLDERS |
| LSW1664 1/10/2009 | FLORIDA CO-PAY NOTICE |
| LSW1663 1/10/2009 | FLORIDA DEDUCTIBLE NOTICE |
| EVIDENCE OF INSURANCE | FLORIDA EVIDENCE OF INSURANCE |
| LSW1661 1/10/2009 | FLORIDA GUARANTY NOTICE |
| LSW1662 1/10/2009 | FLORIDA RATES AND FORMS NOTICE |
| REF5062 4/6/2006 | FRAUDULENT CLAIM CLAUSE |
| DP 03 33 02 05 | FUNGI, WET OR DRY ROT, OR BACTERIA INCREASED AMOUNT OF COVERAGE |
| GLISE(i) (09.2020) | GREAT LAKES INSURANCE SE PRIVACY POLICY STATEMENT |
| JJ-UTS-447 10-17 | MARIJUANA EXCLUSION |
| DL 24 16 12 02 | NO COVERAGE FOR HOME DAY CARE BUSINESS |
| GLK DIL 3003 01-19 | NOTICE TO POLICYHOLDER GREAT LAKES INSURANCE SE |
| DP 04 71 12 02 | ORDINANCE OR LAW COVERAGE INCREASED AMOUNT OF COVERAGE |
| DL 24 01 12 02 | PERSONAL LIABILITY |
| DP 04 90 10 00 | PERSONAL PROPERTY REPLACEMENT COST LOSS SETTLEMENT |
| JJC-3 07-20 | POLICY JACKET |
| DL 24 11 07-14 | PREMISES LIABILITY (NON-OWNER OCCUPIED DWELLING) |
| REF5401 11-19 | PROPERTY CYBER AND DATA EXCLUSION |
| GLK DPL 4015 (09/11) | PUNITIVE OR EXEMPLARY DAMAGES EXCLUSION |
| REF 1191 (7/5/59) | RADIOACTIVE CONTAMINATION EXCLUSION CLAUSE |
| RFEXCL (1-02) | ROOF EXCLUSION |
| LMA3100 15/09/10 | SANCTION LIMITATION AND EXCLUSION CLAUSE |
| SEC 1 04-18 | SECURITY ENDORSEMENT |
| REF 2342 | SEEPAGE AND/OR POLLUTION AND/OR CONTAMINATION EXCLUSION U.S.A. & CANADA |
| REF 1998 Joint 07-17 | SERVICE OF SUIT CLAUSE |
| LMA5096 7/3/2008 | SEVERAL LIABILITY NOTICE – INSURANCE |
| DP 01 09 10 12 | SPECIAL PROVISIONS - FLORIDA |
| JJ-UTS-406s (7-10) | SPECIFIC BUILDING MATERIALS EXCLUSION - PROPERTY |
| ILP022 01-07 | STATEMENT REGARDING FLOOD INSURANCE ADVISORY NOTICE TO POLICYHOLDERS |
| HD1010 (03/10) | TAINTED DRYWALL MATERIAL EXCLUSION |
| REF2920 a | TERRORISM EXCLUSION |
| NMA2920 8/10/2001 | TERRORISM EXCLUSION ENDORSEMENT |
| TL005 (05/07) | TOTAL OR CONSTRUCTIVE LOSS CAUSE |
| JJ-UTS-315s (8-04) | TRAMPOLINE LIABILITY EXCLUSION |
| IL P 001 01 04 | US TREASURY DEPARTMENT'S OFFICE OF FOREIGN ASSETS CONTROL ("OFAC") ADVISORY NOTICE TO POLICYHOLDERS |
| DP 04 95 01 09 | WATER BACK-UP AND SUMP DISCHARGE OR OVERFLOW |
| DP 03 12 12 02 | WINDSTORM OR HAIL PERCENTAGE DEDUCTIBLE |

DF2016 (04/16)                                                                                                          Page 3 of 5

**SURPLUS LINES LICENSEE:**

Francis G Johnson
200 Wingo Way, Suite 200
Mount Pleasant SC 29464

**LICENSE #:  W189190**

DF2016 (04/16)

**SCHEDULE OF LIENHOLDERS**
**AND ADDITIONAL INSUREDS**

Location #1/Building #1

    PRIMARY MORTGAGEE
    NORTHPOINTE BANK
    ISAOA / ATIMA
    PO BOX 7111
    TROY, MI  48007
    LOAN/ACCOUNT #:  5026002427

DF2016 (04/16)

## SECURITY ENDORSEMENT

Security:

**100.0000%**                          **GREAT LAKES INSURANCE SE**

                                       **3400**


Syndicate breakdown as follows:



Other Insurers:

          100.0000%        GLISE
          **100.0000%**        **Total**

Lloyd's Security 2022

**SEC 1**

## GREAT LAKES INSURANCE SE PRIVACY POLICY STATEMENT

Great Lakes Insurance SE want you to know how we protect the confidentiality of your non-public personal information. We want you to know how and why we use and disclose the information that we have about you. The following describes our policies and practices for securing the privacy of our current and former customers.

Full details can be found at: https://www.munichre.com/en/company/about-munich-re/munich-re-worldwide/united-kingdom/great-lakes-uk.html

### INFORMATION WE COLLECT

The non-public personal information that we collect about you includes, but is not limited to:

- Information contained in applications or other forms that you submit to us, such as name, address, and social security number

- Information about your transactions with our affiliates or other third-parties, such as balances and payment history

- Information we receive from a consumer-reporting agency, such as credit-worthiness or credit history

### INFORMATION WE DISCLOSE

We disclose the information that we have when it is necessary to provide our products and services. We may also disclose information when the law requires or permits us to do so.

### CONFIDENTIALITY AND SECURITY

Only our employees and others who need the information to service your account have access to your personal information. We have measures in place to secure our paper files and computer systems.

### DATA SUBJECT RIGHTS

You have a right to request access to your personal data, to have your personal data removed or deleted, or corrected, to restrict processing where your personal data is inaccurate or the processing is unlawful, or transfer your personal data to another Data Controller. Please contact the Data Protection Officer at the address below.

### CONTACTING US

If you have any questions about this privacy notice or would like to learn more about how we protect your privacy, please write to us at the following address:

Great Lakes Insurance SE

10 Fenchurch Avenue,

London,

EC3M 5BN

GLISE(i)(09.2020)

**SEVERAL LIABILITY CLAUSE**

**PLEASE NOTE – This notice contains important information.  PLEASE READ CAREFULLY**

The liability of an insurer under this contract is several and not joint with other insurers party to this contract.  An insurer is liable only for the proportion of liability it has underwritten.  An insurer is not jointly liable for the proportion of liability underwritten by any other insurer.  Nor is an insurer otherwise responsible for any liability of any other insurer that may underwrite this contract.

The proportion of liability under this contract underwritten by an insurer (or, in the case of a Lloyd's syndicate, the total of the proportions underwritten by all the members of the syndicate taken together) is shown in this contract.

In the case of a Lloyd's syndicate, each member of the syndicate (rather than the syndicate itself) is an insurer.  Each member has underwritten a proportion of the total shown for the syndicate (that total itself being the total of the proportions underwritten by all the members of the syndicate taken together).  The liability of each member of the syndicate is several  and not joint with other members.  A member is liable only for that member's proportion.  A member is not jointly liable for any other member's proportion.  Nor is any member otherwise responsible for any liability of any other insurer that may underwrite this contract.  The business address of each member is Lloyd's, One Lime Street, London EC3M 7HA.  The identity of each member of a Lloyd's syndicate and their respective proportion may be obtained by writing to Market Services, Lloyd's, at the above address.

Although reference is made at various points in this clause to "this contract" in the singular, where the circumstances so require this should be read as a reference to contracts in the plural.

07/03/08

LMA5096 (Combined Certificate)

**DWELLING**
**DP 00 03 12 02**

# DWELLING PROPERTY 3 – SPECIAL FORM

**AGREEMENT**

We will provide the insurance described in this policy in return for the premium and compliance with all applicable provisions of this policy.

**DEFINITIONS**

In this policy, "you" and "your" refer to the "named insured" shown in the Declarations and the spouse if a resident of the same household. "We," "us" and "our" refer to the Company providing this insurance.

**DEDUCTIBLE**

Unless otherwise noted in this policy, the following deductible provision applies:

Subject to the policy limits that apply, we will pay only that part of the total of all loss payable that exceeds the deductible amount shown in the Declarations.

**COVERAGES**

This insurance applies to the Described Location, Coverages for which a Limit of Liability is shown and Perils Insured Against for which a Premium is stated.

**A. Coverage A – Dwelling**

1. We cover:

   a. The dwelling on the Described Location shown in the Declarations, used principally for dwelling purposes, including structures attached to the dwelling;

   b. Materials and supplies located on or next to the Described Location used to construct, alter or repair the dwelling or other structures on the Described Location; and

   c. If not otherwise covered in this policy, building equipment and outdoor equipment used for the service of and located on the Described Location.

2. We do not cover land, including land on which the dwelling is located.

**B. Coverage B – Other Structures**

1. We cover other structures on the Described Location, set apart from the dwelling by clear space. This includes structures connected to the dwelling by only a fence, utility line or similar connection.

2. We do not cover:

   a. Land, including land on which the other structures are located;

   b. Other structures rented or held for rental to any person not a tenant of the dwelling, unless used solely as a private garage;

   c. Other structures used in whole or in part for commercial, manufacturing or farming purposes. However, we do cover a structure that contains commercial, manufacturing or farming property solely owned by you or a tenant of the dwelling provided that such property does not include gaseous or liquid fuel, other than fuel in a permanently installed fuel tank of a vehicle or craft parked or stored in the structure; or

   d. Gravemarkers, including mausoleums.

**C. Coverage C – Personal Property**

1. **Covered Property**

   We cover personal property, usual to the occupancy as a dwelling and owned or used by you or members of your family residing with you while it is on the Described Location. After a loss and at your request, we will cover personal property owned by a guest or servant while the property is on the Described Location.

2. **Property Not Covered**

   We do not cover:

   a. Accounts, bank notes, bills, bullion, coins, currency, deeds, evidences of debt, gold other than goldware, letters of credit, manuscripts, medals, money, notes other than bank notes, passports, personal records, platinum other than platinumware, securities, silver other than silverware, tickets, stamps, scrip, stored value cards and smart cards;

   b. Animals, birds or fish;

   c. Aircraft meaning any contrivance used or designed for flight including any parts whether or not attached to the aircraft.

      We do cover model or hobby aircraft not used or designed to carry people or cargo;

   d. Hovercraft and parts. Hovercraft means a self-propelled motorized ground effect vehicle and includes, but is not limited to, flarecraft and air cushion vehicles;

   e. Motor vehicles or all other motorized land conveyances.

      (1) This includes:

         (a) Their accessories, equipment and parts; or

**DP 00 03 12 02**　　　　　© ISO Properties, Inc., 2002　　　　　**Page 1 of 13**

(b) Any device or instrument for the transmitting, recording, receiving or reproduction of sound or pictures which is operated by power from the electrical system of motor vehicles and all other motorized land conveyances, and its accessories. Accessories include antennas, tapes, wires, records, discs or other media that can be used with any device or instrument described above.

The exclusion of property described in **(a)** and **(b)** above applies only while such property is in or upon the vehicle or conveyance.

(2) We do cover motor vehicles or other motorized land conveyances not required to be registered for use on public roads or property which are:

(a) Used solely to service the Described Location; or

(b) Designed to assist the handicapped;

**f.** Watercraft of all types, other than rowboats and canoes;

**g.** Data, including data stored in:

(1) Books of account, drawings or other paper records; or

(2) Computers and related equipment;

We do cover the cost of blank recording or storage media, and of prerecorded computer programs available on the retail market;

**h.** Credit cards, electronic fund transfer cards or access devices used solely for deposit, withdrawal or transfer of funds;

**i.** Water or steam; or

**j.** Gravemarkers, including mausoleums.

**3. Property Removed To A Newly Acquired Principle Residence**

If you remove personal property from the Described Location to a newly acquired principal residence, the Coverage **C** limit of liability will apply at each residence for the 30 days immediately after you begin to move the property there. This time period will not extend beyond the termination of this policy. Our liability is limited to the proportion of the limit of liability that the value at each residence bears to the total value of all personal property covered by this policy.

**D. Coverage D – Fair Rental Value**

**1.** If a loss to property described in Coverage **A, B** or **C** by a Peril Insured Against under this policy makes that part of the Described Location rented to others or held for rental by you unfit for its normal use, we cover the fair rental value of that part of the Described Location rented to others or held for rental by you less any expenses that do not continue while that part of the Described Location rented or held for rental is not fit to live in.

Payment will be for the shortest time required to repair or replace that part of the Described Location rented or held for rental.

**2.** If a civil authority prohibits you from use of the Described Location as a result of direct damage to a neighboring location by a Peril Insured Against in this policy, we cover the Fair Rental Value loss for no more than two weeks.

**3.** The periods of time referenced above are not limited by the expiration of this policy.

**4.** We do not cover loss or expense due to cancellation of a lease or agreement.

**E. Coverage E – Additional Living Expense**

**1.** If a loss to property described in Coverage **A, B** or **C** by a Peril Insured Against under this policy makes the Described Location unfit for its normal use, we cover any necessary increase in living expenses incurred by you so that your household can maintain its normal standard of living.

Payment will be for the shortest time required to repair or replace the Described Location or, if you permanently relocate, the shortest time required for your household to settle elsewhere.

**2.** If a civil authority prohibits you from use of the Described Location as a result of direct damage to a neighboring location by a Peril Insured Against in this policy, we cover the Additional Living Expense loss for no more than two weeks.

**3.** The periods of time referenced above are not limited by the expiration of this policy.

**4.** We do not cover loss or expense due to cancellation of a lease or agreement.

**F. Other Coverages**

**1. Other Structures**

You may use up to 10% of the Coverage **A** limit of liability for loss by a Peril Insured Against to other structures described in Coverage **B.**

This coverage is additional insurance.

**2. Debris Removal**

We will pay your reasonable expense for the removal of:

**a.** Debris of covered property if a Peril Insured Against causes the loss; or

**b.** Ash, dust or particles from a volcanic eruption that has caused direct loss to a building or property contained in a building.

This expense is included in the limit of liability that applies to the damaged property.

**3. Improvements, Alterations And Additions**

If you are a tenant of the Described Location, you may use up to 10% of the Coverage **C** limit of liability for loss by a Peril Insured Against to improvements, alterations and additions, made or acquired at your expense, to that part of the Described Location used only by you.

This coverage is additional insurance.

**4. World-Wide Coverage**

You may use up to 10% of the Coverage **C** limit of liability for loss by a Peril Insured Against to property covered under Coverage **C** except rowboats and canoes, while anywhere in the world.

Use of this coverage reduces the Coverage **C** limit of liability for the same loss.

**5. Rental Value And Additional Living Expense**

You may use up to 20% of the Coverage **A** limit of liability for loss of both fair rental value as described in Coverage **D** and additional living expense as described in Coverage **E.**

This coverage is additional insurance.

**6. Reasonable Repairs**

**a.** In the event that covered property is damaged by a Peril Insured Against, we will pay the reasonable cost incurred by you for necessary measures taken solely to protect against further damage.

**b.** If the measures taken involve repair to other damaged property, we will pay for those measures only if that property is covered under this policy and the damage to that property is caused by a Peril Insured Against. This coverage does not:

**(1)** Increase the limit of liability that applies to the covered property; or

**(2)** Relieve you of your duties, in case of a loss to covered property, as set forth in Condition **D.2.**

**7. Property Removed**

We insure covered property against direct loss from any cause while being removed from a premises endangered by a Peril Insured Against and for no more than 30 days while removed.

This coverage does not change the limit of liability that applies to the property being removed.

**8. Trees, Shrubs And Other Plants**

We cover trees, shrubs, plants or lawns, on the Described Location for loss caused by the following Perils Insured Against:

**a.** Fire or lightning;

**b.** Explosion;

**c.** Riot or civil commotion;

**d.** Aircraft;

**e.** Vehicles not owned or operated by you or a resident of the Described Location; or

**f.** Vandalism or malicious mischief, including damage during a burglary or attempted burglary, but not theft of property.

The limit of liability for this coverage will not be more than 5% of the Coverage **A** limit of liability, or more than $500 for any one tree, shrub or plant. We do not cover property grown for commercial purposes.

This coverage is additional insurance.

**9. Fire Department Service Charge**

We will pay up to $500 for your liability assumed by contract or agreement for fire department charges incurred when the fire department is called to save or protect covered property from a Peril Insured Against. We do not cover fire department service charges if the property is located within the limits of the city, municipality or protection district furnishing the fire department response.

This coverage is additional insurance. No deductible applies to this coverage.

**10. Collapse**

**a.** With respect to this Other Coverage:

**(1)** Collapse means an abrupt falling down or caving in of a building or any part of a building with the result that the building or part of the building cannot be occupied for its current intended purpose.

**(2)** A building or any part of a building that is in danger of falling down or caving in is not considered to be in a state of collapse.

(3) A part of a building that is standing is not considered to be in a state of collapse even if it has separated from another part of the building.

(4) A building or any part of a building that is standing is not considered to be in a state of collapse even if it shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

b. We insure for direct physical loss to covered property involving collapse of a building or any part of a building if the collapse was caused by one or more of the following:

(1) The Perils Insured Against named under Coverage **C**;

(2) Decay that is hidden from view, unless the presence of such decay is known to you prior to collapse;

(3) Insect or vermin damage that is hidden from view, unless the presence of such damage is known to you prior to collapse;

(4) Weight of contents, equipment, animals or people;

(5) Weight of rain which collects on a roof; or

(6) Use of defective material or methods in construction, remodeling or renovation if the collapse occurs during the course of the construction, remodeling or renovation.

c. Loss to an awning, fence, patio, deck, pavement, swimming pool, underground pipe, flue, drain, cesspool, septic tank, foundation, retaining wall, bulkhead, pier, wharf or dock is not included under **b.(2)** through **(6)** above unless the loss is a direct result of the collapse of a building or any part of a building.

d. This coverage does not increase the limit of liability that applies to the damaged covered property.

**11. Glass Or Safety Glazing Material**

a. We cover:

(1) The breakage of glass or safety glazing material which is part of a covered building, storm door or storm window;

(2) The breakage of glass or safety glazing material which is part of a covered building, storm door or storm window when caused directly by earth movement; and

(3) The direct physical loss to covered property caused solely by the pieces, fragments or splinters of broken glass or safety glazing material which is part of a building, storm door or storm window.

b. This coverage does not include loss:

(1) To covered property which results because the glass or safety glazing material has been broken, except as provided in **a.(3)** above; or

(2) On the Described Location if the dwelling has been vacant for more than 60 consecutive days immediately before the loss, except when the breakage results directly from earth movement as provided for in **a.(2)** above. A dwelling being constructed is not considered vacant.

c. This coverage does not increase the limit of liability that applies to the damaged property.

**12. Ordinance Or Law**

a. The Ordinance Or Law limit of liability determined in **b.** or **c.** below will apply with respect to the increased costs you incur due to the enforcement of any ordinance or law which requires or regulates:

(1) The construction, demolition, remodeling, renovation or repair of that part of a covered building or other structure damaged by a Peril Insured Against;

(2) The demolition and reconstruction of the undamaged part of a covered building or other structure, when that building or other structure must be totally demolished because of damage by a Peril Insured Against to another part of that covered building or other structure; or

(3) The remodeling, removal or replacement of the portion of the undamaged part of a covered building or other structure necessary to complete the remodeling, repair or replacement of that part of the covered building or other structure damaged by a Peril Insured Against.

b. If you are an owner of a Described Location, and that location:

(1) Is insured for Coverage **A** or Unit-Owners Building Items, you may use up to 10% of the limit of liability that applies to Coverage **A** or Unit-Owners Building Items at each Described Location; or

**(2)** Is not insured for Coverage **A** or Unit-Owners Building Items, you may use up to 10% of the total limit of liability that applies to Coverage **B** at each Described Location.

**c.** If you are a tenant of a Described Location, you may use up to 10% of the limit of liability that applies to Improvements, Alterations And Additions at each Described Location. Also, the words "covered building" used throughout this Other Coverage **12.** Ordinance Or Law, refer to property at such a Described Location covered under Other Coverage **3.** Improvements, Alterations And Additions.

**d.** You may use all or part of this ordinance or law coverage to pay for the increased costs you incur to remove debris resulting from the construction, demolition, remodeling, renovation, repair or replacement of property as stated in **a.** above.

**e.** We do not cover:

**(1)** The loss in value to any covered building or other structure due to the requirements of any ordinance or law; or

**(2)** The costs to comply with any ordinance or law which requires you or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, pollutants in or on any covered building or other structure.

Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

This coverage is additional insurance.

**PERILS INSURED AGAINST**

**A. Coverage A – Dwelling And Coverage B – Other Structures**

**1.** We insure against risk of direct physical loss to property described in Coverages **A** and **B.**

**2.** We do not insure, however, for loss:

**a.** Excluded under General Exclusions;

**b.** Involving collapse, except as provided in Other Coverage **10.** Collapse; or

**c.** Caused by:

**(1)** Freezing of a plumbing, heating, air conditioning or automatic fire protective sprinkler system or of a household appliance, or by discharge, leakage or overflow from within the system or appliance caused by freezing. This provision does not apply if you have used reasonable care to:

**(a)** Maintain heat in the building; or

**(b)** Shut off the water supply and drain all systems and appliances of water;

However, if the building is protected by an automatic fire protective sprinkler system, you must use reasonable care to continue the water supply and maintain heat in the building for coverage to apply.

For purposes of this provision a plumbing system or household appliance does not include a sump, sump pump or related equipment or a roof drain, gutter, downspout or similar fixtures or equipment.

**(2)** Freezing, thawing, pressure or weight of water or ice, whether driven by wind or not, to a:

**(a)** Fence, pavement, patio or swimming pool;

**(b)** Footing, foundation, bulkhead, wall, or any other structure or device, that supports all or part of a building or other structure;

**(c)** Retaining wall or bulkhead that does not support all or part of a building or other structure; or

**(d)** Pier, wharf or dock;

**(3)** Theft of property not part of a covered building or structure;

**(4)** Theft in or to a dwelling or structure under construction;

**(5)** Wind, hail, ice, snow or sleet to:

**(a)** Outdoor radio and television antennas and aerials including their lead-in wiring, masts or towers; or

**(b)** Trees, shrubs, plants or lawns;

**(6)** Vandalism and malicious mischief, theft or attempted theft, and any ensuing loss caused by any intentional and wrongful act committed in the course of the vandalism or malicious mischief, theft or attempted theft, if the dwelling has been vacant for more than 60 consecutive days immediately before the loss. A dwelling being constructed is not considered vacant;

**(7)** Constant or repeated seepage or leakage of water or steam over a period of weeks, months or years from within a plumbing, heating, air conditioning or automatic fire protective sprinkler system or from within a household appliance.

For purposes of this provision, a plumbing system or household appliance does not include a sump, sump pump or related equipment or a roof drain, gutter, downspout or similar fixtures or equipment;

**(8)** Any of the following:

  **(a)** Wear and tear, marring, deterioration;

  **(b)** Mechanical breakdown, latent defect, inherent vice, or any quality in property that causes it to damage or destroy itself;

  **(c)** Smog, rust or other corrosion, mold, wet or dry rot;

  **(d)** Smoke from agricultural smudging or industrial operations;

  **(e)** Discharge, dispersal, seepage, migration release or escape of pollutants unless the discharge, dispersal, seepage, migration, release or escape is itself caused by a Peril Insured Against named under Coverage **C**.

  Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed;

  **(f)** Settling, shrinking, bulging or expansion, including resultant cracking, of bulkheads, pavements, patios, footings, foundations, walls, floors, roofs or ceilings; or

  **(g)** Birds, vermin, rodents, insects or domestic animals.

**Exception To c.(8)**

Unless the loss is otherwise excluded, we cover loss to property covered under Coverage **A** or **B** resulting from an accidental discharge or overflow of water or steam from within a:

  **(i)** Storm drain, or water, steam or sewer pipe, off the Described Location; or

  **(ii)** Plumbing, heating, air conditioning or automatic fire protective sprinkler system or household appliance on the Described Location. This includes the cost to tear out and replace any part of a building, or other structure, on the Described Location, but only when necessary to repair the system or appliance. However, such tear out and replacement coverage only applies to other structures if the water or steam causes actual damage to a building on the Described Location.

We do not cover loss to the system or appliance from which this water or steam escaped.

For the purposes of this provision, a plumbing system or household appliance does not include a sump, sump pump or related equipment or roof drain, gutter, down spout or similar fixtures or equipment.

General Exclusion **A.3.** Water Damage, Paragraphs **a.** and **c.** that apply to surface water and water below the surface of ground do not apply to loss by water covered under **c.(8)** above.

Under **2.b.** and **c.** above, any ensuing loss to property described in Coverages **A** and **B** not excluded or excepted in this policy is covered.

**B. Coverage C – Personal Property**

We insure for direct physical loss to the property described in Coverage **C** caused by a peril listed below unless the loss is excluded in the General Exclusions.

**1. Fire Or Lightning**

**2. Windstorm Or Hail**

This peril does not include loss to:

  **a.** Property contained in a building caused by rain, snow, sleet, sand or dust unless the direct force of wind or hail damages the building causing an opening in a roof or wall and the rain, snow, sleet, sand or dust enters through this opening;

  **b.** Canoes and rowboats; or

  **c.** Trees, shrubs or plants.

3. **Explosion**

4. **Riot Or Civil Commotion**

5. **Aircraft**

   This peril includes self-propelled missiles and spacecraft.

6. **Vehicles**

7. **Smoke**

   This peril means sudden and accidental damage from smoke, including the emission or puffback of smoke, soot, fumes or vapors from a boiler, furnace or related equipment.

   This peril does not include loss caused by smoke from agricultural smudging or industrial operations.

8. **Vandalism Or Malicious Mischief**

   This peril does not include loss by pilferage, theft, burglary or larceny.

9. **Damage By Burglars**

   **a.** This peril means damage to covered property caused by burglars.

   **b.** This peril does not include:

      **(1)** Theft of property; or

      **(2)** Damage caused by burglars to property on the Described Location if the dwelling has been vacant for more than 60 consecutive days immediately before the damage occurs. A dwelling being constructed is not considered vacant.

10. **Falling Objects**

    This peril does not include loss to property contained in the building unless the roof or an outside wall of the building is first damaged by a falling object. Damage to the falling object itself is not covered.

11. **Weight Of Ice, Snow Or Sleet**

    This peril means weight of ice, snow or sleet which causes damage to property contained in the building.

12. **Accidental Discharge Or Overflow Of Water Or Steam**

    **a.** This peril means accidental discharge or overflow of water or steam from within a plumbing, heating, air conditioning or automatic fire protective sprinkler system or from within a household appliance.

    **b.** This peril does not include loss:

       **(1)** To the system or appliance from which the water or steam escaped;

       **(2)** Caused by or resulting from freezing except as provided in Peril Insured Against **14.** Freezing; or

       **(3)** On the Described Location caused by accidental discharge or overflow which occurs off the Described Location.

    **c.** In this peril, a plumbing system or household appliance does not include a sump, sump pump or related equipment; or a roof drain, gutter, downspout or similar fixtures or equipment.

    **d.** General Exclusion **A.3.** Water Damage, Paragraphs **a.** and **c.** that apply to surface water and water below the surface of the ground do not apply to loss by water covered under this peril.

13. **Sudden And Accidental Tearing Apart, Cracking, Burning Or Bulging**

    This peril means sudden and accidental tearing apart, cracking, burning or bulging of a steam or hot water heating system, an air conditioning or automatic fire protective sprinkler system, or an appliance for heating water.

    We do not cover loss caused by or resulting from freezing except as provided in the peril of freezing below.

14. **Freezing**

    **a.** This peril means freezing of a plumbing, heating, air conditioning or automatic fire protective sprinkler system or of a household appliance but only if you have used reasonable care to:

       **(1)** Maintain heat in the building; or

       **(2)** Shut off the water supply and drain all systems and appliances of water.

    However, if the building is protected by an automatic fire protective sprinkler system, you must use reasonable care to continue the water supply and maintain heat in the building for coverage to apply.

    **b.** In this peril, a plumbing system or household appliance does not include a sump, sump pump or related equipment; or a roof drain, gutter, downspout or similar fixtures or equipment.

15. **Sudden And Accidental Damage From Artificially Generated Electrical Current**

    This peril does not include loss to tubes, transistors, electronic components or circuitry that are a part of appliances, fixtures, computers, home entertainment units or other types of electronic apparatus.

**16. Volcanic Eruption**

This peril does not include loss caused by earthquake, land shock waves or tremors.

## GENERAL EXCLUSIONS

**A.** We do not insure for loss caused directly or indirectly by any of the following. Such loss is excluded regardless of any other cause or event contributing concurrently or in any sequence to the loss. These exclusions apply whether or not the loss event results in widespread damage or affects a substantial area.

**1. Ordinance Or Law**

Ordinance Or Law means any ordinance or law:

**a.** Requiring or regulating the construction, demolition, remodeling, renovation or repair of property, including removal of any resulting debris. This Exclusion **A.1.a.** does not apply to the amount of coverage that may be provided under Other Coverage **12.** Ordinance Or Law;

**b.** The requirements of which result in a loss in value to property; or

**c.** Requiring you or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, pollutants.

Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

This Exclusion **A.1.** applies whether or not the property has been physically damaged.

**2. Earth Movement**

Earth Movement means:

**a.** Earthquake, including land shock waves or tremors before, during or after a volcanic eruption;

**b.** Landslide, mudslide or mudflow;

**c.** Subsidence or sinkhole; or

**d.** Any other earth movement including earth sinking, rising or shifting;

caused by or resulting from human or animal forces or any act of nature unless direct loss by fire or explosion ensues and then we will pay only for the ensuing loss.

**3. Water Damage**

Water Damage means:

**a.** Flood, surface water, waves, tidal water, overflow of a body of water or spray from any of these, whether or not driven by wind;

**b.** Water or water-borne material which backs up through sewers or drains or which overflows or is discharged from a sump, sump pump or related equipment; or

**c.** Water or water-borne material below the surface of the ground, including water which exerts pressure on or seeps or leaks through a building, sidewalk, driveway, foundation, swimming pool or other structure;

caused by or resulting from human or animal forces or any act of nature.

Direct loss by fire or explosion resulting from water damage is covered.

**4. Power Failure**

Power Failure means the failure of power or other utility service if the failure takes place off the Described Location. But if the failure of power or other utility service results in a loss, from a Peril Insured Against on the Described Location, we will pay for the loss caused by that Peril Insured Against.

**5. Neglect**

Neglect means your neglect to use all reasonable means to save and preserve property at and after the time of a loss.

**6. War**

War includes the following and any consequence of any of the following:

**a.** Undeclared war, civil war, insurrection, rebellion or revolution;

**b.** Warlike act by a military force or military personnel;

**c.** Destruction or seizure or use for a military purpose.

Discharge of a nuclear weapon will be deemed a warlike act even if accidental.

**7. Nuclear Hazard**

This Exclusion **A.7.** pertains to Nuclear Hazard to the extent set forth in the Nuclear Hazard Clause of the Conditions.

**8. Intentional Loss**

Intentional Loss means any loss arising out of any act you or any person or organization named as an additional insured commits or conspires to commit with the intent to cause a loss.

© ISO Properties, Inc., 2002

In the event of such loss, neither you nor any such person or organization is entitled to coverage, even those who did not commit or conspire to commit the act causing the loss.

**9. Governmental Action**

Governmental Action means the destruction, confiscation or seizure of property described in **A, B** or **C** by order of any governmental or public authority.

This exclusion does not apply to such acts ordered by any governmental or public authority that are taken at the time of a fire to prevent its spread, if the loss caused by fire would be covered under this policy.

**B.** We do not insure for loss to property described in Coverages **A** and **B** caused by any of the following. However, any ensuing loss to property described in Coverages **A** and **B** not precluded by any other provision in this policy is covered.

**1.** Weather conditions. However, this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in **A.** above to produce the loss.

**2.** Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

**3.** Faulty, inadequate or defective:

**a.** Planning, zoning, development, surveying, siting;

**b.** Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

**c.** Materials used in repair, construction, renovation or remodeling; or

**d.** Maintenance;

of part or all of any property whether on or off the Described Location.

## CONDITIONS

**A. Policy Period**

This policy applies only to loss which occurs during the policy period.

**B. Insurable Interest And Limit Of Liability**

Even if more than one person has an insurable interest in the property covered, we will not be liable in any one loss:

**1.** For an amount greater than the interest of a person insured under this policy at the time of loss; or

**2.** For more than the applicable limit of liability.

**C. Concealment Or Fraud**

We provide coverage to no persons insured under this policy if, whether before or after a loss, one or more persons insured under this policy have:

**1.** Intentionally concealed or misrepresented any material fact or circumstance;

**2.** Engaged in fraudulent conduct; or

**3.** Made false statements;

relating to this insurance.

**D. Duties After Loss**

In case of a loss to covered property, we have no duty to provide coverage under this policy if the failure to comply with the following duties is prejudicial to us. These duties must be performed either by you or your representative:

**1.** Give prompt notice to us or our agent;

**2.** Protect the property from further damage. If repairs to the property are required, you must:

**a.** Make reasonable and necessary repairs to protect the property; and

**b.** Keep an accurate record of repair expenses;

**3.** Cooperate with us in the investigation of a claim;

**4.** Prepare an inventory of damaged personal property showing the quantity, description, actual cash value and amount of loss. Attach all bills, receipts and related documents that justify the figures in the inventory;

**5.** As often as we reasonably require:

**a.** Show the damaged property;

**b.** Provide us with records and documents we request and permit us to make copies; and

**c.** Submit to examination under oath, while not in the presence of another named insured, and sign the same;

**6.** Send to us, within 60 days after our request, your signed, sworn proof of loss which sets forth to the best of your knowledge and belief:

**a.** The time and cause of loss;

**b.** Your interest and that of all others in the property involved and all liens on the property;

**c.** Other insurance which may cover the loss;

**d.** Changes in title or occupancy of the property during the term of the policy;

**e.** Specifications of damaged buildings and detailed repair estimates;

**f.** The inventory of damaged personal property described in **D.3.;**

**g.** Receipts for additional living expenses incurred and records that support the fair rental value loss.

### E. Loss Settlement

In this Condition **E.,** the terms "cost to repair or replace" and "replacement cost" do not include the increased costs incurred to comply with the enforcement of any ordinance or law except to the extent that coverage for these increased costs is provided in Other Coverage **F.12.** Ordinance Or Law. Covered property losses are settled as follows:

**1.** Property of the following types:

**a.** Personal property;

**b.** Awnings, carpeting, household appliances, outdoor antennas and outdoor equipment, whether or not attached to buildings; and

**c.** Structures that are not buildings;

at actual cash value at the time of loss but not more than the amount required to repair or replace.

**2.** Buildings under Coverage **A** or **B** at replacement cost without deduction for depreciation, subject to the following:

**a.** If, at the time of loss, the amount of insurance in this policy on the damaged building is 80% or more of the full replacement cost of the building immediately before the loss, we will pay the cost to repair or replace, after application of any deductible and without deduction for depreciation, but not more than the least of the following amounts:

**(1)** The limit of liability under this policy that applies to the building;

**(2)** The replacement cost of that part of the building damaged with material of like kind and quality and for like use; or

**(3)** The necessary amount actually spent to repair or replace the damaged building.

If the building is rebuilt at a new premises, the cost described in **(2)** above is limited to the cost which would have been incurred if the building had been built at the original premises.

**b.** If, at the time of loss, the amount of insurance in this policy on the damaged building is less than 80% of the full replacement cost of the building immediately before the loss, we will pay the greater of the following amounts, but not more than the limit of liability under this policy that applies to the building:

**(1)** The actual cash value of that part of the building damaged; or

**(2)** That proportion of the cost to repair or replace, after application of deductible and without deduction for depreciation, that part of the building damaged, which the total amount of insurance in this policy on the damaged building bears to 80% of the replacement cost of the building.

**c.** To determine the amount of insurance required to equal 80% of the full replacement cost of the building immediately before the loss, do not include the value of:

**(1)** Excavations, footings, foundations, piers or any other structures or devices that support all or part of the building, which are below the undersurface of the lowest basement floor;

**(2)** Those supports in **(1)** above which are below the surface of the ground inside the foundation walls, if there is no basement; and

**(3)** Underground flues, pipes, wiring and drains.

**d.** We will pay no more than the actual cash value of the damage until actual repair or replacement is complete. Once actual repair or replacement is complete, we will settle the loss as noted in **2.a.** and **b.** above.

However, if the cost to repair or replace the damage is both:

**(1)** Less than 5% of the amount of insurance in this policy on the building; and

**(2)** Less than $2,500;

we will settle the loss as noted in **2.a.** and **b.** above whether or not actual repair or replacement is complete.

**e.** You may disregard the replacement cost loss settlement provisions and make claim under this policy for loss to buildings on an actual cash value basis. You may then make claim for any additional liability according to the provisions of this Condition **E.** Loss Settlement, provided you notify us of your intent to do so within 180 days after the date of loss.

## F. Loss To A Pair Or Set

In case of loss to a pair or set we may elect to:

**1.** Repair or replace any part to restore the pair or set to its value before the loss; or

**2.** Pay the difference between actual cash value of the property before and after the loss.

## G. Appraisal

If you and we fail to agree on the amount of loss, either may demand an appraisal of the loss. In this event, each party will choose a competent and impartial appraiser within 20 days after receiving a written request from the other. The two appraisers will choose an umpire. If they cannot agree upon an umpire within 15 days, you or we may request that the choice be made by a judge of a court of record in the state where the Described Location is located. The appraisers will separately set the amount of loss. If the appraisers submit a written report of an agreement to us, the amount agreed upon will be the amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will set the amount of loss.

Each party will:

**1.** Pay its own appraiser; and

**2.** Bear the other expenses of the appraisal and umpire equally.

## H. Other Insurance And Service Agreement

If property covered by this policy is also covered by:

**1.** Other fire insurance, we will pay only the proportion of a loss caused by any peril insured against under this policy that the limit of liability applying under this policy bears to the total amount of fire insurance covering the property; or

**2.** A service agreement, this insurance is excess over any amounts payable under any such agreement. Service agreement means a service plan, property restoration plan, home warranty or other similar service warranty agreement, even if it is characterized as insurance.

## I. Subrogation

You may waive in writing before a loss all rights of recovery against any person. If not waived, we may require an assignment of rights of recovery for a loss to the extent that payment is made by us.

If an assignment is sought, the person insured must sign and deliver all related papers and cooperate with us.

## J. Suit Against Us

No action can be brought against us unless there has been full compliance with all of the terms under this policy and the action is started within two years after the date of loss.

## K. Our Option

If we give you written notice within 30 days after we receive your signed, sworn proof of loss, we may repair or replace any part of the damaged property with material or property of like kind and quality.

## L. Loss Payment

We will adjust all losses with you. We will pay you unless some other person is named in the policy or is legally entitled to receive payment. Loss will be payable 60 days after we receive your proof of loss and:

**1.** Reach an agreement with you;

**2.** There is an entry of a final judgment; or

**3.** There is a filing of an appraisal award with us.

## M. Abandonment Of Property

We need not accept any property abandoned by you.

## N. Mortgage Clause

**1.** If a mortgagee is named in this policy, any loss payable under Coverage **A** or **B** will be paid to the mortgagee and you, as interests appear. If more than one mortgagee is named, the order of payment will be the same as the order of precedence of the mortgages.

**2.** If we deny your claim, that denial will not apply to a valid claim of the mortgagee, if the mortgagee:

**a.** Notifies us of any change in ownership, occupancy or substantial change in risk of which the mortgagee is aware;

**b.** Pays any premium due under this policy on demand if you have neglected to pay the premium; and

**c.** Submits a signed, sworn statement of loss within 60 days after receiving notice from us of your failure to do so. Policy conditions relating to Paragraphs **G.** Appraisal, **J.** Suit Against Us and **L.** Loss Payment also apply to the mortgagee.

**3.** If we decide to cancel or not to renew this policy, the mortgagee will be notified at least 10 days before the date cancellation or nonrenewal takes effect.

**4.** If we pay the mortgagee for any loss and deny payment to you:

    **a.** We are subrogated to all the rights of the mortgagee granted under the mortgage on the property; or

    **b.** At our option, we may pay to the mortgagee the whole principal on the mortgage plus any accrued interest. In this event, we will receive a full assignment and transfer of the mortgage and all securities held as collateral to the mortgage debt.

**5.** Subrogation will not impair the right of the mortgagee to recover the full amount of the mortgagee's claim.

**O. No Benefit To Bailee**

We will not recognize any assignment or grant any coverage that benefits a person or organization holding, storing or moving property for a fee regardless of any other provision of this policy.

**P. Cancellation**

**1.** You may cancel this policy at any time by returning it to us or by letting us know in writing of the date cancellation is to take effect.

**2.** We may cancel this policy only for the reasons stated below by letting you know in writing of the date cancellation takes effect. This cancellation notice may be delivered to you, or mailed to you at your mailing address shown in the Declarations. Proof of mailing will be sufficient proof of notice.

    **a.** When you have not paid the premium, we may cancel at any time by letting you know at least 10 days before the date cancellation takes effect.

    **b.** When this policy has been in effect for less than 60 days and is not a renewal with us, we may cancel for any reason by letting you know at least 10 days before the date cancellation takes effect.

**c.** When this policy has been in effect for 60 days or more, or at any time if it is a renewal with us, we may cancel:

    **(1)** If there has been a material misrepresentation of fact which if known to us would have caused us not to issue the policy; or

    **(2)** If the risk has changed substantially since the policy was issued.

This can be done by letting you know at least 30 days before the date cancellation takes effect.

**d.** When this policy is written for a period of more than one year, we may cancel for any reason at anniversary by letting you know at least 30 days before the date cancellation takes effect.

**3.** When this policy is canceled, the premium for the period from the date of cancellation to the expiration date will be refunded pro rata.

**4.** If the return premium is not refunded with the notice of cancellation or when this policy is returned to us, we will refund it within a reasonable time after the date cancellation takes effect.

**Q. Nonrenewal**

We may elect not to renew this policy. We may do so by delivering to you, or mailing to you at your mailing address shown in the Declarations, written notice at least 30 days before the expiration date of this policy. Proof of mailing will be sufficient proof of notice.

**R. Liberalization Clause**

If we make a change which broadens coverage under this edition of our policy without additional premium charge, that change will automatically apply to your insurance as of the date we implement the change in your state, provided that this implementation date falls within 60 days prior to or during the policy period stated in the Declarations.

This Liberalization Clause does not apply to changes implemented with a general program revision that includes both broadenings and restrictions in coverage, whether that general program revision is implemented through introduction of:

**1.** A subsequent edition of this policy; or

**2.** An amendatory endorsement.

**S. Waiver Or Change Of Policy Provisions**

A waiver or change of a provision of this policy must be in writing by us to be valid. Our request for an appraisal or examination will not waive any of our rights.

**T. Assignment**

Assignment of this policy will not be valid unless we give our written consent.

**U. Death**

If you die, we insure:

**1.** Your legal representatives but only with respect to the property of the deceased covered under the policy at the time of death;

**2.** With respect to your property, the person having proper temporary custody of the property until appointment and qualification of a legal representative.

**V. Nuclear Hazard Clause**

**1.** "Nuclear Hazard" means any nuclear reaction, radiation or radioactive contamination, all whether controlled or uncontrolled or however caused, or any consequence of any of these.

**2.** Loss caused by the nuclear hazard will not be considered loss caused by fire, explosion, or smoke, whether these perils are specifically named in or otherwise included within the Perils Insured Against.

**3.** This policy does not apply to loss caused directly or indirectly by nuclear hazard, except that direct loss by fire resulting from the nuclear hazard is covered.

**W. Recovered Property**

If you or we recover any property for which we have made payment under this policy, you or we will notify the other of the recovery. At your option, the property will be returned to or retained by you or it will become our property. If the recovered property is returned to or retained by you, the loss payment will be adjusted based on the amount you received for the recovered property.

**X. Volcanic Eruption Period**

One or more volcanic eruptions that occur within a 72-hour period will be considered as one volcanic eruption.

**Y. Loss Payable Clause**

If the Declarations show a loss payee for certain listed insured personal property, that person is considered an insured in this policy with respect to that property.

If we decide to cancel or not renew this policy, that loss payee will be notified in writing.

## COMMUNICABLE DISEASE EXCLUSION ENDORSEMENT

### (For use on Homeowners and Dwelling policies)

1.  Notwithstanding any provision to the contrary within this policy, this policy does not insure any loss (whether actual or alleged), claim, liability, damage, compensation, injury, sickness, disease, death, medical payment, defence cost, cost, expense or any other amount, directly or indirectly and regardless of any other cause contributing concurrently or in any sequence, originating from, caused by, arising out of, attributable to, contributed to by, resulting from, or otherwise in connection with a Communicable Disease or the fear or threat (whether actual or perceived) of a Communicable Disease.

2.  For the purposes of this endorsement, loss, claim, liability, damage, compensation, injury, sickness, disease, death, medical payment, defence cost, cost, expense or any other amount, includes, but is not limited to, any cost to clean-up, detoxify, remove, monitor or test:

    **2.1**. for a Communicable Disease, or

    **2.2.** any property insured hereunder that is affected by such Communicable Disease

3.  As used herein, a Communicable Disease means any disease which can be transmitted by means of any substance or agent from any organism to another organism where:

    **3.1.** the substance or agent includes, but is not limited to, a virus, bacterium, parasite or other organism or any variation thereof, whether deemed living or not, and

    **3.2.** the method of transmission, whether direct or indirect, includes but is not limited to, airborne transmission, bodily fluid transmission, transmission from or to any surface or object, solid, liquid or gas or between organisms, and

    **3.3.** the disease, substance or agent can cause or threaten:

    **3. 3. 1.** bodily injury, illness, emotional distress, damage to human health, human welfare or property damage, or

    **3. 3. 2.** damage to, deterioration of, loss of value of, marketability of or loss of use of property insured hereunder.

All other terms, conditions and exclusions of the policy remain the same.

GLISE H&D CDEE 08/2020

# PERSONAL LIABILITY

**AGREEMENT**

We will provide the insurance described in this policy in return for the premium and compliance with all applicable provisions of this policy.

**DEFINITIONS**

**A.** In this policy, "you" and "your" refer to the "named insured" shown in the Declarations and the spouse if a resident of the same household. "We", "us" and "our" refer to the Company providing this insurance.

**B.** In addition, certain words and phrases are defined as follows:

1. "Aircraft Liability", "Hovercraft Liability", "Motor Vehicle Liability" and "Watercraft Liability", subject to the provisions in **b.** below, mean the following:

   **a.** Liability for "bodily injury" or "property damage" arising out of the:

   (1) Ownership of such vehicle or craft by an "insured";

   (2) Maintenance, occupancy, operation, use, loading or unloading of such vehicle or craft by any person;

   (3) Entrustment of such vehicle or craft by an "insured" to any person;

   (4) Failure to supervise or negligent supervision of any person involving such vehicle or craft by an "insured"; or

   (5) Vicarious liability, whether or not imposed by law, for the actions of a child or minor involving such vehicle or craft.

   **b.** For the purpose of this definition:

   (1) Aircraft means any contrivance used or designed for flight except model or hobby aircraft not used or designed to carry people or cargo;

   (2) Hovercraft means a self-propelled motorized ground effect vehicle and includes, but is not limited to, flarecraft and air cushion vehicles;

   (3) Watercraft means a craft principally designed to be propelled on or in water by wind, engine power or electric motor; and

   (4) Motor vehicle means a "motor vehicle" as defined in **7.** below.

2. "Bodily injury" means bodily harm, sickness or disease, including required care, loss of services and death that results.

3. "Business" means:

   **a.** A trade, profession or occupation engaged in on a full-time, part-time or occasional basis; or

   **b.** Any other activity engaged in for money or other compensation, except the following:

   (1) One or more activities, not described in **(2)** through **(4)** below, for which no "insured" receives more than $2,000 in total compensation for the 12 months before the beginning of the policy period;

   (2) Volunteer activities for which no money is received other than payment for expenses incurred to perform the activity;

   (3) Providing home day care services for which no compensation is received, other than the mutual exchange of such services; or

   (4) The rendering of home day care services to a relative of an "insured".

4. "Employee" means an employee of an "insured", or an employee leased to an "insured" by a labor leasing firm under an agreement between an "insured" and the labor leasing firm, whose duties are other than those performed by a "residence employee".

5. "Insured" means:

   **a.** You and residents of your household who are:

   (1) Your relatives; or

   (2) Other persons under the age of 21 and in the care of any person named above;

   **b.** A student enrolled in school full time, as defined by the school, who was a resident of your household before moving out to attend school, provided the student is under the age of:

   (1) 24 and your relative; or

   (2) 21 and in your care or the care of a person described in **a.(1)** above;

© ISO Properties, Inc., 2002

**c.** With respect to animals or watercraft to which this policy applies, any person or organization legally responsible for these animals or watercraft which are owned by you or any person included in **a.** or **b.** above. "Insured" does not mean a person or organization using or having custody of these animals or watercraft in the course of any "business" or without consent of the owner; or

**d.** With respect to a "motor vehicle" to which this policy applies:

  **(1)** Persons while engaged in your employ or that of any person included in **a.** or **b.** above; or

  **(2)** Other persons using the vehicle on an "insured location" with your consent.

Throughout this policy, when the word an immediately precedes the word "insured", the words an "insured" together mean one or more "insureds".

**6.** "Insured location" means:

**a.** The "residence premises";

**b.** The part of other premises, other structures and grounds used by you as a residence; and

  **(1)** Which is shown in the Declarations; or

  **(2)** Which is acquired by you during the policy period for your use as a residence;

**c.** Any premises used by you in connection with a premises described in **a.** and **b.** above;

**d.** Any part of a premises:

  **(1)** Not owned by an "insured"; and

  **(2)** Where an "insured" is temporarily residing;

**e.** Vacant land, other than farm land, owned by or rented to an "insured";

**f.** Land owned by or rented to an "insured" on which a one, two, three or four family dwelling is being built as a residence for an "insured";

**g.** Individual or family cemetery plots or burial vaults of an "insured"; or

**h.** Any part of a premises occasionally rented to an "insured" for other than "business" use.

**7.** "Motor vehicle" means:

**a.** A self-propelled land or amphibious vehicle; or

**b.** Any trailer or semitrailer which is being carried on, towed by or hitched for towing by a vehicle described in **a.** above.

**8.** "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions, which results, during the policy period, in:

**a.** "Bodily injury"; or

**b.** "Property damage".

**9.** "Property damage" means physical injury to, destruction of, or loss of use of tangible property.

**10.** "Residence employee" means:

**a.** An employee of an "insured", or an employee leased to an "insured" by a labor leasing firm, under an agreement between an "insured" and the labor leasing firm, whose duties are related to the maintenance or use of the "residence premises", including household or domestic services; or

**b.** One who performs similar duties elsewhere not related to the "business" of an "insured".

A "residence employee" does not include a temporary employee who is furnished to an "insured" to substitute for a permanent "residence employee" on leave or to meet seasonal or short-term workload conditions.

**11.** "Residence premises" means:

**a.** The one family dwelling where you reside;

**b.** The two, three or four family dwelling where you reside in at least one of the family units; or

**c.** That part of any other building where you reside;

and which is shown as the "residence premises" in the Declarations.

"Residence premises" also includes other structures and grounds at that location.

© ISO Properties, Inc., 2002

## LIABILITY COVERAGES

### A. Coverage L – Personal Liability

If a claim is made or a suit is brought against an "insured" for damages because of "bodily injury" or "property damage" caused by an "occurrence" to which this coverage applies, we will:

**1.** Pay up to our limit of liability for the damages for which an "insured" is legally liable. Damages include prejudgment interest awarded against an "insured"; and

**2.** Provide a defense at our expense by counsel of our choice, even if the suit is groundless, false or fraudulent. We may investigate and settle any claim or suit that we decide is appropriate. Our duty to settle or defend ends when our limit of liability for the "occurrence" has been exhausted by payment of a judgment or settlement.

### B. Coverage M – Medical Payments To Others

We will pay the necessary medical expenses that are incurred or medically ascertained within three years from the date of an accident causing "bodily injury". Medical expenses means reasonable charges for medical, surgical, x-ray, dental, ambulance, hospital, professional nursing, prosthetic devices and funeral services. This coverage does not apply to you or regular residents of your household except "residence employees". As to others, this coverage applies only:

**1.** To a person on the "insured location" with the permission of an "insured"; or

**2.** To a person off the "insured location", if the "bodily injury":

**a.** Arises out of a condition on the "insured location" or the ways immediately adjoining;

**b.** Is caused by the activities of an "insured";

**c.** Is caused by a "residence employee" in the course of the "residence employee's" employment by an "insured"; or

**d.** Is caused by an animal owned by or in the care of an "insured".

## EXCLUSIONS

### A. "Motor Vehicle Liability"

**1.** Coverages **L** and **M** do not apply to any "motor vehicle liability" if, at the time and place of an "occurrence", the involved "motor vehicle":

**a.** Is registered for use on public roads or property;

**b.** Is not registered for use on public roads or property, but such registration is required by a law, or regulation issued by a government agency, for it to be used at the place of the "occurrence"; or

**c.** Is being:

**(1)** Operated in, or practicing for, any prearranged or organized race, speed contest or other competition;

**(2)** Rented to others;

**(3)** Used to carry persons or cargo for a charge; or

**(4)** Used for any "business" purpose except for a motorized golf cart while on a golfing facility.

**2.** If Exclusion **A.1.** does not apply, there is still no coverage for "motor vehicle liability" unless the "motor vehicle" is:

**a.** In dead storage on an "insured location";

**b.** Used solely to service an "insured's" residence;

**c.** Designed to assist the handicapped and, at the time of an "occurrence", it is:

**(1)** Being used to assist a handicapped person; or

**(2)** Parked on an "insured location";

**d.** Designed for recreational use off public roads and:

**(1)** Not owned by an "insured"; or

**(2)** Owned by an "insured" provided the "occurrence" takes place on an "insured location" as defined in Definitions **B. 6.a., b., d., e.** or **h.;** or

**e.** A motorized golf cart that is owned by an "insured", designed to carry up to 4 persons, not built or modified after manufacture to exceed a speed of 25 miles per hour on level ground and, at the time of an "occurrence", is within the legal boundaries of:

**(1)** A golfing facility and is parked or stored there, or being used by an "insured" to:

**(a)** Play the game of golf or for other recreational or leisure activity allowed by the facility;

**(b)** Travel to or from an area where "motor vehicles" or golf carts are parked or stored; or

**(c)** Cross public roads at designated points to access other parts of the golfing facility; or

**(2)** A private residential community, including its public roads upon which a motorized golf cart can legally travel, which is subject to the authority of a property owners association and contains an "insured's" residence.

## B. "Watercraft Liability"

1. Coverages **L** and **M** do not apply to any "watercraft liability" if, at the time of an "occurrence", the involved watercraft is being:

   a. Operated in, or practicing for, any prearranged or organized race, speed contest or other competition. This exclusion does not apply to a sailing vessel or a predicted log cruise;

   b. Rented to others;

   c. Used to carry persons or cargo for a charge; or

   d. Used for any "business" purpose.

2. If Exclusion **B.1.** does not apply, there is still no coverage for "watercraft liability" unless, at the time of the "occurrence", the watercraft:

   a. Is stored;

   b. Is a sailing vessel, with or without auxiliary power, that is:

      (1) Less than 26 feet in overall length; or

      (2) 26 feet or more in overall length and not owned by or rented to an "insured"; or

   c. Is not a sailing vessel and is powered by:

      (1) An inboard or inboard-outdrive engine or motor, including those that power a water jet pump, of:

         (a) 50 horsepower or less and not owned by an "insured"; or

         (b) More than 50 horsepower and not owned by or rented to an "insured"; or

      (2) One or more outboard engines or motors with:

         (a) 25 total horsepower or less;

         (b) More than 25 horsepower if the outboard engine or motor is not owned by an "insured";

         (c) More than 25 horsepower if the outboard engine or motor is owned by an "insured" who acquired it during the policy period; or

         (d) More than 25 horsepower if the outboard engine or motor is owned by an "insured" who acquired it before the policy period, but only if:

            (i) You declare them at policy inception; or

            (ii) Your intent to insure them is reported to us in writing within 45 days after you acquire them.

            The coverages in **(c)** and **(d)** above apply for the policy period.

            Horsepower means the maximum power rating assigned to the engine or motor by the manufacturer.

## C. "Aircraft Liability"

This policy does not cover "aircraft liability".

## D. "Hovercraft Liability"

This policy does not cover "hovercraft liability".

## E. Coverage L – Personal Liability And Coverage M – Medical Payments To Others

Coverages **L** and **M** do not apply to the following:

1. **Expected Or Intended Injury**

   "Bodily injury" or "property damage" which is expected or intended by an "insured" even if the resulting "bodily injury" or "property damage":

   a. Is of a different kind, quality or degree than initially expected or intended; or

   b. Is sustained by a different person, entity, real or personal property, than initially expected or intended.

   However, this Exclusion **E.1.** does not apply to "bodily injury" resulting from the use of reasonable force by an "insured" to protect persons or property;

2. **"Business"**

   a. "Bodily injury" or "property damage" arising out of or in connection with a "business" conducted from an "insured location" or engaged in by an "insured", whether or not the "business" is owned or operated by an "insured" or employs an "insured".

      This Exclusion **E.2.** applies but is not limited to an act or omission, regardless of its nature or circumstance, involving a service or duty rendered, promised, owed, or implied to be provided because of the nature of the "business".

   b. This Exclusion **E.2.** does not apply to:

      (1) The rental or holding for rental of an "insured location";

         (a) On an occasional basis if used only as a residence;

**(b)** In part for use only as a residence, unless a single family unit is intended for use by the occupying family to lodge more than two roomers or boarders; or

**(c)** In part, as an office, school, studio or private garage; and

**(2)** An "insured" under the age of 21 years involved in a part-time or occasional, self-employed "business" with no employees;

**3. Professional Services**

"Bodily injury" or "property damage" arising out of the rendering of or failure to render professional services;

**4. "Insured's" Premises Not An "Insured Location"**

"Bodily injury" or "property damage" arising out of a premises:

**a.** Owned by an "insured";

**b.** Rented to an "insured"; or

**c.** Rented to others by an "insured";

that is not an "insured location";

**5. War**

"Bodily injury" or "property damage" caused directly or indirectly by war, including the following and any consequence of any of the following:

**a.** Undeclared war, civil war, insurrection, rebellion or revolution;

**b.** Warlike act by a military force or military personnel; or

**c.** Destruction, seizure or use for a military purpose.

Discharge of a nuclear weapon will be deemed a warlike act even if accidental;

**6. Communicable Disease**

"Bodily injury" or "property damage" which arises out of the transmission of a communicable disease by an "insured";

**7. Sexual Molestation, Corporal Punishment Or Physical Or Mental Abuse**

"Bodily injury" or "property damage" arising out of sexual molestation, corporal punishment or physical or mental abuse; or

**8. Controlled Substance**

"Bodily injury" or "property damage" arising out of the use, sale, manufacture, delivery, transfer or possession by any person of a Controlled Substance as defined by the Federal Food and Drug Law at 21 U.S.C.A. Sections 811 and 812. Controlled Substances include but are not limited to cocaine, LSD, marijuana and all narcotic drugs. However, this exclusion does not apply to the legitimate use of prescription drugs by a person following the orders of a licensed physician.

Exclusions **A.** "Motor Vehicle Liability", **B.** "Watercraft Liability", **C.** "Aircraft Liability", **D.** "Hovercraft Liability" and **E.4.** "Insured's" Premises Not An "Insured Location" do not apply to "bodily injury" to a "residence employee" arising out of and in the course of the "residence employee's" employment by an "insured".

**F. Coverage L – Personal Liability**

Coverage **L** does not apply to:

**1.** Liability:

**a.** For any loss assessment charged against you as a member of an association, corporation or community of property owners;

**b.** Under any contract or agreement entered into by an "insured". However, this exclusion does not apply to written contracts:

**(1)** That directly relate to the ownership, maintenance or use of an "insured location"; or

**(2)** Where the liability of others is assumed by you prior to an "occurrence";

unless excluded in **a.** above or elsewhere in this policy;

**2.** "Property damage" to property owned by an "insured". This includes costs or expenses incurred by an "insured" or others to repair, replace, enhance, restore or maintain such property to prevent injury to a person or damage to property of others, whether on or away from an "insured location";

**3.** "Property damage" to property rented to, occupied or used by or in the care of an "insured". This exclusion does not apply to "property damage" caused by fire, smoke or explosion;

4. "Bodily injury" to any person eligible to receive any benefits voluntarily provided or required to be provided by an "insured" under any:

   a. Workers' compensation law;

   b. Non-occupational disability law; or

   c. Occupational disease law;

5. "Bodily injury" or "property damage" for which an "insured" under this policy:

   a. Is also an insured under a nuclear energy liability policy issued by the:

      (1) Nuclear Energy Liability Insurance Association;

      (2) Mutual Atomic Energy Liability Underwriters;

      (3) Nuclear Insurance Association of Canada;

      or any of their successors; or

   b. Would be an insured under such a policy but for the exhaustion of its limit of liability; or

6. "Bodily injury" to you or an "insured" as defined under Definitions **5.a.** or **b.**

   This exclusion also applies to any claim made or suit brought against you or an "insured":

   a. To repay; or

   b. Share damages with;

   another person who may be obligated to pay damages because of "bodily injury" to an "insured".

**G. Coverage M – Medical Payments To Others**

Coverage **M** does not apply to "bodily injury":

1. To a "residence employee" if the "bodily injury":

   a. Occurs off the "insured location"; and

   b. Does not arise out of or in the course of the "residence employee's" employment by an "insured";

2. To any person eligible to receive benefits voluntarily provided or required to be provided under any:

   a. Workers' compensation law;

   b. Non-occupational disability law; or

   c. Occupational disease law;

3. From any:

   a. Nuclear reaction;

   b. Nuclear radiation; or

   c. Radioactive contamination;

   all whether controlled or uncontrolled or however caused; or

d. Any consequence of any of these; or

4. To any person, other than a "residence employee" of an "insured", regularly residing on any part of the "insured location".

**ADDITIONAL COVERAGES**

We cover the following in addition to the limits of liability:

**A. Claim Expenses**

We pay:

1. Expenses we incur and costs taxed against an "insured" in any suit we defend;

2. Premiums on bonds required in a suit we defend, but not for bond amounts more than the Coverage **L** limit of liability. We need not apply for or furnish any bond;

3. Reasonable expenses incurred by an "insured" at our request, including actual loss of earnings (but not loss of other income) up to $250 per day, for assisting us in the investigation or defense of a claim or suit; and

4. Interest on the entire judgment which accrues after entry of the judgment and before we pay or tender, or deposit in court that part of the judgment which does not exceed the limit of liability that applies.

**B. First Aid Expenses**

We will pay expenses for first aid to others incurred by an "insured" for "bodily injury" covered under this policy. We will not pay for first aid to an "insured".

**C. Damage To Property Of Others**

1. We will pay, at replacement cost, up to $1,000 per "occurrence" for "property damage" to property of others caused by an "insured".

2. We will not pay for "property damage":

   a. Caused intentionally by an "insured" who is 13 years of age or older;

   b. To property owned by an "insured";

   c. To property owned by or rented to a tenant of an "insured" or a resident in your household; or

   d. Arising out of:

      (1) A "business" engaged in by an "insured";

      (2) Any act or omission in connection with a premises owned, rented or controlled by an "insured", other than the "insured location"; or

**(3)** The ownership, maintenance, occupancy, operation, use, loading or unloading of aircraft, hovercraft, watercraft or "motor vehicles".

This Exclusion **d.(3)** does not apply to a "motor vehicle" that:

**(a)** Is designed for recreational use off public roads;

**(b)** Is not owned by an "insured"; and

**(c)** At the time of the "occurrence", is not required by law, or regulation issued by a government agency, to have been registered for it to be used on public roads or property.

## CONDITIONS

### A. Limit Of Liability

Our total liability under Coverage **L** for all damages resulting from any one "occurrence" will not be more than the Coverage **L** limit of liability shown in the Declarations. This limit is the same regardless of the number of "insureds", claims made or persons injured. All "bodily injury" and "property damage" resulting from any one accident or from continuous or repeated exposure to substantially the same general harmful conditions shall be considered to be the result of one "occurrence".

Our total liability under Coverage **M** for all medical expense payable for "bodily injury" to one person as the result of one accident will not be more than the Coverage **M** limit of liability shown in the Declarations.

### B. Severability Of Insurance

This insurance applies separately to each "insured". This condition will not increase our limit of liability for any one "occurrence".

### C. Duties After "Occurrence"

In case of an "occurrence", you or another "insured" will perform the following duties that apply. We have no duty to provide coverage under this policy if your failure to comply with the following duties is prejudicial to us. You will help us by seeing that these duties are performed:

**1.** Give written notice to us or our agent as soon as is practical, which sets forth:

**a.** The identity of the policy and the "named insured" shown in the Declarations;

**b.** Reasonably available information on the time, place and circumstances of the "occurrence"; and

**c.** Names and addresses of any claimants and witnesses;

**2.** Cooperate with us in the investigation, settlement or defense of any claim or suit;

**3.** Promptly forward to us every notice, demand, summons or other process relating to the "occurrence";

**4.** At our request, help us:

**a.** To make settlement;

**b.** To enforce any right of contribution or indemnity against any person or organization who may be liable to an "insured";

**c.** With the conduct of suits and attend hearings and trials; and

**d.** To secure and give evidence and obtain the attendance of witnesses;

**5.** With respect to **C.** Damage To Property Of Others under Additional Coverages, submit to us within 60 days after the loss, a sworn statement of loss and show the damaged property, if in an "insured's" control;

**6.** No "insured" shall, except at such "insured's" own cost, voluntarily make payment, assume obligation or incur expense other than for first aid to others at the time of the "bodily injury".

### D. Duties Of An Injured Person – Coverage M – Medical Payments To Others

**1.** The injured person or someone acting for the injured person will:

**a.** Give us written proof of claim, under oath if required, as soon as is practical; and

**b.** Authorize us to obtain copies of medical reports and records.

**2.** The injured person will submit to a physical exam by a doctor of our choice when and as often as we reasonably require.

### E. Payment Of Claim – Coverage M – Medical Payments To Others

Payment under this coverage is not an admission of liability by an "insured" or us.

### F. Suit Against Us

**1.** No action can be brought against us unless there has been full compliance with all of the terms under this policy.

**2.** No one will have the right to join us as a party to any action against an "insured".

**3.** Also, no action with respect to Coverage **L** can be brought against us until the obligation of such "insured" has been determined by final judgment or agreement signed by us.

**G. Bankruptcy Of An "Insured"**

Bankruptcy or insolvency of an "insured" will not relieve us of our obligations under this policy.

**H. Other Insurance**

This insurance is excess over other valid and collectible insurance except insurance written specifically to cover as excess over the limits of liability that apply in this policy.

**I. Policy Period**

This policy applies only to "bodily injury" or "property damage" which occurs during the policy period.

**J. Subrogation**

An "insured" may waive in writing before a loss all rights of recovery against any person. If not waived, we may require an assignment of rights of recovery for a loss to the extent that payment is made by us.

If an assignment is sought, an "insured" must sign and deliver all related papers and cooperate with us.

Subrogation does not apply to Coverage **M** or Paragraph **C.** Damage To Property Of Others under Additional Coverages.

**K. Concealment Or Fraud**

We do not provide coverage to an "insured" who, whether before or after a loss, has:

**1.** Intentionally concealed or misrepresented any material fact or circumstance;

**2.** Engaged in fraudulent conduct; or

**3.** Made false statements;

relating to this insurance.

POLICY NUMBER:

**PERSONAL LIABILITY**
**DL 24 11 07 14**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# PREMISES LIABILITY
### (Non-owner Occupied Dwelling)

**SCHEDULE**

| Location | Number Of Families |
|---|---|
|  |  |
|  |  |
|  |  |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | |

**DEFINITIONS**

Definition **6.** "insured location" is extended to include the premises shown in the Schedule above.

**LIABILITY COVERAGES**

Coverage **L** – Personal Liability and Coverage **M** – Medical Payments To Others are restricted to apply only with respect to "bodily injury" and "property damage" arising out of the:

**1.** Ownership;

**2.** Maintenance;

**3.** Occupancy; or

**4.** Use;

of the premises shown in the Schedule.

**EXCLUSIONS**

Exclusion **E.2.** "business" does not apply to the rental or holding for rental of the premises shown in the Schedule.

All other provisions of this Policy apply.

PERSONAL LIABILITY
DL 24 16 12 02

**THIS ENDORSEMENT DOES NOT CONSTITUTE A REDUCTION OF COVERAGE.**

# NO COVERAGE FOR
# HOME DAY CARE BUSINESS

**A.** "Business", as defined in the policy, means:

  **1.** A trade, profession or occupation engaged in on a full time, part-time or occasional basis; or

  **2.** Any other activity engaged in for money or other compensation, except the following:

    **a.** One or more activities:

      **(1)** Not described in **b.** through **d.** below,

      **(2)** For which no "insured" receives more than $2,000 in total compensation for the 12 months before the beginning of the policy period;

    **b.** Volunteer activities for which no money is received other than payment for expenses incurred to perform the activity;

    **c.** Providing home day care services for which no compensation is received, other than the mutual exchange of such services; or

    **d.** The rendering of home day care services to a relative of an "insured".

**B.** If an "insured" regularly provides home day care services to a person or persons other than "insureds" as their trade, profession or occupation, that service is a "business".

**C.** If home day care service is not a given "insured's" trade, profession or occupation but is an activity:

  **1.** That an "insured" engages in for money or other compensation; and

  **2.** From which an "insured" receives more than $2,000 in total/combined compensation from it for the 12 months before the beginning of the policy period,

the home day care service and other activity will be considered a "business".

**D.** With respect to **C.** above home day care service is only an example of an activity engaged in for money that may be a "business". Any single activity or combination of activities:

  **1.** Described in **A.2.** above, and

  **2.** Engaged in for money by a single "insured";

may be considered a "business" if the $2000 threshold is exceeded.

**E.** With respect to **A.** through **D.** above, coverage does not apply with respect to home day care service which is a "business". This policy does not provide coverage because a "business" of an "insured" is excluded under Exclusion **E.2.**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# SPECIAL PROVISIONS – FLORIDA

The following definitions are added:

**"Fungi"** means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

**"Hurricane Occurrence"**

A "hurricane occurrence":

**a.** Begins at the time a hurricane watch or hurricane warning is issued for any part of Florida by the National Hurricane Center of the National Weather Service;

**b.** Continues for the time period during which the hurricane conditions exist anywhere in Florida; and

**c.** Ends 72 hours following the termination of the last hurricane watch or hurricane warning issued for any part of Florida by the National Hurricane Center of the National Weather Service.

**"Catastrophic Ground Cover Collapse"**

"Catastrophic ground cover collapse" means geological activity that results in all of the following:

**a.** The abrupt collapse of the ground cover;

**b.** A depression in the ground cover clearly visible to the naked eye;

**c.** "Structural damage" of the "principal building" insured under this policy, including the foundation; and

**d.** The "principal building" being condemned and ordered to be vacated by the governmental agency authorized by law to issue such an order for that "principal building".

"Catastrophic ground cover collapse" coverage does not apply to Coverage **B** structures.

**"Principal Building"**

In Forms **DP 00 01, DP 00 02** and **DP 00 03:**

"Principal building" means the dwelling where you reside on the Described Location shown in the Declarations, including structures attached to the dwelling. "Principal building" does not include any other buildings or structures at that location.

In Forms **DP 00 01, DP 00 02** and **DP 00 03** with **DP 04 07:**

"Principal building" means the unit where you reside shown as the Described Location in the Declarations. "Principal building" does not include any other buildings or structures at that location.

**"Structural Damage"**

"Structural damage" means a "principal building", regardless of the date of its construction, has experienced the following:

**a.** Interior floor displacement or deflection in excess of acceptable variances as defined in ACI 117-90 or the Florida Building Code, which results in settlement-related damage to the interior such that the interior building structure or members become unfit for service or represent a safety hazard as defined within the Florida Building Code;

**b.** Foundation displacement or deflection in excess of acceptable variances as defined in ACI 318-95 or the Florida Building Code, which results in settlement-related damage to the "primary structural members" or "primary structural systems" that prevents those members or systems from supporting the loads and forces they were designed to support to the extent that stresses in those "primary structural members" or "primary structural systems" exceed one and one-third the nominal strength allowed under the Florida Building Code for new buildings of similar structure, purpose or location;

**c.** Damage that results in listing, leaning or buckling of the exterior load-bearing walls or other vertical "primary structural members" to such an extent that a plumb line passing through the center of gravity does not fall inside the middle one-third of the base as defined within the Florida Building Code;

d. Damage that results in the building, or any portion of the building containing "primary structural members" or "primary structural systems", being significantly likely to imminently collapse because of the movement or instability of the ground within the influence zone of the supporting ground within the sheer plane necessary for the purpose of supporting such building as defined within the Florida Building Code; or

e. Damage occurring on or after October 15, 2005, that qualifies as "substantial structural damage" as defined in the Florida Building Code.

**"Primary Structural Member"**

"Primary structural member" means a structural element designed to provide support and stability for the vertical or lateral loads of the overall structure.

**"Primary Structural System"**

"Primary structural system" means an assemblage of "primary structural members".

**OTHER COVERAGES**

The following coverage is added:

**13. "Fungi", Wet Or Dry Rot, Or Bacteria**

a. We will pay up to $10,000 for:

(1) The total of all loss payable under coverages caused by "fungi", wet or dry rot, or bacteria;

(2) The cost to remove "fungi", wet or dry rot, or bacteria from covered property covered under coverages;

(3) The cost to tear out and replace any part of the building or other covered property as needed to gain access to the "fungi", wet or dry rot, or bacteria; and

(4) The cost of testing of air or property to confirm the absence, presence or level of "fungi", wet or dry rot, or bacteria whether performed prior to, during or after removal, repair, restoration or replacement. The cost of such testing will be provided only to the extent that there is a reason to believe that there is the presence of "fungi", wet or dry rot, or bacteria.

b. The coverage described in **a.** only applies when such loss or costs are a result of a Peril Insured Against that occurs during the policy period and only if all reasonable means were used to save and preserve the property from further damage at and after the time the Peril Insured Against occurred.

c. $10,000 is the most we will pay for the total of all loss or costs payable under this Other Coverage, regardless of the:

(1) Number of locations insured; or

(2) Number of claims made.

d. If there is covered loss or damage to covered property, not caused, in whole or in part, by "fungi", wet or dry rot, or bacteria, loss payment will not be limited by the terms of this Other Coverage, except to the extent that "fungi", wet or dry rot, or bacteria cause an increase in the loss. Any such increase in the loss will be subject to the terms of this Other Coverage.

This coverage does not increase the limit of liability applying to the damaged covered property.

(This is Other Coverage **E.9.** in Form **DP 00 01**.)

**PERILS INSURED AGAINST**

In Forms **DP 00 01** and **DP 00 02**:

The following peril is added:

**17. "Catastrophic Ground Cover Collapse"**

(This is Peril **10.** in Form **DP 00 01**.)

In Form **DP 00 03**:

For Coverage **C**, the following peril is added:

**17. "Catastrophic Ground Cover Collapse"**

**EXCLUSIONS**

Paragraph **2. Earth Movement** is replaced by the following:

**2. Earth Movement**

"Earth movement" means:

a. Earthquake, including land shock waves or tremors before, during or after a volcanic eruption;

b. Landslide, mudslide or mudflow;

c. Subsidence or sinkhole; or

d. Any other earth movement, including earth sinking, rising or shifting;

caused by or resulting from human or animal forces or any act of nature unless direct loss by fire or explosion ensues, and then we will pay only for the ensuing loss.

This Exclusion **2.** does not apply to loss by "catastrophic ground cover collapse".

The following exclusion is added:

**10. "Fungi", Wet Or Dry Rot, Or Bacteria**

"Fungi", wet or dry rot, or bacteria meaning the presence, growth, proliferation, spread or any activity of "fungi", wet or dry rot, or bacteria.

This exclusion does not apply:

**a.** When "fungi", wet or dry rot, or bacteria result from fire or lightning; or

**b.** To the extent coverage is provided for in the "Fungi", Wet Or Dry Rot, Or Bacteria Other Coverage with respect to loss caused by a Peril Insured Against other than fire or lightning.

Direct loss by a Peril Insured Against resulting from "fungi", wet or dry rot, or bacteria is covered.

(This is Exclusion **A.10.** in Forms **DP 00 01** and **DP 00 03.**)

**CONDITIONS**

Paragraph **C. Concealment Or Fraud** is replaced by the following:

**C. Concealment Or Fraud**

We do not provide coverage for a person insured under this policy who, whether before or after a loss, has:

**1.** Intentionally concealed or misrepresented any material fact or circumstance;

**2.** Engaged in fraudulent conduct; or

**3.** Made material false statements;

relating to this insurance.

**D. Duties After Loss**

Paragraph **1.** is replaced by the following:

**1.** Give prompt notice to us or our agent, except that a claim, supplemental claim or reopened claim for loss or damage caused by hurricane or other windstorm must be given to us in accordance with the terms of this policy within three years after the hurricane first made landfall or a windstorm other than hurricane caused the covered damage. (Supplemental claim or reopened claim means an additional claim for recovery from us for losses from the same hurricane or other windstorm which we have previously adjusted pursuant to the initial claim.)

This provision concerning time for submission of a claim, supplemental claim or reopened claim does not affect any limitation for legal action against us as provided in this policy under the Suit Against Us Condition including any amendment to that condition.

**E. Loss Settlement**

In Forms **DP 00 02** and **DP 00 03:**

Paragraph **2.d.** is replaced by the following:

**d.** We will settle the loss as noted in **2.a.** of this provision. If **2.a.** is not applicable, we will settle the loss as follows:

**(1)** We will initially pay the actual cash value of the building damage, minus any applicable deductible.

**(2)** We will then pay the necessary amounts actually spent to repair or replace the damaged building as work is performed and expenses are incurred.

**(3)** If a total loss, we will pay the replacement cost amount without deduction for depreciation.

Paragraph **G. Appraisal** is replaced by the following:

**G. Mediation Or Appraisal**

If you and we:

**1.** Are engaged in a dispute regarding a claim under this policy, either party may demand a mediation of the loss in accordance with the rules established by the Florida Department of Financial Services. The loss amount must be $500 or more, prior to application of the deductible; or there must be a difference of $500 or more between the loss settlement amount we offer and the loss settlement amount that you request. The settlement in the course of the mediation is binding only if both parties agree, in writing, on a settlement and you have not rescinded the settlement within three business days after reaching settlement. You may not rescind the settlement after cashing or depositing the settlement check or draft we provided to you.

We will pay the cost of conducting any mediation conference except when you fail to appear at a conference. That conference will then be rescheduled upon your payment of the total cost for that rescheduled conference. However, if we fail to appear at a mediation conference without good cause, we will pay your actual cash expenses you incur in attending the conference and also pay the total cost for the rescheduled conference.

2. Fail to agree on the amount of loss, either party may request an appraisal of the loss. However, both parties must agree to the appraisal. In this event, each party will choose a competent and impartial appraiser within 20 days after receiving a written request from the other. The two appraisers will choose an umpire. If they cannot agree upon an umpire within 15 days, you or we may request that the choice be made by a judge of a court of record in the state where the Described Location is located. The appraisers will separately set the amount of the loss. If the appraisers submit a written report of an agreement to us, the amount agreed upon will be the amount of the loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will set the amount of the loss.

Each party will:

**a.** Pay its own appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

(This is Condition **H.** in Form **DP 00 01.**)

Paragraph **J. Suit Against Us** is replaced by the following:

**J. Suit Against Us**

No action can be brought against us unless there has been full compliance with all the terms under this policy and the action is started within five years after the date of loss.

(This is Condition **K.** in Form **DP 00 01.**)

Paragraph **L. Loss Payment** is replaced by the following:

**L. Loss Payment**

We will adjust all losses with you. We will pay you unless some other person is named in the policy or is legally entitled to receive payment. Loss will be payable upon the earliest of the following:

**1.** 20 days after we receive your proof of loss and reach written agreement with you;

**2.** 60 days after we receive your proof of loss and:

**a.** There is an entry of a final judgment; or

**b.** There is a filing of an appraisal award or a mediation settlement with us; or

**3.** If payment is not denied, within 90 days after we receive notice of an initial, reopened or supplemental claim. However, this provision **(L.3.)** does not apply if factors beyond our control reasonably prevent such payment.

(This is Condition **M.** in Form **DP 00 01.**)

Paragraph **P. Cancellation** is replaced by the following:

**P. Cancellation**

**1.** You may cancel this policy at any time by returning it to us or by letting us know in writing of the date cancellation is to take effect.

**2.** If a state of emergency is declared by the Governor and the Commissioner of Insurance Regulation files an Emergency Order, and the Described Location has been damaged as a result of a hurricane or wind loss that is the subject of the declared emergency, we may cancel this policy only for the following reasons, with respect to the period beginning from the date the state of emergency is declared to the expiration of 90 days following the repairs to the dwelling or other structure located on the Described Location, by letting you know in writing of the date cancellation takes effect. This cancellation notice may be delivered to you, or mailed to you at your mailing address shown in the Declarations. Proof of mailing will be sufficient proof of notice.

**a.** When you have not paid the premium, we may cancel during this period by letting you know at least 10 days before the date cancellation takes effect.

**b.** If:

**(1)** There has been a material misstatement or fraud related to the claim;

**(2)** We determine that you have unreasonably caused a delay in the repair of the dwelling or other structure; or

**(3)** We have paid policy limits;

we may cancel during this period by letting you know at least 45 days before the date cancellation takes effect.

**c.** We shall be entitled to collect any additional premium required to keep the policy in effect during this period.

However, this provision **(P.2.c.)** does not apply if you have obtained replacement coverage with respect to the damaged property, and the coverage is in effect for a claim occurring during the duration of the extension.

3. If the conditions described in Paragraph **P.2.** do not apply, we may cancel only for the following reasons:

a. When this policy has been in effect for 90 days or less, we may cancel immediately if:

   (1) There has been a material misstatement or misrepresentation or failure to comply with underwriting requirements; and

   (2) The Described Location has not been insured by us or any of our affiliated insurers for at least five years immediately prior to the date of the written notice.

b. We may also cancel this policy subject to the following provisions. A written cancellation notice, together with the specific reasons for cancellation, will be delivered to you or mailed to you at your mailing address shown in the Declarations.

   Proof of mailing will be sufficient proof of notice.

   (1) When you have not paid the premium, we may cancel at any time by letting you know at least 10 days before the date cancellation takes effect.

   (2) When this policy has been in effect for 90 days or less, we may cancel for any reason, except we may not cancel:

      (a) On the basis of property insurance claims that are the result of an Act of God, unless we can demonstrate, by claims frequency or otherwise, that the insured has failed to take action reasonably necessary as requested by us to prevent recurrence of damage to the insured property; or

      (b) On the basis of a single claim which is the result of water damage, unless we can demonstrate that the insured has failed to take action reasonably requested by us to prevent a future similar occurrence of damage to the insured property.

   Except as provided in Paragraphs **P.3.a.** and **P.3.b.(1)**, we will let you know of our action at least:

      (a) 120 days before the date cancellation takes effect if the Described Location has been insured by us or any of our affiliated insurers for at least five years immediately prior to the date of the written notice; or

      (b) 20 days before the date cancellation takes effect in all other cases.

(3) When this policy has been in effect for more than 90 days, we may cancel:

   (a) If there has been a material misstatement;

   (b) If the risk has changed substantially since the policy was issued;

   (c) In the event of failure to comply with underwriting requirements established by us within 90 days of the effective date of coverage;

   (d) If the cancellation is for all insureds under policies of this type for a given class of insureds;

   (e) On the basis of property insurance claims that are the result of an Act of God, if we can demonstrate, by claims frequency or otherwise, that the insured has failed to take action reasonably necessary as requested by us to prevent recurrence of damage to the insured property; or

   (f) On the basis of a single claim which is the result of water damage, if we can demonstrate that the insured has failed to take action reasonably requested by us to prevent a future similar occurrence of damage to the insured property.

We will provide the following notice:

   (a) If the Described Location has been insured by us or any of our affiliated insurers for at least five years immediately prior to the date of the written notice, we will let you know at least 120 days before the date cancellation takes effect.

If Paragraph **(a)** does not apply, and:

   (b) If the date of cancellation becomes effective on or after December 1 and before June 1, we will let you know at least 100 days before the date cancellation takes effect; or

   (c) If the date of cancellation becomes effective on or after June 1 and before December 1, we will let you know:

      (i) At least 100 days before the date cancellation takes effect; or

      (ii) By June 1;

   whichever is earlier.

If more than one notice requirement applies, we will provide the broadest notice.

**4.** When this policy is cancelled, the premium for the period from the date of cancellation to the expiration date will be refunded pro rata.

**5.** If the return premium is not refunded with the notice of cancellation or when this policy is returned to us, we will refund it within 15 days after the date cancellation takes effect.

**6.** If the date of cancellation becomes effective during a "hurricane occurrence":

    **a.** The date of cancellation will not become effective until the end of the "hurricane occurrence"; and

    **b.** We shall be entitled to collect additional premium for the period beyond the original date of cancellation for which the policy remains in effect.

    However, this provision **(P.6.)** does not apply if you have obtained replacement coverage with respect to the damaged property, and the coverage is in effect for a claim occurring during the duration of the "hurricane occurrence".

**7.** We may cancel this policy after giving at least 45 days' notice if the Florida Office of Insurance Regulation determines and approves of our plan that early cancellation of some or all of our policies is necessary to protect the best interests of the policyholders due to our financial condition, lack of adequate reinsurance coverage for hurricane risk or other relevant factors.

(This is Condition **Q.** in Form **DP 00 01.**)

Paragraph **Q. Nonrenewal** is replaced by the following:

**Q. Nonrenewal**

**1.** We may elect not to renew this policy. We may do so by delivering to you, or mailing to you at your mailing address shown in the Declarations, written notice, together with the specific reasons for nonrenewal. Proof of mailing will be sufficient proof of notice.

    **a.** If a state of emergency is declared by the Governor and the Commissioner of Insurance Regulation files an Emergency Order, and the Described Location has been damaged as a result of a hurricane or wind loss that is the subject of the declared emergency, during the period beginning from the date the state of emergency is declared to the expiration of 90 days following the repairs to the dwelling or other structure located on the Described Location, we may elect not to renew this policy only if:

        **(1)** You have not paid the renewal premium;

        **(2)** There has been a material misstatement or fraud related to the claim;

        **(3)** We determine that you have unreasonably caused a delay in the repair of the dwelling or other structure; or

        **(4)** We have paid policy limits.

    We may do so by letting you know at least 45 days before the expiration date of the policy.

    **b.** We shall be entitled to collect any additional premium required to keep the policy in effect during this period.

    However, this provision **(Q.1.b.)** does not apply if you have obtained replacement coverage with respect to the damaged property, and the coverage is in effect for a claim occurring during the duration of the extension.

    **c.** If the conditions described in Paragraph **Q.1.a.** do not apply, we may elect not to renew this policy by providing the following notice before the expiration date of this policy:

        **(1)** If the Described Location has been insured by us or any of our affiliated insurers for at least five years immediately prior to the date of the written notice, we will let you know at least 120 days before the expiration date of this policy.

        **(2)** If we elect not to renew this policy due to a revision in coverage for sinkhole loss or "catastrophic ground cover collapse", we will let you know at least 100 days before the expiration date of this policy.

        **(3)** If:

            **(a)** The date of nonrenewal becomes effective on or after December 1 and before June 1, we will let you know at least 100 days before the expiration date of this policy; or

            **(b)** The date of nonrenewal becomes effective on or after June 1 and before December 1, we will let you know:

                **(i)** At least 100 days before the expiration date of this policy; or

                **(ii)** By June 1;

            whichever is earlier.

If more than one notice requirement applies, we will provide the broadest notice.

2. We will not nonrenew this policy:

   a. On the basis of property insurance claims that are the result of an Act of God, unless we can demonstrate, by claims frequency or otherwise, that the insured has failed to take action reasonably necessary as requested by us to prevent recurrence of damage to the insured property;

   b. On the basis of a single claim which is the result of water damage, unless we can demonstrate that the insured has failed to take action reasonably requested by us to prevent a future similar occurrence of damage to the insured property; or

   c. On the basis of filing of claims for loss caused by sinkhole damage, unless:

      (1) The total of such property claim payments equals or exceeds the policy limits of the policy in effect on the date of loss for property damage to the covered building(s); or

      (2) You have failed to repair the structure in accordance with the engineering recommendations upon which any loss payment or policy proceeds were based.

3. If the date of nonrenewal is due to become effective during a "hurricane occurrence":

   a. The expiration date of this policy will not become effective until the end of the "hurricane occurrence"; and

   b. We shall be entitled to collect additional premium for the period the policy remains in effect.

   However, this provision **(Q.3.)** does not apply if you have obtained replacement coverage with respect to the damaged property, and the coverage is in effect for a claim occurring during the duration of the "hurricane occurrence".

4. We may nonrenew this policy after giving at least 45 days' notice if the Florida Office of Insurance Regulation determines and approves of our plan that early nonrenewal of some or all of our policies is necessary to protect the best interests of the policyholders due to our financial condition, lack of adequate reinsurance coverage for hurricane risk or other relevant factors.

(This is Condition **R.** in Form **DP 00 01.**)

The following conditions are added:

**Z. Renewal Notification**

If we elect to renew this policy, we will let you know, in writing:

1. Of our decision to renew this policy; and

2. The amount of renewal premium payable to us.

This notice will be delivered to you or mailed to you at your mailing address shown in the Declarations at least 45 days before the expiration date of this policy. Proof of mailing will be sufficient proof of notice.

(This is Condition **AA.** in Form **DP 00 01.**)

**AA.    Notification Regarding Access**

If we require access to an insured or claimant or to the insured property that is the subject of a claim, we must provide at least 48 hours' notice to you or the claimant, or your or the claimant's public adjuster or legal representative, before scheduling a meeting with you, the insured or the claimant or prior to conducting an onsite inspection of the insured property. You or the claimant may deny access to the property if the notice has not been provided or may waive the 48-hour notice.

(This is Condition **BB.** in Form **DP 00 01.**)

All other provisions of this policy apply.

POLICY NUMBER: GLS00030469

**DWELLING**
**DP 03 12 12 02**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# WINDSTORM OR HAIL PERCENTAGE DEDUCTIBLE

**SCHEDULE\***

| Described Location: | Windstorm or Hail Deductible Percentage Amount: |
|---|---|
| 11549 WIGHTMAN LN   CAPTIVA, FL 33924 | 3% |

*\*Entry may be left blank if shown elsewhere in this policy for this coverage.*

**DEDUCTIBLE**

The following special deductible is added to the policy:

With respect to the peril of Windstorm Or Hail, we will pay only that part of the total of all loss payable that exceeds the windstorm or hail percentage deductible.

The dollar amount of the windstorm or hail deductible, corresponding to each Described Location stated in the Schedule above, is determined by multiplying the Coverages **A, B, D** or **E** limit of liability shown in the Declarations, which ever is greatest, by the deductible percentage amount shown in the Schedule above.

No other deductible in the policy applies to loss caused by windstorm or hail.

All other provisions of this policy apply.

POLICY NUMBER:

**DWELLING PROPERTY
DP 03 33 02 05**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# FUNGI, WET OR DRY ROT, OR BACTERIA
# INCREASED AMOUNT OF COVERAGE
### FOR USE WITH ALL FORMS

**SCHEDULE**

| |
|---|
| The limit of liability selected applies to loss or costs payable under the "Fungi", Wet Or Dry Rot, Or Bacteria Other Coverage. |
| **Property Coverage Limit Of Liability For The Other Coverage "Fungi", Wet Or Dry Rot, Or Bacteria**<br>**$** |
| Entries may be left blank if shown elsewhere in this policy for this coverage. |

**OTHER COVERAGES**

**13. "Fungi", Wet Or Dry Rot, Or Bacteria**

Paragraph **a.** is replaced by the following:

**a.** We will pay up to the amount in the Schedule for:

**(1)** Loss payable under Coverages caused by "fungi", wet or dry rot, or bacteria;

**(2)** The cost to remove "fungi", wet or dry rot, or bacteria from property covered under Coverages;

**(3)** The cost to tear out and replace any part of the building or other covered property as needed to gain access to the "fungi", wet or dry rot, or bacteria; and

**(4)** The cost of testing of air or property to confirm the absence, presence or level of "fungi", wet or dry rot, or bacteria whether performed prior to, during or after removal, repair, restoration or replacement. The cost of such testing will be provided only to the extent that there is a reason to believe that there is the presence of "fungi", wet or dry rot, or bacteria.

Paragraph **c.** is replaced by the following:

**c.** $50,000 is the most we will pay for the total of all loss or costs payable under this Other Coverage regardless of the:

**(1)** Number of locations insured; or

**(2)** Number of claims made.

(This is Other Coverage **9.** in Form **DP 00 01.**)

All other provisions of this policy apply.

POLICY NUMBER: GLS00030469

**DWELLING**
**DP 04 71 12 02**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ORDINANCE OR LAW COVERAGE
# INCREASED AMOUNT OF COVERAGE
### FORMS DP 00 02 AND DP 00 03 ONLY

**SCHEDULE\***

| |
|---|
| **New Total Percentage Amount:** 15% |
| \*Entry may be left blank if shown elsewhere in this policy for this coverage. |

**COVERAGES**

**F.  Other Coverages**

   **12.  Ordinance Or Law**

      The total limit of liability that applies,:

      **a.** If you are an owner of a Described Location, to:

         **1.** Coverage **A**

         **2.** Coverage **B;** or

         **3.** Unit-Owners Building Items; or

      **b.** If you are a tenant of a Described Location, to Improvements, Alterations and Additions;

      is increased from 10% to the percentage amount shown in the Schedule above.

All other provisions of this policy apply.

**DP 04 71 12 02**         © ISO Properties, Inc.,  2002         **Page 1 of 1**

DP 04 90 10 00

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# PERSONAL PROPERTY REPLACEMENT COST LOSS SETTLEMENT

**A. Eligible Property**

1. Covered losses to the following property are settled at replacement cost at the time of the loss:

   a. Coverage **C;** and

   b. If covered in this policy:

      (1) Awnings, outdoor antennas and outdoor equipment; and

      (2) Carpeting and household appliances;

      whether or not attached to buildings.

2. This method of loss settlement will also apply to the following articles or classes of property if they are separately described and specifically insured in this policy and not subject to agreed value loss settlement:

   a. Jewelry;

   b. Furs and garments:

      (1) Trimmed with fur; or

      (2) Consisting principally of fur;

   c. Cameras, projection machines, films and related articles of equipment;

   d. Musical equipment and related articles of equipment;

   e. Silverware, silver-plated ware, goldware, gold-plated ware and pewterware, but excluding:

      (1) Pens or pencils;

      (2) Flasks;

      (2) Smoking implements; or

      (3) Jewelry; and

   f. Golfer's equipment meaning golf clubs, golf clothing and golf equipment.

   Personal Property Replacement Cost loss settlement will not apply to other classes of property separately described and specifically insured.

**B. Ineligible Property**

   Property listed below is not eligible for replacement cost loss settlement. Any loss will be settled at actual cash value at the time of loss but not more than the amount required to repair or replace.

1. Antiques, fine arts, paintings and similar articles of rarity or antiquity which cannot be replaced.

2. Memorabilia, souvenirs, collectors items and similar articles whose age or history contribute to their value.

3. Articles not maintained in good or workable condition.

4. Articles that are outdated or obsolete and are stored or not being used.

**C. Replacement Cost Loss Settlement Condition**

   The following loss settlement condition applies to all property described in **A.** above:

1. We will pay no more than the least of the following amounts:

   a. Replacement cost at the time of loss without deduction for depreciation;

   b. The full cost of repair at the time of loss;

   c. The limit of liability that applies to Coverage **C,** if applicable;

   d. Any applicable special limits of liability stated in this policy; or

   e. For loss to any item described in **A.2.a. - f.** above, the limit of liability that applies to the item.

2. If the cost to repair or replace the property described in **A.** above is more than $500, we will pay no more than the actual cash value for the loss until the actual repair or replacement is complete.

3. You may make a claim for loss on an actual cash value basis and then make claim for any additional liability in accordance with this endorsement provided you notify us of your intent to do so within 180 days after the date of loss.

All other provisions of this policy apply.

**DP 04 90 10 00**                                                                                   **Page 1 of 1**

**DWELLING PROPERTY**
**DP 04 95 01 09**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# WATER BACK-UP AND
# SUMP DISCHARGE OR OVERFLOW

**A. Coverage**

We insure, up to $5,000, for direct physical loss, not caused by your negligence, or that of any person insured under this policy, to covered property caused by water, or waterborne material, which:

**1.** Backs up through sewers or drains; or

**2.** Overflows or is discharged from a:

    **a.** Sump, sump pump; or

    **b.** Related equipment;

    even if such overflow or discharge results from mechanical breakdown. This coverage does not apply to direct physical loss of the sump pump, or related equipment, which is caused by mechanical breakdown.

This coverage does not increase the limits of liability for Coverages **A, B, C, D** or, if covered, Coverage **E** stated in the Declarations.

**B. Perils Insured Against**

With respect to the coverage described in **A.** above, Paragraphs:

**A.2.c.(8)(b)** in Form **DP 00 03;** and

**2.c.(8)(b)** in Endorsement **DP 04 65;**

are replaced by the following:

Latent defect, inherent vice or any quality in property that causes it to damage or destroy itself;

**C. Special Deductible**

The following replaces any other deductible provision in this policy with respect to loss covered under this endorsement.

We will pay only that part of the total of all loss payable that exceeds $250. No other deductible applies to this coverage. This deductible does not apply with respect to Coverage **D** – Fair Rental Value and, if covered, Coverage **E** – Additional Living Expense.

**D. General Exclusion**

The **Water Damage** Exclusion is replaced by the following:

**Water**

This means:

**1.** Flood, surface water, waves, including tidal wave and tsunami, tides, tidal water, overflow of any body of water, or spray from any of these, all whether or not driven by wind, including storm surge;

**2.** Water which:

    **a.** Backs up through sewers or drains; or

    **b.** Overflows or is otherwise discharged from a sump, sump pump or related equipment;

    as a direct or indirect result of flood;

**3.** Water below the surface of the ground, including water which exerts pressure on, or seeps, leaks or flows through a building, sidewalk, driveway, patio, foundation, swimming pool or other structure; or

**4.** Waterborne material carried or otherwise moved by any of the water referred to in **D.1.** through **D.3.** of this Exclusion.

This Exclusion applies regardless of whether any of the above, in **D.1.** through **D.4.,** is caused by an act of nature or is otherwise caused.

This Exclusion applies to, but is not limited to, escape, overflow or discharge, for any reason, of water or waterborne material from a dam, levee, seawall or any other boundary or containment system.

However, direct loss by fire or explosion resulting from any of the above, in **D.1.** through **D.4.,** is covered.

All other provisions of this policy apply.

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## EXISTING DAMAGE EXCLUSION ENDORSEMENT
## (PERSONAL LINES)

This endorsement modifies insurance provided under the following:

**HOMEOWNERS 1—BASIC FORM**
**HOMEOWNERS 3—SPECIAL FORM**
**HOMEOWNERS 4—CONTENTS BROAD FORM**
**HOMEOWNERS 6—UNIT-OWNERS FORM**
**HOMEOWNERS 8—MODIFIED COVERAGE FORM**
**DWELLING PROPERTY 1—BASIC FORM**
**DWELLING PROPERTY 3—SPECIAL FORM**

The following changes are made to the policies as indicated below.

1. The following exclusion is added to **SECTION I—EXCLUSIONS** of the **HOMEOWNERS 1—BASIC FORM**, **HOMEOWNERS 3—SPECIAL FORM**, **HOMEOWNERS 4—CONTENTS BROAD FORM**, **HOMEOWNERS 6—UNIT-OWNERS FORM** and **HOMEOWNERS 8—MODIFIED COVERAGE FORM** policies:

   We do not insure for loss caused directly or indirectly by any of the following. Such loss is excluded regardless of any other cause or event contributing concurrently or in any sequence to the loss. These exclusions apply whether or not the loss event results in widespread damage or affects a substantial area.

   **Existing Damage,** meaning:

   a. Any damages which occurred prior to policy inception regardless of whether such damages were apparent at the time of the inception of this policy or at a later date;

   b. Any claims or damages arising out of workmanship, repairs and/or lack of repairs arising from damage which occurred prior to policy inception; or

   c. Any claims or damages unless all structures covered by your previous policy have been fully and completely repaired. Prior to such completion of repairs, coverage will be limited to the actual cash value of the property at the time of a covered loss occurring during the policy period.

2. The following exclusion is added to the **GENERAL EXCLUSIONS** sections of the **DWELLING PROPERTY 1—BASIC FORM** and **DWELLING PROPERTY 3—SPECIAL FORM** policies:

   We do not insure for loss caused directly or indirectly by any of the following. Such loss is excluded regardless of any other cause or event contributing concurrently or in any sequence to the loss.

   **Existing Damage,** meaning:

   a. Any damages which occurred prior to policy inception regardless of whether such damages were apparent at the time of the inception of this policy or at a later date;

   b. Any claims or damages arising out of workmanship, repairs and/or lack of repairs arising from damage which occurred prior to policy inception; or

   c. Any claims or damages unless all structures covered by your previous policy have been fully and completely repaired. Prior to such completion of repairs, coverage will be limited to the actual cash value of the property at the time of a covered loss occurring during the policy period.

ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED.

_____   _____/_____
AUTHORIZED REPRESENTATIVE                            03/31/2022
                                                           DATE

# NOTICE TO POLICYHOLDER
# GREAT LAKES INSURANCE SE

POLICY NUMBER:

This contract of insurance is based upon the information and representations you provided in your application.  Depending on the type of information and representations that you provided, the proposed contract of insurance includes certain conditions and/or warranties.  Kindly review all the contract of insurance documentation, including any binder, declarations page, policy forms, and endorsements, to familiarize yourself with any conditions and/or warranties included in the contract of insurance.  These conditions and/or warranties may require you to take specific actions, to refrain from taking specific actions, to fulfill certain requirements, and/or to verify specific facts.

Please be advised that strict compliance with the conditions and/or warranties contained in the contract of insurance is required.  If you do not strictly comply with the conditions and/or warranties contained within the contract of insurance, then the insurer, Great Lakes Insurance SE, may deny or limit coverage for any claim submitted by you under the contract of insurance.

Should you have an enquiry or wish to make a complaint or dispute concerning your policy or about a claim regarding the coverage under this Policy, you may do so either in writing or verbally to:

Johnson & Johnson

P.O. Box 899

Charleston, SC, 29402

1-800-487-7565

GLK DIL 3003 01 19

Page 1 of 1

# CONFORMITY OF TERMS ENDORSEMENT

For the purposes of this insurance:

**1)** Any reference herein to Underwriter(s), Company(ies) or We is deemed to mean **Insurer(s).**

**2)** Any reference herein to Certificate is deemed to mean **Policy**.

**3)** Any reference herein to Named Assured, Assured or Named Insured is deemed to mean **Insured**.

**4)** Any reference herein to US$, $ or USD shall be deemed to mean **US Dollars**.

**5)** The reference LPO, NMA, LMA and REF are **synonymous**.

# PUNITIVE OR EXEMPLARY DAMAGES EXCLUSION

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

This policy does not apply to a claim of or indemnification for punitive or exemplary damages.

Punitive or exemplary damage also include any damages awarded pursuant to statute in the form of double, treble or other multiple damages in excess of compensatory damages.

GLK DPL 4015 09 11                                                                                 Page 1 of 1

HOMEOWNERS
HD1010 (03/10)

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# TAINTED DRYWALL MATERIAL EXCLUSION

This endorsement modifies insurance provided under the following:
DWELLING PROPERTY 1 – BASIC FORM
DWELLING PROPERTY 3 – SPECIAL FORM
HOMEOWNERS 3 – SPECIAL FORM
HOMEOWNERS 6 – UNIT OWNERS FORM
HOMEOWNERS 8 – MODIFIED COVERAGE FORM

The following exclusion is added to Paragraph **A.** of the **GENERAL EXCLUSIONS** section of the DWEL-LING PROPERTY forms and to both **SECTION I – EXCLUSIONS** and **SECTION II – EXCLUSIONS** of the HOMEOWNERS forms:

**Tainted Drywall Material Exclusion**

We do not insure for loss caused directly or indirectly by "tainted drywall material". Such loss is ex-cluded regardless of any other cause or event contributing concurrently or in any sequence to the loss. This exclusion applies to:

I.  Any loss including, but not limited to, the presence, spread or any activity of "tainted drywall ma-terial". This exclusion applies regardless of whether there is:
   a.  Any physical loss or damage to insured property;
   b.  Any loss of use, occupancy or functionality; or
   c.  Any loss, cost or expense arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of "tainted drywall material", by any "insured" or any other person or entity.

II.  Any loss including, but not limited to:
   a.  "Bodily injury" arising out of the actual, alleged, threatened or suspected inhalation of, ingestion of, or exposure to "tainted drywall material".
   b.  "Property damage" arising out of the actual, alleged, threatened or suspected contact with, exposure to, existence of, or presence of "tainted drywall material".
   c.  Any loss, cost or expense arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of "tainted drywall material", by any "insured" or any other person or entity.

III.  The following definition is added to the **Definitions** section:
   "Tainted drywall material" means any:
     a.  Sheetrock, plasterboard, gypsum board, wall board, drywall or any substantially simi-lar material that:
       1.  Produces gases, fumes, odors, or irritants; or
       2.  Corrodes, tarnishes, fades, oxidizes, or reacts with metals; or

HD1010 (03/10)

Page 1 of 2

       3. Contains harmful ingredients or materials; whether in solid, dust, particle or gas form, or a mixture thereof.

  b. Material used in the manufacture of sheetrock, plasterboard, gypsum board, wall-board, drywall, or any substantially similar material that:

      1. Produces gases, fumes, odors, or irritants; or

      2. Corrodes, tarnishes, fades, oxidizes, or reacts with metals; or

      3. Contains harmful ingredients or materials;  whether in solid, dust, particle or gas form, or a mixture thereof.

**All other provisions of the policy remain unchanged.**

IL P 001 01 04

# U.S. TREASURY DEPARTMENT'S OFFICE OF FOREIGN ASSETS CONTROL ("OFAC")
# ADVISORY NOTICE TO POLICYHOLDERS

No coverage is provided by this Policyholder Notice nor can it be construed to replace any provisions of your policy. You should read your policy and review your Declarations page for complete information on the coverages you are provided.

This Notice provides information concerning possible impact on your insurance coverage due to directives issued by OFAC. **Please read this Notice carefully.**

The Office of Foreign Assets Control (OFAC) administers and enforces sanctions policy, based on Presidential declarations of "national emergency". OFAC has identified and listed numerous:

- Foreign agents;
- Front organizations;
- Terrorists;
- Terrorist organizations; and
- Narcotics traffickers;

as "Specially Designated Nationals and Blocked Persons". This list can be located on the United States Treasury's web site – http//www.treas.gov/ofac.

In accordance with OFAC regulations, if it is determined that you or any other insured, or any person or entity claiming the benefits of this insurance has violated U.S. sanctions law or is a Specially Designated National and Blocked Person, as identified by OFAC, this insurance will be considered a blocked or frozen contract and all provisions of this insurance are immediately subject to OFAC. When an insurance policy is considered to be such a blocked or frozen contract, no payments nor premium refunds may be made without authorization from OFAC. Other limitations on the premiums and payments also apply.

IL P 015 01 07

# FLOOD AND EARTH MOVEMENT LOSSES NOT COVERED ADVISORY NOTICE TO POLICYHOLDERS

THE FOLLOWING WARNING IS PROVIDED IN ACCORDANCE WITH NORTH CAROLINA LAW.

WARNING: THIS PROPERTY INSURANCE POLICY DOES NOT PROTECT YOU AGAINST LOSSES FROM FLOODS, EARTHQUAKES, MUDSLIDES, MUDFLOWS, OR LANDSLIDES. YOU SHOULD CONTACT YOUR INSURANCE COMPANY OR AGENT TO DISCUSS YOUR OPTIONS FOR OBTAINING COVERAGE FOR THESE LOSSES. THIS IS NOT A COMPLETE LISTING OF ALL OF THE CAUSES OF LOSSES NOT COVERED UNDER YOUR POLICY. YOU SHOULD READ YOUR ENTIRE POLICY TO UNDERSTAND WHAT IS COVERED AND WHAT IS NOT COVERED.

IL P 022 01 07

# STATEMENT REGARDING FLOOD INSURANCE ADVISORY NOTICE TO POLICYHOLDERS

**Please Note: This policy does NOT cover losses from flood.**

Generally, the standard homeowner's insurance policy does not provide coverage for flooding, surface water that enters the home or rising water. However, coverage for these types of losses may be available through the Federal Government's National Flood Insurance Program ("NFIP") or through other sources.

You can obtain information about the National Flood Insurance Program by contacting your insurance company or your insurance agent or by going on the internet to www.FLOODSMART.GOV or by calling 1-800-427-4661. Here are some important facts you should know:

- Flood insurance policies are available for any home located in a community that is a participant in the NFIP.
- Some lenders, as a condition of your mortgage, will require that you purchased flood insurance. You should confirm with your mortgage lender or the NFIP, before settlement, if you are required to purchase flood insurance. Even if you are not required to purchase flood insurance, you should consider purchasing it as additional protection for your home.
- You do not have to be located in a special flood hazard area or be close to a body of water to experience flooding. The risk of flood is present for most homes as floods can be caused by storms, melting snow, heavy rains, dam failures or other causes.
- You must complete a separate application in order to purchase flood insurance; it is not part of your homeowner's insurance application.
- Flood insurance policies have two types of coverage: structural coverage for your home and the items that are permanently attached and contents coverage for your personal property within the home. Structure and contents coverages are purchased separately and carry separate deductibles.
- Generally, there is a thirty (30) day waiting period for a new flood insurance policy to become effective; although there are some exceptions to this general rule.
- As flood insurance through the NFIP is created by federal law, flood claims are adjusted and paid in a different manner than your homeowners' insurance claims.



---

**This Certificate is** issued in accordance with the limited authorization granted to the Correspondent and in consideration of the premium specified herein, Underwriters hereby bind themselves severally and not jointly, each for his own part and not one for another, their Executors and Administrators.

**The Assured is** requested to read this certificate, and if not correct, return it immediately to the Correspondent for appropriate alteration.

In the event of a claim / complaint under this certificate, please contact your insurance agent in charge of your account or notify the following Correspondent:

**Johnson & Johnson, Inc.**
**P.O. Box 899**
**Charleston, SC 29402**
**1-800-487-7565**

JJC-3 (07-20)

**CERTIFICATE PROVISIONS**

1. **Signature Required.** This Certificate shall not be valid unless signed by the Correspondent on the attached Declaration Page.

2. **Correspondent Not Insurer.** The Correspondent is not an Insurer hereunder and neither is nor shall be liable for any loss or claim whatsoever. The Insurers hereunder are those listed on the declaration page or subsequent security endorsement.

3. **Cancellation.** If this Certificate provides for cancellation and this Certificate is cancelled after the inception date, earned premium must be paid for the time the insurance has been in force.

4. **Assignment.** This Certificate shall not be assigned either in whole or in part without the written consent of the Correspondent endorsed hereon.

5. **Attached Conditions Incorporated.** This Certificate is made and accepted subject to all the provisions, conditions and warranties set forth herein, attached or endorsed, all of which are to be considered as incorporated herein.

JJC-3 (07-20)



THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXTERIOR INSULATION AND FINISH SYSTEM EXCLUSION
## (SYNTHETIC STUCCO)

This endorsement modifies insurance provided under the following:

**DWELLING PROPERTY 3—SPECIAL FORM**

The following exclusion is added to the **GENERAL EXCLUSIONS** section of the policy:

We do not insure for loss caused directly or indirectly by any of the following. Such loss is excluded regardless of any other cause or event contributing concurrently or in any sequence to the loss.

**Exterior Insulation And Finish System Exclusion**

1. Any loss including, but not limited to seepage, delamination, detachment, cracking, insect damage, collapse or imminent collapse, caused directly or indirectly, in whole or in part, by the design, manufacture, construction, fabrication, preparation, installation, application, maintenance or repair, including remodeling, service, correction, or replacement, of an "exterior insulation and finish system" (commonly referred to as synthetic stucco), or any part thereof, or any substantially similar system or any part thereof, including the application or use of conditioners, primers, accessories, flashings, coatings, caulking or sealant in connection with such a system; or

2. Any water or moisture-related or dry rot-related loss to an insured location or other building to which an "exterior insulation and finish system" has been applied, if that loss is caused directly or indirectly, in whole or in part, by the "exterior insulation and finish system."

For the purpose of this endorsement, an "exterior insulation and finish system" means an exterior cladding or finish system applied to an insured location or other building, and consisting of:

a. A rigid or semi-rigid insulation board made of expanded polystyrene or other material;

b. The adhesive and/or mechanical fasteners used to attach the insulation board to the substrate;

c. A reinforcing mesh that is embedded in a base coat applied to the insulation board; and

d. A finish coat providing surface texture and color.

However, an "exterior insulation and finish system" does not include a cement-based, enhanced stucco cladding system which:

a. Incorporates a weather resistive building wrap; and

b. Incorporates ribbed insulation board to provide drainage.

All other terms, conditions and exclusions of this policy remain unchanged.

---

AUTHORIZED REPRESENTATIVE                          DATE

JJ-DFS-9s (2-05)

Johnson & Johnson, Inc.
(800) 437-7605 www.jjins.com

**ENDORSEMENT NO. _____**

| ATTACHED TO AND FORMING A PART OF POLICY NUMBER | ENDORSEMENT EFFECTIVE DATE (12:01 A.M. STANDARD TIME) | NAMED INSURED | AGENT NO. |
|---|---|---|---|
| GLS00030469 | 03/31/2022 | LINDSEY GRAVES | 3400 |

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## TRAMPOLINE LIABILITY EXCLUSION

The following exclusion is added to this policy:

"Bodily injury" or "property damage" coverage does not apply to the use of a trampoline on an insured location. This exclusion applies to any use of a trampoline, whether or not sanctioned by the insured.

This exclusion supercedes and replaces any provision to the contrary.

**All other terms and conditions remain unchanged.**

(Complete below only if this form is issued after the inception date of the policy.)

This endorsement has been explained to me and I fully understand and accept it.

| | | |
|---|---|---|
| Insured's Name: | | |
| Insured's Signature: | Date: | |
| Policy Number: | | |

JJ-UTS-315s (8-04)

_____ / _____
AUTHORIZED REPRESENTATIVE                    DATE

**ENDORSEMENT NO.** _____

| ATTACHED TO AND FORMING A PART OF POLICY NUMBER | ENDORSEMENT EFFECTIVE DATE (12:01 A.M. STANDARD TIME) | NAMED INSURED | AGENT NO. |
|---|---|---|---|
| | | | |

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## SPECIFIC BUILDING MATERIALS EXCLUSION—PROPERTY

This endorsement modifies coverage provided under the following:

**DWELLING PROPERTY 3—SPECIAL FORM**
**HOMEOWNERS 3—SPECIAL FORM**

**A.** The **DWELLING PROPERTY 3—SPECIAL FORM** coverage form is amended as follows:

**1.** The following is added to **GENERAL EXCLUSIONS:**

**Specific Building Materials**

**a.** We do not insure for loss caused directly or indirectly by:

**(1)** Any material in or the composition of the "specific building material(s)";

**(2)** The deterioration of "specific building material(s)"; or

**(3)** The presence, existence, discharge, dispersal, seepage, migration, release, or escape of any solid, liquid, or gaseous material from "specific building material(s)" which results in loss or damage to such "specific building material(s)" or any dwelling, other structures, personal property, or property of others.

**b.** We will not pay any loss, cost or expense arising out of any request, demand, order or statutory or regulatory requirement that any "insured" or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of the presence, existence, discharge, dispersal, seepage, migration, release, or escape of any solid, liquid, or gaseous material from "specific building material(s)."

**2.** The following is added to section **F. Other Coverages,** paragraph **12. Ordinance or Law,** sub-paragraph **e.:**

We do not cover costs to comply with any ordinance or law due to loss or damage caused by or resulting from "specific building materials."

**B.** The **HOMEOWNERS 3—SPECIAL FORM** coverage form is amended as follows:

**1.** The following exclusion is added to **SECTION I—EXCLUSIONS:**

**Specific Building Materials Exclusion**

**a.** We do not insure for loss caused directly or indirectly by:

**(1)** Any material in or the composition of the "specific building material(s)";

**(2)** The deterioration of "specific building material(s)"; or

**(3)** The presence, existence, discharge, dispersal, seepage, migration, release, or escape of any solid, liquid, or gaseous material from "specific building material(s)" which results in loss or damage to such "specific building material(s)" or any dwelling, other structures, personal property, or property of others.

**b.** We will not pay any loss, cost or expense arising out of any request, demand, order or statutory or regulatory requirement that any

JJ-UTS-406s (7-10)    Page 1 of 2

"insured" or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of the presence, existence, discharge, dispersal, seepage, migration, release, or escape of any solid, liquid, or gaseous material from "specific building material(s)."

**2.** The following is added to **SECTION I— PROPERTY COVERAGE, E. Additional Coverages,** paragraph **11. Ordinance or Law,** subparagraph **c.:**

We do not cover costs to comply with any ordinance or law due to loss or damage caused by or resulting from "specific building materials."

With respects to this endorsement, "specific building material(s)" means drywall, plasterboard, wallboard, gypsum board, sheetrock, blueboard, or greenboard and includes the outer paper or other covering which forms a part of such aforementioned building materials.

**All other terms and conditions of the policy remain the same.**

| | |
|---|---|
| AUTHORIZED REPRESENTATIVE | DATE |

| ATTACHED TO AND FORMING A PART OF POLICY NUMBER | ENDORSEMENT EFFECTIVE DATE (12:01 A.M. STANDARD TIME) | NAMED INSURED | AGENT NO. |
|---|---|---|---|
| | | | |

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## MARIJUANA/CANNABIS EXCLUSION

This policy does not provide coverage for physical loss or damage to "marijuana," "edible marijuana-infused items," "marijuana-infused items," "cannabis," "cannabis containing items," or any material, substance or item containing tetrahydrocannabinol (THC).

This policy does not provide coverage for any loss, damage, cost, claim, expense, "bodily injury," "property damage," "personal injury," "advertising injury" or medical payments arising out of or resulting from the growing, possession, sale, consumption, use or exposure to the consumption or use of "marijuana," "edible marijuana-infused items," "marijuana-infused items," "cannabis," "cannabis containing items" or any material, substance or item containing tetrahydrocannabinol (THC).

For purposes of this endorsement, the following definitions apply:

"Cannabis" means the following substances under whatever names they may be designated: the resin extracted from any part of a plant of the genus cannabis, and every compound, manufacture, salt, derivative, mixture or preparation of such plant, its seeds or its resin.

"Cannabis containing items" means items containing "cannabis" that are intended for use or consumption, including but not limited to edible products, ointments, aerosols, oils, and tinctures.

"Edible marijuana-infused items" means "marijuana-infused items" that are to be consumed by eating or drinking.

"Marijuana" means all parts of the plant of the genus cannabis, whether growing or not, including its seeds and resin extracted from any part of the plant and every compound, manufacture, salt, derivative, mixture, or preparation of the plant and every compound, manufacture, salt, derivative, mixture, or preparation of the plant, its seeds or resin. The term also includes "marijuana-infused items."

"Marijuana-infused items" means items infused with marijuana, including but not limited to ointments, aerosols, oils, tinctures and edible products.

AUTHORIZED REPRESENTATIVE                    DATE

| ATTACHED TO AND FORMING A PART OF POLICY NUMBER | ENDORSEMENT EFFECTIVE DATE (12:01 A.M. STANDARD TIME) | NAMED INSURED | AGENT NO. |
|---|---|---|---|
| | | | |

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## ANIMAL EXCLUSION

This policy does not provide coverage for:

**Bodily injury, property damage or medical payments** to others, caused by any animal, whether owned or not owned by any insured.

_____    / _____
AUTHORIZED REPRESENTATIVE                    DATE

JJ-UTS-85g (2-98)

**SANCTION LIMITATION AND EXCLUSION CLAUSE**

No (re)insurer shall be deemed to provide cover and no (re)insurer shall be liable to pay any claim or provide any benefit hereunder to the extent that the provision of such cover, payment of such claim or provision of such benefit would expose that (re)insurer to any sanction, prohibition or restriction under United Nations resolutions or the trade or economic sanctions, laws or regulations of the European Union, United Kingdom or United States of America.

15/09/10
LMA3100

# APPLICABLE LAW (U.S.A.)

This Insurance shall be subject to the applicable state law to be determined by the court of competent jurisdiction as determined by the provisions of the Service os Suite Clause (U.S.A.)

14/ 09/ 2005
LMA5021
Form approved by Lloyd's Market Association

## FLORIDA GUARANTY NOTICE

**This insurance is issued pursuant to the Florida surplus lines law. Persons insured by surplus lines carriers do not have the protection of the Florida Insurance Guaranty Act to the extent of any right of recovery for the obligation of an insolvent unlicensed insurer.**

**01/10/09**
**LSW1661**

**ALL OTHER TERMS AND CONDITIONS REMAIN UNALTERED**

## FLORIDA RATES AND FORMS NOTICE

**SURPLUS LINES INSURER'S POLICY RATES AND FORMS ARE NOT APPROVED BY ANY FLORIDA REGULATORY AGENCY.**

**01/10/09**
**LSW1662**

**ALL OTHER TERMS AND CONDITIONS REMAIN UNALTERED**

# FLORIDA DEDUCTIBLE NOTICE

THIS POLICY CONTAINS A SEPARATE DEDUCTIBLE FOR HURRICANE OR WIND LOSSES,
WHICH MAY RESULT IN HIGH OUT-OF-POCKET EXPENSES TO YOU.

01/10/09
LSW1663

# FLORIDA CO-PAY NOTICE

THIS POLICY CONTAINS A CO-PAY PROVISION THAT MAY RESULT IN HIGH OUT-OF-POCKET EXPENSES TO YOU.

01/10/09
LSW1664

# TERRORISM EXCLUSION ENDORSEMENT

Notwithstanding any provision to the contrary within this insurance or any endorsement thereto it is agreed that this insurance exclued loss, damage, cost or expense of whatsoever nature directly or indirectly caused by, resulting from or in connection with any act of terrorism regardless of any other cause or event contributing concurrently or in any other sequence to the loss.

For the purpose of this endorsement an act of terrorism means an act, including but not limited to the use of force or violence and/ or the threat thereof, of any person or group(s) of person, whether acting alone or on behalf of or in connection with any organization(s) or government(s), committed for political, religious, ideological or similar purposes includeing the intention to influence any government and/ or to put the public, or any section of the public, in fear.

This endorsement also excludes loss, damage, cost or expense of whatsoever nature directly or indirectly caused by, resulting from or in connection with any action taken in controlling, preventing, suppressing or in any way relating to any act of terrorism.

if the Underwriters allege that by reason of this exclusion, any loss, damage, cost or expense is not covered by this insurance the burden of priving the contrary shall be upon the Assured.

In the event any portion of this endorsement is found to be invalid or unenforceable, the remainder shall remain in full force and effect.

08/ 10/ 01
NMA2920

## RADIOACTIVE CONTAMINATION EXCLUSION CLAUSE - PHYSICAL DAMAGE DIRECT

This Policy does not cover any loss or damage arising directly or indirectly from nuclear reaction, nuclear radiation or radioactive contamination however such nuclear reaction, nuclear radiation or radioactive contamination may have been caused *NEVERTHELESS if Fire is an insured peril and a Fire arises directly or indirectly from nuclear reaction, nuclear radiation or radioactive contamination  any loss or damage arising directly from the Fire shall (subject to the provisions of this Policy) be covered EXCLUDING however all loss or damage caused by nuclear reaction, nuclear radiation or radioactive contamination arising directly or indirectly from that Fire.

*Note - If Fire is not an insured peril under this Policy the words "NEVERTHELESS" to the end of the clause do not apply and should be disregarded.

**7/5/59**

REF 1191

<u>CANCELLATION CLAUSE</u>

NOTWITHSTANDING anything contained in this Insurance to the contrary this Insurance may be cancelled
by the Insured at any time by written notice or by surrender of this contract of insurance.  This Insurance may
also be cancelled by or on behalf of the Insurers by delivery to the Insured or by mailing to the Insured, by
registered, certified or other first class mail, at the Insured's address as shown in this Insurance written notice
stating when, not less than thirty (3) days hereafter, the cancellation shall be effective.  The mailing of such
notice as aforesaid shall be sufficient  proof of notice and this Insurance shall terminate at the date and hour
specified in such notice.

If this Insurance shall be cancelled by the Insured, the Insurers shall retain customary short rate proportion of
the premium heron, except that if this Insurance is on an adjustable basis the Insurers shall receive the
earned premium hereon or the customary short rate proportion of any minimum premium stipulated herein
whichever is the greater.

If this Insurance be cancelled by or on behalf of the Insurers, the Insurers shall retain the pro-rata proportion
of the premium hereon, except that if this Insurance is on an adjustable basis the insurers shall receive the
earned premium hereon or the pro rata proportion of any minimum premium stipulated herein whichever is
the greater.

Payment or tender of any unearned premium by the Insurers shall not be a condition precedent to the
effectiveness of cancellation, but such payment shall be made as soon as practicable.

If the period of limitation relating to the giving of notice is prohibited or made void by any law controlling
the construction thereof, such period shall be deemed to be amended so as to be equal to the minimum period
of limitation permitted by such law.

20/4/61
REF 1331

## SERVICE OF SUIT CLAUSE (U.S.A.)

It is agreed that in the event of the failure of the Underwriters/Insurers hereon to pay any amount claimed to be due hereunder, the Underwriters/Insuers hereon, at the request of the Insured (or Reinsured), will submit to the jurisdiction of a Court of competent jurisdiction within the United States. Nothing in this Clause constitutes or should be understood to constitute a waiver of Underwriters' rights to commence an action in any Court of competent jurisdiction in the United States, to remove an action to a United States District Court, or to seek a transfer of a case to another Court as permitted by the laws of the United States or of any State in the United States.

It is further agreed that service of process in such suit may be made upon Underwriters at Lloyd's  and Great Lakes Insurance SE by notifying:

Mr. Edward Smith, Mendes and Mount, LLP, 750 Seventh Avenue, New York, NY. 10019-6829, U.S.A. for other states or as per State Law.

and that in any suit instituted against any one of them upon this contract, Underwriters/Insurers will abide by the final decision of such Court or of any Appellate Court in the event of an appeal.

The above-named are authorized and directed to accept service of process on behalf of Underwriters /Insurers in any such suit and/or upon the request of the Insured (or Reinsured) to give a written undertaking to the Insured (or Reinsured) that they will enter a general appearance upon Underwriters'/Insurer's behalf in the event such a suit shall be instituted.

Further, pursuant to any statute of any state, territory or district of the United States which makes provision therefor, Underwriters/Insurers hereon hereby designate the Superintendent, Commissioner or Director of Insurance or other officer specified for that purpose in the statute, or his successor or successors in office, as their true and lawful attorney upon whom may be served any lawful process in any action, suit or proceeding instituted by or on behalf of the Insured (or Reinsured) or any beneficiary hereunder arising out of this contract of insurance (or reinsurance), and hereby designate the above-named as the person to whom the said officer is authorized to mail such process or a true copy thereof.

1998 Joint

**SEEPAGE AND/OR POLLUTION AND/OR CONTAMINATION EXCLUSION U.S.A. & CANADA**

Notwithstanding any provision to the contrary within the Policy of which this Endorsement forms part (or within any other Endorsement which forms part of this Policy), this Policy does not insure:

(a) any loss, damage, cost or expense, or

(b) any increase in insured loss, damage, cost or expense, or

(c) any loss, damage, cost, expense, fine or penalty, which is incurred, sustained or imposed by order, direction, instruction or request of, or by any agreement with, any court, government agency or any public, civil or military authority; or threat thereof, (and whether or not as a result of public or private litigation),

which arises from any kind of seepage or any kind of pollution and/or contamination, or threat thereof, whether or not caused by or resulting from a Peril insured, or from steps or measures taken in connection with the avoidance, prevention, abatement, mitigation, remediation, clean-up or removal of such seepage or pollution and/or contamination or threat thereof.

The term 'any kind of seepage or any kind of pollution and/or contamination' as used in this Endorsement includes (but is not limited to):

(a) seepage of, or pollution and/or contamination by, anything, including but not limited to, any material designated as a 'hazardous substance' by the United States Environmental Protection Agency or as a 'hazardous material' by the United States Department of Transportation, or defined as a 'toxic substance' by the Canadian Environmental Protection Act for the purposes of Part II of that Act, or any substance designated or defined as toxic, dangerous, hazardous or deleterious to persons or the environment under any other Federal, State, Provincial, Municipal or other law, ordinance or regulation; and

(b) the presence, existence, or release of anything which endangers or threatens to endanger the health, safety or welfare of persons or the environment.

REF 2342

## TERRORISM EXCLUSION

Notwithstanding any provision to the contrary within this insurance or any endorsement thereto it is agreed that this insurance excludes loss, damage, cost or expense of whatsoever nature directly or indirectly caused by, resulting from or in connection with any act of terrorism regardless of any other cause or event contributing concurrently or in any other sequence to the loss.

For the purpose of this endorsement an act of terrorism means an act, including but not limited to the use of force or violence and/or the threat thereof, of any person or group(s) of persons, whether acting alone or on behalf of or in connection with any organisation(s) or government(s), committed for political, religious, ideological or similar purposes including the intention to influence any government and/or to put the public, or any section of the public, in fear.

This endorsement also excludes loss, damage, cost or expense of whatsoever nature directly or indirectly caused by, resulting from or in connection with any action taken in controlling, preventing, suppressing or in any way relating to any act of terrorism.

But, if the act of terrorism occurs in an "Exception State" and results in fire, we will pay for the loss or damage in such "Exception State" caused by that fire, but only to the extent, if any, required by the applicable Standard Fire Policy statute(s) in such state. However, this exception applies only to direct loss or damage by fire to covered property and not to any insurance provided for time element coverages, including but not limited to business interruption and extra expense. In no event shall this policy be construed to give coverage beyond the minimum requirements of the applicable Standard Fire Policy Statute (and amendments thereto) in existence as of the effective date of the policy and governing such requirements with respect to any acts of terrorism. If the applicable law or regulation in any state permits the Commissioner or Director of Insurance or anyone in a similar position to grant the insurer approval to vary the terms and conditions of the Standard Fire Policy, and such approval has been granted in that state as of the effective date of this policy, this policy shall not provide coverage beyond the minimum requirements of the terms and conditions approved by the Commissioner or Director of Insurance or person in a similar position.

"Exception state" means a state which at the time of policy effective date, requires that the coverage provided under this policy meet or exceed coverage provided under a Standard Fire Policy.

The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorist exclusion, do not serve to create coverage for any loss which would otherwise be excluded under this policy, such as losses excluded by a Nuclear Hazard Exclusion or a war exclusion.

All other terms and conditions remain unchanged.

If the Underwriters allege that by reason of this exclusion, any loss, damage, cost or expense is not covered by this insurance the burden of proving the contrary shall be upon the Assured.

In the event any portion of this endorsement is found to be invalid or unenforceable, the remainder shall remain in full force and effect.

REF2920a

## BIOLOGICAL OR CHEMICAL MATERIAL EXCLUSION

It is agreed that this Insurance excludes loss, damage, cost or expense of whatsoever nature directly or indirectly caused by, resulting from or in connection with the actual or threatened malicious use of pathogenic or poisonous biological or chemical material regardless of any other cause or event contributing concurrently or in any other sequence thereto.

06/02/03
REF2962

**FRAUDULENT CLAIM CLAUSE**

If the (re)insured shall make any claim knowing the same to be false or
fraudulent, as regards to amount or otherwise, this contract shall
become void and all claim hereunder shall be forfeited.


REF5062

04/06/2006

## PROPERTY CYBER AND DATA EXCLUSION

1    Notwithstanding any provision to the contrary within this Policy or any endorsement thereto this Policy excludes any:

1.1    Cyber Loss;

1.2    loss, damage, liability, claim, cost, expense of whatsoever nature directly or indirectly caused by, contributed to by, resulting from, arising out of or in connection with any loss of use, reduction in functionality, repair, replacement, restoration or reproduction of any Data, including any amount pertaining to the value of such Data;

regardless of any other cause or event contributing concurrently or in any other sequence thereto.

2    In the event any portion of this endorsement is found to be invalid or unenforceable, the remainder shall remain in full force and effect.

3    This endorsement supersedes and, if in conflict with any other wording in the Policy or any endorsement thereto having a bearing on Cyber Loss or Data, replaces that wording.

### Definitions

4    Cyber Loss means any loss, damage, liability, claim, cost or expense of whatsoever nature directly or indirectly caused by, contributed to by, resulting from, arising out of or in connection with any Cyber Act or Cyber Incident including, but not limited to, any action taken in controlling, preventing, suppressing or remediating any Cyber Act or Cyber Incident.

5    Cyber Act means an unauthorised, malicious or criminal act or series of related unauthorised, malicious or criminal acts, regardless of time and place, or the threat or hoax thereof involving access to, processing of, use of or operation of any Computer System.

6    Cyber Incident means:

6.1    any error or omission or series of related errors or omissions involving access to, processing of, use of or operation of any Computer System; or

6.2    any partial or total unavailability or failure or series of related partial or total unavailability or failures to access, process, use or operate any Computer System.

7    Computer System means:

7.1    any computer, hardware, software, communications system, electronic device (including, but not limited to, smart phone, laptop, tablet, wearable device), server, cloud or microcontroller including any similar system or any configuration of the aforementioned and including any associated input, output, data storage device, networking equipment or back up facility,

owned or operated by the Insured or any other party.

8    Data means information, facts, concepts, code or any other information of any kind that is recorded or transmitted in a form to be used, accessed, processed, transmitted or stored by a Computer System.

REF5401

11 November 2019

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## ROOF EXCLUSION

This policy does not provide coverage for any loss or damage to the roof(s) at the location(s) covered by this policy caused by the perils of windstorm and/or hail, including direct or indirect loss resulting from or contributed to by windstorm or hail, nor to interior or exterior water damage resulting from or caused by poor roof conditions.

We will consider removing this exclusion if, during the term of this policy period, the roof is repaired or re-placed and you provide written documentation along with a photo to us. If we determine the condition of the roof acceptable, we will remove the exclusion by endorsement.

This endorsement applies to the locations shown below:

Location of Property* _____

_____

_____

*Entries may be left blank if shown elsewhere in this policy for this coverage.

All other terms and conditions of this policy remain unchanged.


(Complete below only if this form is issued after the inception date of the policy.)

This endorsement has been explained to me and I fully understand and accept it.

| Insured's Name: | |
|---|---|
| Insured's Signature: | Date: |
| Policy Number: | |

**THIS ENDORSEMENT CHANGES THE POLICY.**
**PLEASE READ IT CAREFULLY.**

**TOTAL OR CONSTRUCTIVE LOSS CAUSE**

It is understood and agreed that in the event of a total loss or constructive total loss under the policy, the entire policy premium shall be earned in full and no return premium shall be due the named insured.

TL005 (05/07)